United States District Court

District of Delaware

| | | |
|---|---|---|
| John S. Shipley, | ) | |
| Jury Trail Demand | ) | Civil Action No.: 06-261 |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| Corey F. Shaw, SEPTA, and | ) | |
| | ) | |
| Travelers' Insurance Company | ) | |
| | ) | |
| Defendants, | ) | |

2006 APR 21 PM 1:55
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COMPLAINT

Plaintiff, John S. Shipley, pro se, for his complaint against the defendants, Corey F. Shaw, SEPTA, and Travelers' Insurance, hereby states as follows:

### PARTIES

1. Plaintiff John S. Shipley at all times herein relevant was and is a U.S. citizen and exists under the rights of the U.S. Constitution maintaining residence at 609 Wildel Ave. New Castle, DE 19720

2. Upon information and belief, at all times herein relevant, the defendants, Corey F. Shaw, SEPTA, and Travelers' Insurance (hereinafter the defendants) individually and as a corporation duly organized and existing under and by

virtue of the laws of the State of Pennsylvania, maintaining an office and principle place of business at 1234 Market St., 5th Floor Philadelphia Legal Division, Philadelphia, PA 19107.

## JURISDICTION AND VENUE

3.  This Court has jurisdiction to entertain this action pursuant to 28 U.S.C§ 1391(a) §1332, and 42 U.S.C.§ 1981, 1982, 1983, 1985, 1986, and 1991 as there is complete diversity of citizenship between plaintiff and defendant, and as the matter in controversy exceeds the sum of $100,000.00, exclusive of interest and costs.

4.  Venue is proper in the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1391 (a), as it is in this district which defendants have their principle place of business, and which the acts giving rise to the action occurred.

## AND AS FOR THE FIRST CAUSE OF ACTION

5.  Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "4" as if set forth in full herein.

6.  On April 22, 2004, the defendant pushed John S. Shipley off of a moving train from which John S. Shipley sustained multiple injuries to his body causing serious bodily harm, loss income, time from his business and memory loss.

7.  Upon information and beliefs, Travelers' Insurance and SEPTA authorized a representative to obtain a general liability insurance policy for the defendants.

8.  Upon information and belief, The general liability insurance policy was to duly compensate John S. Shipley. See Exhibit A 1-4 and Exhibit B 1-3.

## AFFIDAVIT

I, John S. Shipley, hereby certify that on the 22nd day of April, 2004, that the accusations in the complaint are true and accurate to the best of my knowledge.

I, COREY SHAW did push me John S Shipley off the train.

*John S. Shipley*
John S. Shipley
609 Wildel Ave
New Castle, DE 19720

*David A. Davis*
4/21/06

Dated: April 21, 2006

DAVID A. DAVIS
1412 DUPONT HWY.
NEW CASTLE, DE 19720
MY COMMISSION EXPIRES
27 JUNE 2006
NOTARY PUBLIC - STATE OF DE

**WHEREFORE**, plaintiff John S. Shipley respectfully requests that this Court award the plaintiff the following damages:

(a) Compensatory damages in the amount of $500,000;

(b) Court costs and expenses; and

(c) Such other and further relief as to the court may seem just and proper

Dated: April 21, 2006

By: *[signature: John S Shipley]*

John S Shipley
609 Wildel Ave
New Castle, DE 19720

```
Date/Time:  8/04/04  15:59:25
------------------------------------------------------------------------
                          Crimes Management System          Page:    1
Progrm: CMS301                Incident Report
------------------------------------------------------------------------
  Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT

Date of Occurrence.:  4/22/04 thru  4/22/04  Time of Occur.: 8:41 thru  8:41
Date of Report.....:  4/22/04                Time of Report: 8:46
Dispatched.........:  4/22/04 @  8:49        Responded.....:         @  0:00
Arrived............:  4/22/04 @  9:17        Cleared.......: 4/22/04 @ 10:36

  Day of the Week...: THURSDAY
  Common Name.......: TRACK 2 WILMINGTON STATION
  Incident Location.: 2680 MAIN LINE SOUTH WIL      APT: .58
  Incident Cty/ST/PR: WILMINGTON F/O                ZIP:
  County............: DE-NEW CASTLE
  Location Type.....: AMTRAK STATION                319
  Beat Assignment...: WILMINGTON DE                 MILE POST: SWILS0301
  District..........: MID ATLANTIC NORTH DIVISION
  Patrol Area  :    : WILMINGTON-STATION(MP 26.8)
  Department Classif: MEDICAL/ INJURY PATRON/PASSENGER
  Reporting Officer.: BRIAN V LARKIN
   CASE STATUS......: CLOSED                            Date: 4/22/04
  Alcohol Related...: NO
  Drugs Related.....: NO
```

