IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY | : |
| | : NO. 06-261-JJF |
| Plaintiff, | : |
| | : |
| | : JURY OF 12 DEMANDED |
| COREY SHAW, SEPTA, AND | : |
| TRAVELERS INSURANCE CO. | : |
| | : |
| Defendant. | : |

ENTRY OF APPEARANCE

TO:   CLERK OF COURT

Please enter the appearance of the undersigned counsel on behalf of the defendant, TRAVELERS INSURANCE COMPANY in the above-captioned case.

                                           MARSHALL, DENNEHEY, WARNER,
                                           COLEMAN & GOGGIN

                                           By: /s/  Kevin J. Connors
                                                KEVIN J. CONNORS (DE 2135)
                                                ELIZABETH A. SAURMAN (DE 3217)
                                                1220 North Market Street, Suite 500
                                                P.O. Box 8888
                                                Wilmington, DE 19899
                                                (302)552-4324
                                                Attorney for
                                                   Travelers Insurance Company

Dated:  May 17, 2006

\15_A\LIAB\EASAURMAN\SLPG\352239\EASAURMAN\19179\00000

## CERTIFICATE OF SERVICE

     I, ELIZABETH A. SAURMAN, hereby certify that on May 17, 2006, I caused two copies of the ENTRY OF APPEARANCE to be served first class U.S. Mail, postage pre-paid, on counsel for the parties at the following address:

John Shipley
609 Wildel Ave
New Castle, DE 19720

                                              MARSHALL, DENNEHEY, WARNER,
                                              COLEMAN & GOGGIN

                                         By: /s/ Kevin J. Connors
                                              KEVIN J. CONNORS (DE 2135)
                                              ELIZABETH A. SAURMAN (DE 3217)
                                              1220 North Market Street, Suite 500
                                              P.O. Box 8888
                                              Wilmington, DE 19899
                                              (302)552-4324
                                              Attorney for
                                                  Travelers Insurance Company

\15_A\LIAB\EASAURMAN\LLPG\353347\BAJOHNSON\19179\15000