IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN S. SHIPLEY** : | |
| : | NO. 06-261-JJF |
| **Plaintiff,** : | |
| **v.** : | |
| : | JURY OF 12 DEMANDED |
| **COREY SHAW, SEPTA, AND** : | |
| **TRAVELERS' INSURANCE CO.** : | |
| : | |
| **Defendant.** : | |

## ENTRY OF APPEARANCE

TO:   CLERK OF COURT

Please enter the appearance of the undersigned counsel on behalf of the defendant, COREY SHAW, SEPTA in the above-captioned case.

                         MARSHALL, DENNEHEY, WARNER,
                         COLEMAN & GOGGIN


                         By: /s/  Kevin J. Connors
                             KEVIN J. CONNORS (DE 2135)
                             ELIZABETH A. SAURMAN (DE 3217)
                             1220 North Market Street, Suite 500
                             P.O. Box 8888
                             Wilmington, DE 19899
                             (302)552-4324
                             Attorney for
                                Corey Shaw, SEPTA

Dated:  5/23/06

\15_A\LIAB\EASAURMAN\SLPG\354197\EASAURMAN\19179\00443

CERTIFICATE OF SERVICE

    I, ELIZABETH A. SAURMAN, hereby certify that on May 23, 2006, I caused two copies of the foregoing Answer to be served by first class U.S. Mail, postage pre-paid, on the party at the following address:

John S. Shipley
609 Wildel Ave
New Castle, DE 19720

                        MARSHALL, DENNEHEY, WARNER,
                        COLEMAN & GOGGIN


                    By: /s/ Kevin J. Connors
                         KEVIN J. CONNORS (DE 2135)
                         ELIZABETH A. SAURMAN (DE 3217)
                         1220 North Market Street, Suite 500
                         P.O. Box 8888
                         Wilmington, DE 19899
                         (302)552-4324
                         Attorney for
                           Corey Shaw, SEPTA

\15_A\LIAB\EASAURMAN\LLPG\354206\BAJOHNSON\19179\00443