### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN SHIPLEY** | : |
| | : NO. 06-261-JJF |
| **Plaintiff,** | : |
| | : |
| | : JURY OF 12 DEMANDED |
| **COREY SHAW, SEPTA, AND** | : |
| **TRAVELERS' INSURANCE COMPANY** | : |
| | : |
| **Defendant.** | : |

### ANSWER OF COREY SHAW, SEPTA TO COMPLAINT

1. Answering defendant without sufficient information to either admit or deny the allegations contained in this paragraph.

2. It is admitted SEPTA maintains an office at 1234 Market Street, 5th Floor, Philadelphia, PA 19107. The balance of the allegations contained in this paragraph are denied.

3. Denied.

4. Denied.

5. Answering defendant restates the answers to paragraphs 1 through 4 above and incorporates them here by reference.

6. Denied.

7. Denied.

8. Denied.

### AFFIRMATIVE DEFENSES

9. Plaintiff's claims are barred by the applicable doctrines of Sovereign and/or Governmental Immunity to the extent that such claims exceed the insurance applicable to Plaintiff's claim.

10. Plaintiff's claims are barred or reduced because Plaintiff was negligent in a manner that proximately caused the accident and such negligence was greater than any possible negligence of the defendants.

11. Plaintiff was negligent in that he:

   (a) failed to maintain proper control of his body;

   (b) failed to maintain a proper lookout;

   (c) failed to act reasonably for his safety on a moving train;

   (d) failed to remain seated while bus was moving;

   (e) failed to give full time and attention to the existing circumstances;

   (f) failed to follow instructions and/or heed warnings of train conductor; and

   (g) as may further appear through discovery.

**WHEREFORE**, Answering defendant hereby requests that this Honorable Court dismiss the plaintiff's complaint and award costs and fees in favor of answering defendant.

> MARSHALL, DENNEHEY, WARNER,
> COLEMAN & GOGGIN
>
> By: /s/ Kevin J. Connors
> KEVIN J. CONNORS (DE 2135)
> ELIZABETH A. SAURMAN (DE 3217)
> 1220 North Market Street, Suite 500
> P.O. Box 8888
> Wilmington, DE 19899
> (302)552-4324
> Attorneys for
>    Corey Shaw, SEPTA

Dated: 5/23/06

\15_A\LIAB\EASAURMAN\LLPG\354199\EASAURMAN\19179\0044

CERTIFICATE OF SERVICE

I, ELIZABETH A. SAURMAN, hereby certify that on May 23, 2006, I caused two copies of the foregoing Answer to be served by first class U.S. Mail, postage pre-paid, on the party at the following address:

John S. Shipley
609 Wildel Ave
New Castle, DE 19720

                          MARSHALL, DENNEHEY, WARNER,
                             COLEMAN & GOGGIN


By:  /s/  Kevin J. Connors
     KEVIN J. CONNORS (DE 2135)
     ELIZABETH A. SAURMAN (DE 3217)
     1220 North Market Street, Suite 500
     P.O. Box 8888
     Wilmington, DE 19899
     (302)552-4324
     Attorneys for
          Corey Shaw, SEPTA

\15_A\LIAB\EASAURMAN\LLPG\354209\BAJOHNSON\19179\00443