## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SHIPLEY | : |
| | : NO. 06-261-JJF |
| Plaintiff, | : |
| | : JURY OF 12 DEMANDED |
| v. | : |
| | : |
| COREY SHAW, SEPTA, AND | : |
| TRAVELERS' INSURANCE COMPANY | : |
| | : |
| Defendant. | : |

### TRAVELERS' INSURANCE COMPANY'S MOTION TO DISMISS

NOW COMES, the defendant TRAVELERS' INSURANCE COMPANY, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b) asking that the Court dismiss the claims against it in above-captioned suit with prejudice for the reasons set forth in the accompanying Memorandum of Points and Authorities.

WHEREFORE, defendant, TRAVELERS' INSURANCE COMPANY, respectfully moves this Honorable Court to enter the attached Order, granting its Motion to Dismiss Plaintiff's Complaint.

                                                MARSHALL, DENNEHEY, WARNER,
                                                  COLEMAN & GOGGIN

                              By: /s/ Kevin J. Connors
                                  KEVIN J. CONNORS (DE 2135)
                                  ELIZABETH A. SAURMAN (DE 3217)
                                  1220 North Market Street, 5th Flr.
                                  P.O. Box 8888
                                  Wilmington, DE 19899-8888
                                  (302) 552-4324
                                  Attorneys for
                                      Travelers Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY : | |
| : | NO. 06-261-JJF |
| **Plaintiff,** : | |
| : | |
| : | JURY OF 12 DEMANDED |
| COREY F. SHAW, SEPTA, AND : | |
| TRAVELERS' INSURANCE COMPANY. : | |
| : | |
| **Defendant.** : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF TRAVELERS' INSURANCE COMPANY'S <u>MOTION TO DISMISS</u>

1.	On April 21, 2006 Plaintiff filed the complaint in this matter (D.I. # 1). (Complaint at ¶4). The Complaint alleges an April 22, 2004 incident resulting in personal injury to Plaintiff. (Complaint at ¶6).

2.	The complaint includes no allegations of direct involvement of Travelers' Insurance with the April 22, 2004 incident itself. Rather, with respect to Travelers' Insurance Company, the complaint alleges:

> Upon information and beliefs, Travelers' Insurance and SEPTA authorized a representative to obtain a general liability policy for the defendants; and

> Upon information and belief The general liability insurance policy was to duty compensate John S. Shipley.

(Complaint at ¶¶7,8)

3.	A claim must be dismissed because it fails to allege sufficient facts to support a cognizable legal claim. Fed. R. Civ. P. 12(b)(6). Even a *pro se* litigant must plead sufficient facts assisting a legal claim. See <u>Riddle v. Mondragon</u>, 83 F.3d 1197, 1202 (10th Cir. 1996). Further, the Complaint "must provide the defendants with fair notice of what plaintiff's claim is

and the grounds upon which it rests." United States v. City of Philadelphia, 644 F.2d 187, 204 (3rd Cir. 1980), citing Conley v. Gibson, 355 U.S. 41, 47 (1957).

    4.    State substantive law applies in the Federal Court where jurisdiction is based on diversity. McKenna v. Pacific Rail Services, 32 F.3d 820, 825 (3rd Cir. 1994).

    5.    Delaware law does not permit direct actions against insurance company based on the negligence of the insured, even though it may well be the real party in interest. Kaufmann v. McKeown, 193 A.2d 81, 83 (Del. 1963); Delmar News, Inc. v. Jacobs Oil Company, 584 A.2d 531, 534 (Del.Super. 1990).

WHEREFORE, Defendant Travelers' Insurance Company respectfully asks that this Court dismiss the allegations against it in the above-referenced case.

                  MARSHALL, DENNEHEY, WARNER,
                  COLEMAN & GOGGIN

By: /s/ Kevin J. Connors
    KEVIN J. CONNORS (DE 2135)
    ELIZABETH A. SAURMAN (DE 3217)
    1220 North Market Street, 5th Flr.
    P.O. Box 8888
    Wilmington, DE 19899-8888
    (302) 552-4324
    Attorneys for
        Travelers Insurance Company

Dated: 5/23/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN S. SHIPLEY** : | |
| : | **NO. 06-261-JJF** |
| **Plaintiff,** : | |
| : | |
| v. : | **JURY OF 12 DEMANDED** |
| : | |
| **COREY SHAW, SEPTA, AND** : | |
| **TRAVELERS' INSURANCE COMPANY.** : | |
| : | |
| **Defendant.** : | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion to Dismiss of Defendant, Travelers' Insurance Company, and all Responses thereto,

IT IS HEREBY Ordered that defendant's Motion is GRANTED and the claims against it in the above-titled action are dismissed with prejudice.

_____

J.

\15_A\LIAB\EASAURMAN\LLPG\354215\BAJOHNSON\19179\00443

CERTIFICATE OF SERVICE

I, ELIZABETH A. SAURMAN, hereby certify that on _____ , I caused two copies of the foregoing Motion to Dismiss and Memorandum of Points and Authorities to be served by first class U.S. Mail, postage pre-paid, on the party at the following address:

John S. Shipley
609 Wildel Ave
New Castle, DE 19720

                                        MARSHALL, DENNEHEY, WARNER,
                                             COLEMAN & GOGGIN


By: /s/ Kevin J. Connors
    KEVIN J. CONNORS (DE 2135)
    ELIZABETH A. SAURMAN (DE 3217)
    1220 North Market Street, 5th Flr.
    P.O. Box 8888
    Wilmington, DE 19899-8888
    (302) 552-4324
    Attorneys for
        Travelers Insurance Company

\15_A\LIAB\EASAURMAN\LLPG\354218\BAJOHNSON\19179\00443