
ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN SHIPLEY, | ) | |
| | ) NO. 06-261-JJF | |
| Plaintiff, | ) | |
| | ) | |
| | ) JURY OF 12 DEMANDED | |
| COREY SHAW, SEPTA, AND | ) | |
| TRAVELERS' INSURANCE COMPANY | ) | |
| | ) | |
| Defendant, | ) | |

## MOTION FOR EXTENSION OF TIME TO ANSWER TRAVELERS' INSURANCE COMPANY'S MOTION TO DISMISS

1. The plaintiff, John S. Shipley, is requesting that your Honor grant an extension of time in this matter in order for the plaintiff to obtain legal counsel to respond to the **ANSWER OF COREY SHAW, SEPTA TO COMPLAINT**.

John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date: June 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY, | ) |
| | ) NO. 06-261-JJF |
| Plaintiff, | ) |
| | ) |
| | ) JURY OF 12 DEMANDED |
| COREY SHAW, SEPTA, AND | ) |
| TRAVELERS' INSURANCE COMPANY | ) |
| | ) |
| Defendant, | ) |

**ORDER**

And now, this _____ day of _____, 2006 upon consideration of **MOTION FOR EXTENSION OF TIME TO ANSWER TRAVELERS'INSURANCE COMPANY'S MOTION TO DISMISS**. It is hereby ordered that the Plaintiff's **MOTION FOR EXTENSION OF TIME TO ANSWER TRAVELERS'INSURANCE COMPANY'S MOTION TO DISMISS** be granted.

_____
J.

## CERTIFICATE OF SERVICE

I, JOHN S. SHIPLEY, hereby certify that on June 27, 2006, I caused two copies of the foregoing **MOTION FOR EXTENSION OF TIME TO ANSWER TRAVELERS' INSURANCE COMPANY'S MOTION TO DISMISS** by hand delivery on the party at the following address:

Kevin J. Connors (DE 2135)

Elizabeth A. Saurman ( DE 3217)

1220 North Market Street, Suite 500

P.O. Box 8888

Wilmington, DE 19899

(302)552-4324

Attorneys for Corey Shaw, SEPTA

John S. Shipley

609 Wildel Ave.

New Castle, DE 19720

Date: June 27, 2006