IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY | : | |
| | : | No.: 06-261 JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY OF 12 DEMANDED |
| | : | |
| COREY SHAW, SEPTA and | : | |
| TRAVELERS' INSURANCE CO. | : | |
| | : | |
| Defendants. | : | |

TO:   PROTHONOTARY

## NOTICE OF SERVICE

Please take notice that the undersigned certifies that pursuant to Superior Court Civil Rule 5(d) two copies of **Defendants' Interrogatories and Request for Production Directed to Plaintiff** were served by U.S. first class mail, postage prepaid, on this 14th day of July, 2006 upon the following:

>Mr. John S. Shipley
>609 Wildel Avenue
>New Castle, DE 19720

>MARSHALL, DENNEHEY, WARNER,
>COLEMAN & GOGGIN
>
>By:   /s/ Kevin J. Connors
>KEVIN J. CONNORS, # 2135
>ELIZABETH A. SAURMAN, #3217
>1220 North Market Street, Suite 500
>P.O. Box 8888
>Wilmington, DE 19899-8888
>(302)552-4324
>Attorneys for Defendants

\15_A\LIAB\EASAURMAN\DISC\364082\EASAURMAN\19179\00443