AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

John S. Shipley

V.

**SUMMONS IN A CIVIL CASE**

Corey F. Shaw
and
SEPTA

CASE NUMBER: 06 - 261

TO: (Name and address of Defendant)

Attn: Eileen Kats
SEPTA
1234 Market St
5th Floor Philadelphia Legal Division
Philadelphia, PA 19107

FILED
AUG 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

DATE 4-21-06

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
         Date            Signature of Server

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M. Janice

C. Date of Delivery:

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

ATTN: EILEEN KATZ & COREY SHAW
SEPTA 1234 MARKET
ST 5TH Floor PHILADELPHIA
LEGAL DIVISION
PHILADELPHIA PA 19107

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from): 7006 0100 0000 9345 6977

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(1) As to ...