AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

JOHN S. SHIPLEY

V.

TRAVELERS' INSURANCE COMPANY

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-261

TO: (Name and address of Defendant)

ST. PAUL ATT LOUIS VASIA/
TRAVELERS INSURANCE COMPANY
CLAIMS PO. BOX 3060 BLUE BELL PA. 19422

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)



FILED
AUG 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

n answer to the complaint which is served on you with this summons, within __20__ days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the lerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                   4-21-06
                                                       DATE

ERK

y) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date                    Signature of Server

                                        Address of Server

---

UNITED STATES POSTAL SERVICE

COMPLETE THIS SECTION ON DELIVERY

■ ...2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X  John L. Bryant    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

ST PAUL Attn LOUIS
VASIAL
TRAVELERS INSURANCE
COMPANY CLAIMS dept
PO BOX 3060 BLUE BELL
PA. 19422

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[BLUE BELL MAY 1 2006 postmark]

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from ...)   7006 0100 0000 9345 6984

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serve a summons see ...