**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4302**
**Email: kjconnors@mdwcg.com**

August 23, 2006

The Honorable Joseph J. Farnan, Jr.
U. S. District Court
844 N. King St., Rm. 4209
Lock Box 27
Wilmington, DE 19801

    RE:    John S. Shipley v. Corey Shaw/SEPTA
             CA No:  06-261 JJF
             Our File No.:  19179-00443

Dear Judge Farnan:

    Please accept this letter as Defendants' Response to Plaintiff's Motion for Extension of Time to Answer Travelers' Insurance Company's Motion to Dismiss.  (D.I. #8).  Defendants take no position on Plaintiff's Motion and only request Plaintiff's extension of time be given a deadline to avoid having an indefinite extension pending before this Honorable Court.

    Thank you for your attention in this matter.

                                              Respectfully submitted,

                            BY:   */s/ Kevin J. Connors*
                                   **KEVIN J. CONNORS, ESQ. (#2135)**
                                   1220 North Market Street, 5th Fl.
                                   P.O. Box 8888
                                   Wilmington, DE 19899-8888
                                   Attorney for Defendants

cc:    John Shipley, Pro Se

\15_A\LIAB\DTWALSH\LLPG\369754\DTWALSH\19179\00443