IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-261-JJF |
| COREY SHAW, SEPTA, and TRAVELERS INSURANCE COMPANY, | : |
| Defendants. | : |

**O R D E R**

Currently pending before the Court is Plaintiff's Motion For Extension Of Time To Answer Travelers Insurance Company's ("Travelers") Motion To Dismiss (D.I. 8). In his motion, Plaintiff requests time to obtain legal counsel before responding to Travelers' Motion to Dismiss.

Defendants filed a letter stating that they do not oppose Plaintiff's request (D.I. 13). Accordingly, the Court will grant Plaintiff's motion.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Extension Of Time To Answer Travelers' Motion To Dismiss (D.I. 8) is **GRANTED**.

2. Plaintiff shall file his answering brief to Travelers' Motion to Dismiss by **October 9, 2006,** whether or not Plaintiff has retained counsel by this date.

August 31, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE