# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY, | ) |
| | ) NO. 06-261-JJF |
| Plaintiff, | ) |
| | ) |
| | ) JURY OF 12 DEMANDED |
| COREY SHAW, SEPTA, AND | ) |
| TRAVELERS' INSURANCE COMPANY | ) |
| | ) |
| Defendant, | ) |

## ANSWER TO THE DEFENDANTSI INTERRROGATORIES DIRECTED TO PLAINTIFF DEFINITIONS AND INSTRUCTIONS

1. Please state your legal name and all names you have ever used, or by which you have been known, including nicknames.

ANSWER:     The only name that the plaintiff has ever used is John S. Shipley.

2. Please state the day, month, and year you were born.

ANSWER:     The plaintiff was born March 4, 1958

3. Please state your social security number.

ANSWER:     The plaintiff's social security number is 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

4. Please list each address at which you have lived in the last five (5) years, the dates during which you have lived at each such address and who lived with you.

ANSWER:    The only address that the plaintiff has lived at in the past five years is 609 Wildel Avenue New Castle, DE 19720.

5. State where you were coming from and where you were going on 4/22/04 that led you to the train station.

ANSWER:    On 4/22/04 the plaintiff was coming from home and going to the train station to catch the train to his auto mechanic shop to work, located at 600 E 9th St. Chester, PA 19013.

6. Identify what you were wearing on 4/22/04, including but not limited to a precise description of your footwear, indication with particularity the type, style, size, and material composition of the heal and sole.

ANSWER:    The plaintiff was wearing three sweatshirts---bottom layer- red, middle layer—red, and top layer—blue. The plaintiff had on 3 pairs of pants------- bottom layer- gray sweatpants, middle layer—black jeans, and top layer----blue jeans. The plaintiff wore brown wheat colored Timberland boots on his feet.

7. Identify what you were carrying on 4/22/04 when the accident occurred? Describe each object in detail giving weight and size.

ANSWER:    The plaintiff was carrying a brown paper bag containing a 16oz jar of iced tea and two regular size candy bars.

8. Please describe what happened to in the 4/22/04 accident in complete chronological detail, stating everything that you did, everything the conductor did and everything that happened to you:

    (a). from the time a few minutes immediately preceding the accident to and
        including the time of the accident; and

    (b). from the time of the accident until you reached your home or received medical
        treatment.

ANSWER:

        The plaintiff went to purchase a ticket for the train but the teller told him to pay at the train because he would not make it if he did not leave at that moment. He ran to track 1 and as he ran up the steps he was told that the train was leaving from track 2. He then ran back down the steps and went up the steps to track 2. The conductor, now known to be Corey Shaw, stepped onto the train and the plaintiff stepped on right behind him and then the train took off. As the plaintiff got to the top of the stairs, he saw Corey Shaw start to enter the train car. Corey Shaw then turned and noticed the plaintiff, John S. Shipley, behind him and asked where he came from. The plaintiff then stated that he had the money for fare. Corey Shaw then stated that the plaintiff was too late and to get off while shoving the plaintiff down the steps. The plaintiff caught himself at the bottom of the stairs by grabbing onto the hand rail. Mr. Shaw then came to the bottom of the stairs and took both hands and shoved them into the chest of the plaintiff causing him to fall from the moving train. Mr. Shipley then blacked out and when he came to he was on the ground and he could hear people screaming, "Oh my God, you didn't have to do him like that........help him up, help him up!" The ambulance then was called and the train backed up about 200 yards. Once the police officers arrived at the scene the crowd calmed and everyone huddled around them. One of the women spoke and gave her side of the story. Then another

woman stated that she had a direct view and watched the conductor, Corey Shaw, push Mr. Shipley from the moving train. The ambulance then arrived and I refused to go at that time. I was in shock. However, the following morning I woke up in extreme pain and wanted and went to Christiana Hospital and was treated and released and told to go to my own doctor at which time I did.

9. Describe the way you fell including the parts of your body that made contact with any part of the train and/or platform or other objects.

ANSWER: Mr. Shipley's full body slammed up against the side of the train and then was thrown to the ground.

10. Did you ever speak to Corey Shaw or any other representative or employee of SEPTA?

ANSWER:    Yes, the plaintiff spoke to Corey Shaw.

11. If your answer to the last question is yes, please state who you spoke with, when you spoke and what you spoke about.

