# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY, | ) |
| | ) NO. 06-261-JJF |
| Plaintiff, | ) |
| | ) |
| | ) JURY OF 12 DEMANDED |
| COREY SHAW, SEPTA, AND | ) |
| TRAVELERS' INSURANCE COMPANY | ) |
| | ) |
| Defendant, | ) |

## ANSWER TO REQUEST FOR PRODUCTION

The defendants request the plaintiff to produce for examination and copying at the office of the attorney for the defendant within thirty (30) days from the date of this request the following items:

1. All hospital records, doctors' summaries and reports concerning any physical test performed on or concerning the plaintiffs and any other matter in writing prepared by or on behalf of any person trained in the healing arts concerning the plaintiffs' past, present, or future physical condition insofar as such matters in writing may be in possession of the defendant or his attorney or available to them upon request by them to any doctor, hospital or other person trained in the healing arts;

**RESPONSE:** All of the requested information regarding the past, present, or future physical condition of John S. Shipley can be obtained by the defendants using the attached Authorization for Medical Records Form.

2. Copies of all statements, bills or cancelled check showing the amount charged for services rendered to the plaintiffs or items sold to the plaintiffs in connection with the care of his alleged physical condition.

**RESPONSE:**   Copies of all bills and payments can also be obtained by using the attached Authorization forms.

3. Photographs taken by or on behalf of the plaintiff relating to the accident in question;

**RESPONSE:**   All photographs and footage of the accident may be obtained from the Amtrak Police Unit located at the Wilmington train station. The police reports states where and how to retrieve this evidence.

4. Copies of all statements of any and all witnesses, including any statements from the plaintiff or defendant herein regarding the happening of the accident here involved and/or the circumstances leading up to or subsequent to the accident.

**RESPONSE :**   Statements from all witnesses to the accident are documented in the police report which was attached to the original complaint. Copies of police report are available through the Amtrak Police Unit at the Wilmington train station.

5. All photographs, diagrams, plans, or graphic representations of the scene of the alleged accident herein involved.

**RESPONSE:**   All photographs and footage of the scene of the accident may be obtained from the Amtrak Police Unit located at the Wilmington train station. The police reports states where and how to retrieve this evidence.

6. Any and all documents containing the names and business addresses of all individuals contacted as potential witnesses.

**RESPONSE:** This information can be obatained from the police report attached to the original complaint. Copies are available through the Amtrak Police Unit at the Wilmington train station.

7. All reports, statements, or any other documentation whatsoever regarding plaintiff's medical condition, the happening of the accident, or any other matter which is related to this litigation which may have been forwarded to insurance companies.

**RESPONSE:** Documentation regarding John S. Shipley's medical condition can be obtained by using the attached Authorization form. The happening of the accident can be obtained by viewing the footage of the event as well as examining the police report available through the Amtrak Police Unit at the Wilmington train station.

8. All expert reports relating to liability and damages prepared by experts expected to testify at trial on behalf of plaintiff.

**RESPONSE:** Expert reports can be obtained from Dr. Paul Epstein located at 2602 W 9th St. STE 103, Chester, PA 19013. Dr. John Boor located at 1088 W Baltimore Pike STE 2205 Media, PA 19063. Dr Pagliei located at 4610 State Rd. Drexel Hill, PA 19026.

9. All reports, records, or other documentation whatsoever pertaining to, or composed in relation to, any wage loss or time lost from work including tax returns for the five (5) years preceding the accident and the years since the accident, which plaintiff allegedly suffered as a result of the incident which is the subject of this litigation.

**RESPONSE:** John S. Shipley is self employed, therefore income varies. Income tax returns are not available at this time.