*(stamped/handwritten overlay: "COPY NOT TO BE DUPLICATED   This copy ... Date ... page(s) ... is furn... ... use of   JOHN S. SHIPLEY ... or ... agency ... law, ... of the ... ... and ... ... ... ... upon demand.   CLOSED Date: 4/22/04   ...of Police   BY: [signature]   DATE: 8/4/04")*

```
************ V E R I F I C A T I O N    I N F O R M A T I O N ************
DATA ENTRY CLERK..:  6/29/04   Employee: JOAN L FORTE
REPORT OFCR REVIEW:            Employee:
APPROVED..........:  5/06/04   Employee: WALTER W WAHLER

************ C A S E    M A N A G E M E N T    I N F O R M A T I O N ************

Case Disposition.: CLOSED                              CLOSED    Date: 4/22/04
Case Forwarded To:

******************* V E H I C L E    I N F O R M A T I O N *******************

  OTHER                                      V E H I C L E  #   1
   UCR PROPERTY.: VEHICLES
  UCR VEHICLE TYPE: ENGINE/LOCOMOTIVE              Year: 0000
Make.:                     Model:                  Permit#:
Style: TRAIN - PASSENG     Color:           /
LIC/TRN #: SEPTA 4730      ST:          Country....:
VIN/CAR #
Vehicle Damaged Code:
Damaged/Stolen Value:         $0.    Disposit`n: OTHER (SEE NARRATIVE)
Insured (Y/N)......:                 Insured By:
Controlling Officer.: BRIAN V LARKIN
Veh Feature/Oddity..:
Keys in Vehicle.....:                Vehicle Locked:
Lein Holder.........:
Stolen Location.....:
        City/ST/PR...:
NCIC #.......:                       STATE#:
NCIC ENT DATE:                       NCIC CAN DATE:
Misc. ID #...:
```