ANSWER:    As previously mentioned, the plaintiff spoke to Corey Shaw right before he pushed down the step of the train car and proceeded to push him from a moving train on the date of 4/22/04

12. State in detail the injuries, illnesses, complaints, and/or diseases you claim to have suffered as a result of the 4/22/04 accident.

ANSWER:    The plaintiff received multiple knee, back, head, arm, and wrist abrasions. The plaintiff also had bruises on his knees and elbows, bleeding from his mouth, and the muscles in his back, keg, and knees were damaged affecting his mobility. He also suffered head trauma resulting in reoccurring headaches and loss of memory.

13. State the names and addresses of all doctors or other medical personnel who have examined or treated you for the injuries, illness, complaints and/or diseases you claim to have suffered as a result of the 4/22/04 accident. Please also identify the date or dates of such examinations or treatment and the specific condition each examination or treatment addressed.

Dr. Paul Epstein located at 2602 W 9th St. STE 103, Chester, PA 19013.

Dr. John Boor located at 1088 W Baltimore Pike STE 2205 Media, PA 19063.

Dr Pagliei located at 4610 State Rd. Drexel Hill, PA 19026.

Christiana Hospital in New Castle, DE

Riddle Memorial Hospital in Media, PA

14. Give the names and addresses of all medical institutions to which you have been admitted for injuries identified in your answer to # 12 above, together with the date of admission to and release from such institution.

ANSWER:    The names of the medical institutions are identified in # 13. Dates, admission, and release information can be obtained directly from the institution using the authorization for release of medical records attached to the **ANSWER TO REQUEST FOR PRODUCTION.**

15. State whether X-rays, MRIs, CT Scans or other diagnostic tests were taken in connection with the injuries identified in your answer to # 12 above. If the answer is "yes" state the name and address of the doctor that ordered them, where/when they were done, and who has custody of a copy of the test films and/or results.

ANSWER:    The plaintiff has X-rays performed at Riddle Memorial Hospital. The plaintiff currently needs an MRI and CT which have not been done at this time.

16.    State whether or not you were prescribed any medications as a result of the injuries identified in your answer to #12 above. If you were prescribed any medications, identify the medication prescribed, who prescribed the medication, and the pharmacy where the prescriptions were filled. Include here any samples of prescription medications given to you.

ANSWER:    The plaintiff was given prescriptions for Darvacet and Ibuprofen. These are the only medications that the plaintiff can remember at this time. The plaintiff has all of his medications filled the Rite aid Drug Stores in Chester and on Rte 13 in New Castle, DE.

17. Identify any other pharmacies in addition to those identified above where you had any prescriptions filled, notwithstanding the reason for the prescription.

ANSWER:    The plaintiff has not used any other pharmacies.

18. State whether you are still under the care of a physician, surgeon or other medical personnel for any of the injuries identified in your answer to #12 above. If so, please identify the name and address of each and every one you are still seeing, the condition you are still being treated for and your plans for future appointments/treatment.

ANSWER:   The plaintiff has still been seeing all of the aforementioned doctors but was told that he needs lawyer to be seen again. Shipley still has pain in his legs, back, and has headaches.

19. If you have fully recovered from any of the injuries, illnesses, complaints, or diseases listed in your answer to #12 above, please identify which problem(s) have fully resolved and state when such recovery was made.

ANSWER:    The plaintiff has not recovered from any of his sustained injuries.

20. For those injuries, illnesses, complaints, or diseases listed in your answer to #12 above that you have not recovered from state in which respect you have not fully recovered; how are they still affecting you?

ANSWER:    The plaintiff still has pain in his lower back, both legs (mainly the right leg) and the knee area. The plaintiff also still suffers from headaches and forgetfulness.

21. Identify each person whom you expect to call as an expert witness attrial and identify the person's area of expertise.

ANSWER:   The plaintiff expects to call all doctors involved in his treatment.
Dr. Paul Epstein -----General Medicine
Dr. John Boor---------Orthopedics
Dr Pagliei -------------Neurosurgery

22. State the substance of the facts and opinions to which each expert is expected to testify together with a summary of the grounds for each opinion.

ANSWER:    All experts will testify as to Shipley's current condition and facts based on his examination.

23.   Do you understand that in order to evaluate your injury claim Defendants must investigate your medical history to determine the existence/extent of any pre-accident problems you may have had and the extent of your post-accident problems as identified in you answer to #12 above?

ANSWER:    Yes, the plaintiff does understand this.