10. Copies of all records reviewed or relied on in preparation of Plaintiff's Answers to Interrogatories.

**RESPONSE:** All information relied upon is based on verbal report from the experts identified in the response to #8.

11. The attached authorization for the release of medical records executed by Plaintiff.

**RESPONSE:** The authorizations for the release of medical records is included.

/s/ John S. Shipley
John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date: September 15, 2006

# AUTHORIZATION FOR HEALTH INFORMATION DISCLOSURE

## PATIENT INFORMATION
*(please print)*

Patient Name: __John S. Shipley__   Street Address: __609 Wildel Avenue,__
City: __New Castle__   State: __DE__   Zip Code: __19027__   Date of Birth: __3-4-58__

I hereby authorize: __DR. Paul Epstein   Address 2602 W 9th Street 103, Chester PA 19013__
Name of physician's office/medical practice disclosing information

## REQUESTOR/RECIPIENT INFORMATION

Please disclose the following protected health information to: __Marshall, Dennehey, Warner,__

__Coleman & Goggin, P.A.__ Street Address: __1220 N. Market Street__, P.O. Box: __8888__

City __Wilmington__   State: __DE__   Zip Code: __19899__

Please indicate the information or types of information to be disclosed: _____
**A copy of your entire medical chart(s)**

**Specify dates** (or date ranges) if applicable: __All__

This request is for the purpose of: __Litigation__

I understand that I have the right to revoke this authorization at any time. I understand that my revocation must be in writing and addressed to the privacy officer of the above named facility authorized to make this disclosure. I understand that the revocation does not apply to information that has already been released in response to this authorization.

Unless otherwise revoked, this authorization will expire in six months or on the following date: __Conclusion of the personal injury lawsuit I filed.__

I understand that any disclosure of information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. I understand that I need not sign this authorization to assure treatment. I understand that I may inspect and/or copy the information to be disclosed. I understand that authorizing this disclosure is voluntary. I understand that if I have any questions about disclosure of my health information, I may contact the privacy officer at the facility listed above that is authorized to disclose this information and request a copy of this authorization.

I understand that my health record may include information pertaining to the treatment of drug and alcohol abuse, mental illness, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV), sexually transmitted diseases, tuberculosis or genetics.
IF YOU DO NOT WISH THIS INFORMATION TO BE RELEASED, PLEASE INITIAL; DO NOT RELEASE_____

X __[signature]__                                    __10-3-06__
Signature of Patient or Authorized Representative         Date

Description of Representative's Authority (witness signature required)     Signature of Witness

# AUTHORIZATION FOR HEALTH INFORMATION DISCLOSURE

## PATIENT INFORMATION
*(please print)*

Patient Name: __John S. Shipley__   Street Address: __609 Wildel Avenue,__
City: __New Castle__   State: __DE__   Zip Code: __19027__   Date of Birth: _3-4-58_

I hereby authorize: _Riddle Memorial Hospital 1088 W Baltimore Pike Media PA 19063_
Name of physician's office/medical practice disclosing information

## REQUESTOR/RECIPIENT INFORMATION

Please disclose the following protected health information to: __Marshall, Dennehey, Warner,__

__Coleman & Goggin, P.A.__ Street Address: __1220 N. Market Street__, P.O. Box: __8888__

City __Wilmington__   State: __DE__   Zip Code: __19899__

Please indicate the information or types of information to be disclosed:
**A copy of your entire medical chart(s)**

**Specify dates** (or date ranges) if applicable: __All__

This request is for the purpose of: __Litigation__

I understand that I have the right to revoke this authorization at any time. I understand that my revocation must be in writing and addressed to the privacy officer of the above named facility authorized to make this disclosure. I understand that the revocation does not apply to information that has already been released in response to this authorization.

Unless otherwise revoked, this authorization will expire in six months or on the following date: __Conclusion of the personal injury lawsuit I filed.__

I understand that any disclosure of information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. I understand that I need not sign this authorization to assure treatment. I understand that I may inspect and/or copy the information to be disclosed. I understand that authorizing this disclosure is voluntary. I understand that if I have any questions about disclosure of my health information, I may contact the privacy officer at the facility listed above that is authorized to disclose this information and request a copy of this authorization.