A 1

```
Date/Time:  8/04/04   15:59:25
-----------------------------------------------------------------------
                       Crimes Management System              Page:    2
Progrm: CMS301            Incident Report
-----------------------------------------------------------------------
  Case No.: 1-04-008596  AMTRAK POLICE DEPARTMENT              (Continued)

  Recovered By.:
  Recovery Loc.:                                          Date:
     City/ST/PR:                                          Time:     0:00
                                                        $Value:       $0.
  Recovery Code:
  Owner Notifd.:             By Whom:

********************* P E R S O N   I N F O R M A T I O N *********************

         * C O M P L A I N A N T *              INFORMATION  #    1
  Name: JOHN SHIPLEY                                    DOB.: 3/04/1958
  Addr: 609 WILDEL AVE                                  SSN.: 179526027
  City: NEW CASTLE          ST: DE    ZIP: 19720        Phn#: 610/872-7338
  POB.:                     ST:         Country:
  Empl:                                                 Bus#:
  Occp:
  Race.......: BLACK                       Sex.: MALE
  Ethnic Org.: NON-HISPANIC
  OL #.......: 878871              OL ST: DE  Country:
  Age........: 46                                       Misc#:
  Height.....: 000 FT./IN.
  Weight.....:     LBS.

         * P E R S O N   R E P O R T I N G *    INFORMATION  #    1
  Name: COREY F. SHAW                                   DOB.:
  Addr:                                                 SSN.: 000000000
  City:                     ST:       ZIP: 000000000    Phn#:
  POB.:                     ST:         Country:
  Empl:                                                 Bus#:
  Occp: CONDUCTOR
  Race.......: WHITE                       Sex.: MALE
  Ethnic Org.: NON-HISPANIC
  OL #.......:                     OL ST:     Country:
  Age........: 44                                       Misc#:
  Height.....: 000 FT./IN.
  Weight.....:     LBS.

         * W I T N E S S *                      INFORMATION  #    1
  Name: NORRIS PAYNE                                    DOB.:
  Addr:                                                 SSN.: 000000000
  City:                     ST:       ZIP: 000000000    Phn#:
  POB.:                     ST:         Country:
  Empl:                                                 Bus#:
  Occp: CONDUCTOR
  Race.......: BLACK                       Sex.: MALE
  Ethnic Org.: NON-HISPANIC
  OL #.......:                     OL ST:     Country:
  Age........: 67                                       Misc#:
  Height.....: 000 FT./IN.
  Weight.....:     LBS.

         * W I T N E S S *                      INFORMATION  #    2
```

```
Date/Time:  8/04/04  15:59:25
------------------------------------------------------------------------
                        Crimes Management System              Page:    3
Progrm: CMS301              Incident Report
------------------------------------------------------------------------
  Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT              (Continued)
Name: ALICE HUTCHINSON                                    DOB.:
Addr:                                                     SSN.:
City:                    ST:        ZIP: 000000000        Phn#:
POB.:                    ST:           Country:
Empl:                                                     Bus#:
Occp:
Race.......: WHITE                     Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
OL #.......:                     OL ST:       Country:
Age........: 44                                    Misc#:
Height.....: 000 FT./IN.
Weight.....:      LBS.

     * W I T N E S S *                  INFORMATION  #    3
Name: PEGGY HEINS                                         DOB.:
Addr:                                                     SSN.:
City:                    ST:        ZIP: 000000000        Phn#:
POB.:                    ST:           Country:
Empl:                                                     Bus#:
Occp:
Race.......: BLACK                     Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
OL #.......:                     OL ST:       Country:
Age........: 41                                    Misc#:
Height.....: 000 FT./IN.
Weight.....:      LBS.

************************* N A R R A T I V E  # 1 *************************
CAD Information            Reported By:                         4/22/04

     Call#: 041130134       Beat: SECTOR 3
     Units.: 404WIL     Employees: 0000001732 LARKIN, BRIAN
     UNIT RPTS M/A REFUSED MEDICAL ATTENTION AND WISH TO CONTINUE
     WITH TRAVEL.
     CLEAR
     EMS REQUESTED FOR M/A COMPLAINING OF PAIN TO THE LEGS
     AND KNEES AND A POSSIBLE BROKEN ARM.
     EMS ON SCENE
     RPT TO FOLLOW
     R/P STATES M/A WAS INJURED TRYING TO BOARD A SEPTA R2 TRAIN
       *
       *
       *
       *
       *
     ON APRIL 22, 2004, AT APPROXIMATELY 0843 HOURS, THIS OFFICER ARRIVED
     ON THE PLATFORM OF THE WILMINGTON TRAIN STATION, TRACK TWO (2), AND
     SPOKE WITH REPORTING PERSON (R/P) SHAW, COREY, WHO IS THE CONDUCTOR
     OF SEPTA TRAIN #4730.

     R/P SHAW'S STATEMENT TO THIS OFFICER WAS THAT HE WAS WORKING TRAIN
```

A 3

```
Date/Time:   8/04/04  15:59:25
---------------------------------------------------------------------
                        Crimes Management System          Page:    4
Progrm: CMS301             Incident Report
---------------------------------------------------------------------
Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT           (Continued)
```

#4730. HE SAID THE TRAIN HAD JUST PULLED INTO THE WILMINGTON TRAIN STATION AT 0839 HOURS. AT 0841 HOURS, HE WAS STANDING ON THE SECOND CAR IN FRONT OF THE OPEN DOOR AS THE TRAIN WAS STARTING TO PULL OUT. WHILE THE TRAIN WAS MOVING ALONGSIDE THE PLATFORM, A MAN (SHIPLEY, JOHN) JUMPED ON THE TRAIN THROUGH THE DOOR HE WAS STANDING IN FRONT OF. HE TOLD SHIPLEY TO GET OFF THE TRAIN AND EXTENDED HIS ARM IN FRONT OF SHIPLEY'S CHEST WHILE SHIPLEY WAS STILL STANDING IN FRONT OF THE DOOR TO BLOCK HIM FROM GETTING ON THE TRAIN. WHILE HIS ARM REMAINED OUT, THE TRAIN WAS BEGINNING TO STOP, AND AT THAT TIME, SHIPLEY FELL OFF THE TRAIN AND ON TO THE PLATFORM.