24.   State whether or not you have ever I your life prior to 4/22/04 had a problem of any type involving the parts of the body you identified in your answer to # 12 above. Include any prior problems whether or not they required you to seek medical

treatment. If you have had prior problems involving the body parts identified in your answer to #12 above, describe the prior problems, identify the date/dates of such prior problems, and state the names and addresses of any and all medical personnel from which you sought treatment for them, if any.

ANSWER:    The plaintiff has had back problems in the past stemming from a car accident in 1993. The patient was treated by Dr. Paul Epstein and Dr Pagliei for these injuries.

25. Identify the name(s) and address(es) of each and every family doctor and/or primary care physician(s) you have seen for any reason whatsoever in the 10 years before 4/22/04 and have seen since 4/22/04.

ANSWER:

Dr. Paul Epstein located at 2602 W 9th St. STE 103, Chester, PA 19013.
Dr. John Boor located at 1088 W Baltimore Pike STE 2205 Media, PA 19063.
Dr Pagliei located at 4610 State Rd. Drexel Hill, PA 19026.

26. Identify the name(s) and address(es) of each and every medical specialist you have seen for any reason whatsoever in the 10 years before 4/22/04 and have seen since 4/22/04.

ANSWER:

Dr. Paul Epstein located at 2602 W 9th St. STE 103, Chester, PA 19013.
Dr. John Boor located at 1088 W Baltimore Pike STE 2205 Media, PA 19063.
Dr Pagliei located at 4610 State Rd. Drexel Hill, PA 19026.

27. State what illnesses, infirmities, diseases or injuries you have had or were told you had during your lifetime.

ANSWER:    Prior to 4/22/04 the plaintiff has sustained injuries to his back, right broken ribs, and a broken right arm.

28. State whether or not you were hospitalized at any time in your lifetime prior to the accident for any purpose whatsoever. If so, please state the dates of each such hospitalization, the hospital and the purpose of each such hospitalization.

ANSWER:    The plaintiff was hospitalized in 1993 after being in a car accident. The plaintiff was treated for broken ribs, a broken arm, and lower back pain.

29. Please state whether you claimed to have lost any earnings or suffered and limitation of earning capacity resulting from the accident.

ANSWER:    Yes, due to lower back and leg pain the plaintiff is not able to perform all of the tasks that he was previously able to perform limiting his job performance.

30. State when you last worked before 4/22/04, who you worked for and what was your rate of pay.

ANSWER:    The plaintiff worked on 4/21/04 and he is self employed.

31. have you ever made a claim for or filed a lawsuit for personal injury before? If so, identify it.

ANSWER:    Yes, the plaintiff previously filed a claim with Nationwide "Insurance Company for car accident injuries.

32.  Please state whether you have ever been involved in any accident(s), motor vehicle, industrial, slip and fall or otherwise, other than the accident which is the subject of the complaint-either before or after 4/22/04.
If so identify it/them.

ANSWER:    The plaintiff was in a motor vehicle accident in 1993.  This is the only accident that he can recall at this time.

33.  Please state whether you have ever had a conversation with the Corey Shaw or any other representative or employee of SEPTA.  If so, identify who you spoke with, when you spoke and what you spoke about.

ANSWER:    See answer to #10

34.  Identify any witnesses to the 4/22/04 accident you know of and describe your relationship to them.

ANSWER:    Information for all witnesses can be obtained from the police report located at the Amtrak Police Unit at the Wilmington train station.  None of the witnesses were personally known to the plaintiff.

35.  What documents did you review or otherwise rely upon to respond to these questions?

ANSWER:    The plaintiff did not review any documents to respond to these questions.

36. Do you understand that pursuant to the Number 33 of the Rules of the District Court you are required to answer each question fully in writing under oath unless objected to?

ANSWER:    Yes, the plaintiff does understand this.

John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date: September 15, 2006

CERTIFICATE OF SERVICE

I, JOHN S. SHIPLEY, PRO SE, hereby certify that on
this 25 day of SEPTEMBER, 2006
I CAUSE two copyses of the attached ANSWER to the
DEFENDANTS INTERROGATORIES. AND ANSWER to REQUEST
FOR PRODUCTION

By Hand
KEVIN J. CONNORS 2135
ELIZABETH A. SAURMAN 321
1220 North Market Street
Suite 500
P.O. Box 8888
Wilmington DE 19899-8883
302)552 - 4324
Attorneys For DEFENDANTS