I understand that my health record may include information pertaining to the treatment of drug and alcohol abuse, mental illness, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV), sexually transmitted diseases, tuberculosis or genetics.
IF YOU DO NOT WISH THIS INFORMATION TO BE RELEASED, PLEASE INITIAL; DO NOT RELEASE_____

X _[signature]_                              __10-3-06__
Signature of Patient or Authorized Representative         Date

Description of Representative's Authority (witness signature required)   Signature of Witness

# AUTHORIZATION FOR HEALTH INFORMATION DISCLOSURE

## PATIENT INFORMATION
*(please print)*

Patient Name: __John S. Shipley__   Street Address: __609 Wildel Avenue,__
City: __New Castle__   State: __DE__   Zip Code: __19027__   Date of Birth: _____

I hereby authorize: _Christiana Hospital Wilmington DE/ 19899_
Name of physician's office/medical practice disclosing information

## REQUESTOR/RECIPIENT INFORMATION

Please disclose the following protected health information to: __Marshall, Dennehey, Warner,__

__Coleman & Goggin, P.A.__ Street Address: __1220 N. Market Street__, P.O. Box: __8888__

City __Wilmington__   State: __DE__   Zip Code: __19899__

Please indicate the information or types of information to be disclosed: _____
**A copy of your entire medical chart(s)**

**Specify dates** (or date ranges) if applicable: __All__

This request is for the purpose of: __Litigation__

I understand that I have the right to revoke this authorization at any time. I understand that my revocation must be in writing and addressed to the privacy officer of the above named facility authorized to make this disclosure. I understand that the revocation does not apply to information that has already been released in response to this authorization.

Unless otherwise revoked, this authorization will expire in six months or on the following date: __Conclusion of the personal injury lawsuit I filed.__

I understand that any disclosure of information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. I understand that I need not sign this authorization to assure treatment. I understand that I may inspect and/or copy the information to be disclosed. I understand that authorizing this disclosure is voluntary. I understand that if I have any questions about disclosure of my health information, I may contact the privacy officer at the facility listed above that is authorized to disclose this information and request a copy of this authorization.

I understand that my health record may include information pertaining to the treatment of drug and alcohol abuse, mental illness, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV), sexually transmitted diseases, tuberculosis or genetics.
**IF YOU DO NOT WISH THIS INFORMATION TO BE RELEASED, PLEASE INITIAL; DO NOT RELEASE_____**

X __/s/ John Shipley__                            __10-3-06__
Signature of Patient or Authorized Representative        Date

Description of Representative's Authority (witness signature required)        Signature of Witness

# AUTHORIZATION FOR HEALTH INFORMATION DISCLOSURE

## PATIENT INFORMATION
*(please print)*

Patient Name: __John S. Shipley__   Street Address: __609 Wildel Avenue,__
City: __New Castle__   State: __DE__   Zip Code: __19027__   Date of Birth: __3-4-58__

I hereby authorize: __Dr JoHN Boar Located At 1068 W BAltimore Pike STE 2205__
Name of physician's office/medical practice disclosing information __Media, PA 19063__

## REQUESTOR/RECIPIENT INFORMATION

Please disclose the following protected health information to: __Marshall, Dennehey, Warner,__

__Coleman & Goggin, P.A.__ Street Address: __1220 N. Market Street__, P.O. Box: __8888__

City __Wilmington__   State: __DE__   Zip Code: __19899__

Please indicate the information or types of information to be disclosed:
**A copy of your entire medical chart(s)**

**Specify dates** (or date ranges) if applicable: __All__

This request is for the purpose of: __Litigation__

I understand that I have the right to revoke this authorization at any time. I understand that my revocation must be in writing and addressed to the privacy officer of the above named facility authorized to make this disclosure. I understand that the revocation does not apply to information that has already been released in response to this authorization.