SHIPLEY'S STATEMENT TO THIS OFFICER WAS THAT HIS RIGHT ARM, RIGHT KNEE, AND LEFT LEG WERE VERY SORE. SHIPLEY TOLD THIS OFFICER THAT THE TRAIN WAS NOT MOVING WHEN HE JUMPED ON. THE TRAIN STARTED TO MOVE RIGHT AFTER HE STEPPED ON AND THAT REPORTING PERSON (R/P) SHAW TOOK BOTH HANDS AND PUSHED HIM IN THE CHEST WHILE HE WAS STANDING IN THE DOORWAY ON THE TRAIN. AT THAT TIME HE FELL OFF THE TRAIN.

THERE WERE THERE (3) WITNESSES (NORRIS PAYNE, WHO IS ANOTHER CONDUCTOR THAT WAS ON TRAIN #4730, ALICE HUTCHINSON, WHO WAS STANDING ON THE PLATFORM, AND PEGGY HAINS, WHO WAS ALSO STANDING ON THE PLATFORM). NORRIS PAYNE SAID THE TRAIN WAS MOVING WHEN SHIPLEY JUMPED ON AND SHAW DID EXTEND HIS ARM BLOCKING SHIPLEY FROM COMING FURTHER INTO THE TRAIN. PEGGY HEINS SAID THE TRAIN WAS MOVING WHEN SHIPLEY JUMPED ON AND THAT SHAW EXTENDED HIS ARM PUSHING SHIPLEY OFF THE TRAIN. ALICE HUTCHINSON SAID THE TRAIN WAS MOVING WHEN SHIPLEY JUMPED ON AND THAT SHAW DID EXTEND HIS ARM BLOCKING SHIPLEY FROM COMING FURTHER INTO THE TRAIN, BUT DID NOT PUSH HIM OFF THE TRAIN.

EMS WAS CALLED TO THE SCENE, AND SHIPLEY TOLD THEM THAT HE WAS IN PAIN BUT DID NOT WANT ANY MEDICAL ATTENTION AT THIS TIME. THIS OFFICER ASKED SHIPLEY IF HE HAD TICKET FOR TRAIN #4730, AND HE SAID NO, HE WAS GOING TO BUY ONE ON THE TRAIN. THERE IS A CAMERA ON THE PLATFORM WHERE THE INCIDENT OCCURRED. UPON THIS OFFICER'S REVIEW OF THE TAPE, THE TRAIN WAS MOVING WHEN SHIPLEY JUMPED ON. THE R/P SHAW WAS OUT OF VIEW FROM THE CAMERA.

NOTHING FURTHER.

APD INCIDENT NO. 04-008596 CLOSED.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

A 4


**ST PAUL TRAVELERS**

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY
P.O. Box 3060
Blue Bell, PA 19422
Telephone: (215) 619-8594
Fax: (215) 619-8579

January 12, 2006

John Shipley
609 Wildel Ave.
New Castle, DE 19720

**RE:**   **Tracking Number:**   ES11793
         **Claimant:**          John Shipley
         **Insured:**           Delaware Transit Corp
         **Claim Number:**      GP06301393 09T431
         **Date of Loss:**      April 22, 2004

Dear Mr. Shipley,

You have presented a claim against Delaware Transit Corp, a ST. PAUL FIRE AND MARINE INSURANCE COMPANY insured. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, as an insurer in Delaware, must comply with statute 18 DE, Code Anno. 3914 which provides:

> "An insurer shall be required during the pendency of any claim received pursuant to a casualty insurance policy, to give prompt and timely written notice to the claimant informing him of the applicable statute of limitations regarding action for his damages."

The statute of limitations that appears applicable to your claim is:

18 DE, Code Anno. 6856 that states:

"No action for the recovery of damages upon a claim against a provider for personal injury, including personal injury which results in death, arising out of malpractice shall be brought after the expiration of two years from the date upon which such injury occurs; provided, however, that:

(1) Solely in the event of personal injury the occurrence of which, during such a period of two years, was unknown to and could not in the exercise of reasonable diligence have discovered by the injured person, such action may be brought prior to the expiration of three years from the date which such injury occurred, and not thereafter;

(2) a minor under the age of six shall have until the latter time for bringing such an action as provided for hereinabove or until the minor's sixth birthday in which to bring action.