Unless otherwise revoked, this authorization will expire in six months or on the following date: __Conclusion of the personal injury lawsuit I filed.__

I understand that any disclosure of information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. I understand that I need not sign this authorization to assure treatment. I understand that I may inspect and/or copy the information to be disclosed. I understand that authorizing this disclosure is voluntary. I understand that if I have any questions about disclosure of my health information, I may contact the privacy officer at the facility listed above that is authorized to disclose this information and request a copy of this authorization.

I understand that my health record may include information pertaining to the treatment of drug and alcohol abuse, mental illness, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV), sexually transmitted diseases, tuberculosis or genetics.
IF YOU DO NOT WISH THIS INFORMATION TO BE RELEASED, PLEASE INITIAL; DO NOT RELEASE _____

X __[signature]__   __10-3-06__
Signature of Patient or Authorized Representative   Date

_____   _____
Description of Representative's Authority (witness signature required)   Signature of Witness

# AUTHORIZATION FOR HEALTH INFORMATION DISCLOSURE

## PATIENT INFORMATION
*(please print)*

Patient Name: __John S. Shipley__   Street Address: __609 Wildel Avenue,__
City: __New Castle__   State: __DE__   Zip Code: __19027__   Date of Birth: __3/4-58__

I hereby authorize: __Dr Pagliei   Located at 4610 State Rd. Drexel Hill, PA 19026__
Name of physician's office/medical practice disclosing information

## REQUESTOR/RECIPIENT INFORMATION

Please disclose the following protected health information to: __Marshall, Dennehey, Warner,__

__Coleman & Goggin, P.A.__ Street Address: __1220 N. Market Street,__ P.O. Box: __8888__

City __Wilmington__   State: __DE__   Zip Code: __19899__

Please indicate the information or types of information to be disclosed: _____
**A copy of your entire medical chart(s)**

**Specify dates** (or date ranges) if applicable: __All__

This request is for the purpose of: __Litigation__

I understand that I have the right to revoke this authorization at any time. I understand that my revocation must be in writing and addressed to the privacy officer of the above named facility authorized to make this disclosure. I understand that the revocation does not apply to information that has already been released in response to this authorization.

Unless otherwise revoked, this authorization will expire in six months or on the following date: __Conclusion of the personal injury lawsuit I filed.__

I understand that any disclosure of information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. I understand that I need not sign this authorization to assure treatment. I understand that I may inspect and/or copy the information to be disclosed. I understand that authorizing this disclosure is voluntary. I understand that if I have any questions about disclosure of my health information, I may contact the privacy officer at the facility listed above that is authorized to disclose this information and request a copy of this authorization.

I understand that my health record may include information pertaining to the treatment of drug and alcohol abuse, mental illness, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV), sexually transmitted diseases, tuberculosis or genetics.
**IF YOU DO NOT WISH THIS INFORMATION TO BE RELEASED, PLEASE INITIAL; DO NOT RELEASE_____**

X __[signed] John S Shipley__   __10-3-06__
Signature of Patient or Authorized Representative   Date

Description of Representative's Authority (witness signature required)   Signature of Witness

CERTIFICATE OF SERVICE

I, JOHN S. SHIPLEY, Pro Se, hereby certify that on this 25 day of SEPTEMBER, 2006 I CAUSE two copies of the attached ANSWER to the DEFENDANTS INTERROGATORIES. AND ANSWER TO REQUEST FOR PRODUCTION

LEFT 5 COPIES OF AUTHORIZATIONS FOR HEALTH INFORMATION DISCLOSURE ON 10-3-06

Douglas J. Walsh, Esq

BY HAND
KEVIN J. CONNORS 2135
ELIZABETH A. SAURMAN 3215
1220 NORTH MARKET STREET
SUITE 500
P.O. BOX 8888
WILMINGTON DE 19899-8885
302)552-JS-4324
ATTORNEYS FOR DEFENDANTS