10 DE, Code Anno 8107 that states:

"No action to recover damages for wrongful death or for injury to personal property

shall be brought after the expiration of two years from the accruing of the cause of action."

As you are aware, this claim has not been resolved. Delaware Law requires an insurer to notify a person who has filed a claim that is unresolved, and who has not retained an attorney, of the expiration of the Statute of Limitations.

In Compliance with Delaware Law, please allow this letter to serve as Formal notification that the Two year Statute of Limitations will expire on April 22, 2006.

This Notice is not a legal documentation of the date of expiration of the Statute of Limitations. This Notice is given in Good faith under the requirements of Delaware law, and does not prejudice our right to assert a defense that your claim is barred from the Statute of Limitations if we are in error.

You had indicated that the SEPTA Train Conductor pushed you from the Train Platform; The SEPTA conductor has denied this allegation. As there are factual differences at hand, the investigation into this claim is continuing.

We are willing to offer you $2500 to resolve this claim at this time. Please be advised that this offer is in no way an admission of liability on the part of DART or SEPTA. We have attached a Release with this letter. If you have retained an Attorney, please have your counsel contact me.

Please call me with any questions. Thank you for your cooperation.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Louis Vassil
Technical Spec, Liability
Telephone: (215) 619-8594
Fax: (215) 619-8579
LVASSIL@STPAULTRAVELERS.COM

FC37390 Rev. 05-2004

B 2

GP06301393 09T431/ES11793


ST PAUL TRAVELERS

## FULL AND FINAL RELEASE OF ALL CLAIMS

**Know All Men By These Presents**, that the Undersigned do(es) hereby acknowledge receipt of a check for Two Thousand and Five Hundred Dollars ($2,500) which check is accepted in full compromise settlement and satisfaction of, and as sole consideration for the final release and discharge of, all actions, claims and demands whatsoever, that now exist, or may hereafter accrue, against ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Delaware Area Rapid Transit (DART), SEPTA and any other person, corporation, association or partnership charged with responsibility for injuries to the person and property of the Undersigned, and the consequences flowing therefore, as the result of an accident, casualty or event which occurred on or about April 22, 2004 at or near Wilmington, DE, and for which the Undersigned claims the said persons or parties are legally liable in damages; which legal liability and damages are disputed and denied, and;

The Undersigned Warrants, that no promise or inducement has been offered except as herein set forth; that this Release is executed without reliance upon any statement or representation by the person or parties released, or their representatives, or physicians, concerning the nature and extent of the injuries and/or damages and/or legal liability therefore; that the Undersigned is of legal age, legally competent to execute this Release and accepts full responsibility therefore, and;

The Undersigned Agrees, as further consideration and inducement for this compromise settlement, that it is a full and final release of all claims and shall apply to all known and unknown and anticipated and unanticipated injuries and damages resulting from said accident, casualty or event, as well as to those now known or disclosed.

It is understood and agreed that the party or parties hereby released, admit no liability to the undersigned or others, shall not be estopped or otherwise barred from asserting and expressly reserve the right to assert any claim or cause of action such party or parties may have against the Undersigned or others.

The Undersigned represents and warrants to ST. PAUL FIRE AND MARINE INSURANCE COMPANY that the Undersigned has disclosed all information concerning payments made on behalf of the Undersigned by Medicare that are related to the claim being released and has disclosed all information concerning any Medicare liens related to the claim being released.

In the event that an undisclosed Medicare lien does exist, or in the event that Medicare asserts a lien after this release is signed the Undersigned agrees to indemnify and hold harmless ST. PAUL FIRE AND MARINE INSURANCE COMPANY, its affiliates, employees, directors and officers against any and all damages, actions, claims, demands arising out of such Medicare lien.

_____          _____
Signature                                  Signature

State of:_____

County of:_____

Subscribed and sworn to before me this date: _____

_____
Notary Public

Commission expires:_____                              (seal)

Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

Printed in U.S.A.                                          B.?

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

06-261

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JOHN S SHIPLEY

## DEFENDANTS
COREY SHAW, SEPTA & TRAVELERS INSURANCE COMPANY

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

605 WILDEL AVE NEW CASTLE DE 19720

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

2006 APR   CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06 - 261

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__4-21-06__
(Date forms issued)

__Jo/ [signature] S Ship__
(Signature of Party or their Representative)

__JOHN S SHIPLEY__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action