IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SHIPLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-261-JJF |
| | : |
| COREY F. SHAW and TRAVELERS INSURANCE COMPANY, | : |
| | : |
| Defendants. | : |

## **O R D E R**

WHEREAS, Defendant Travelers Insurance Company filed a Motion To Dismiss (D.I. 7);

WHEREAS, the Court granted Plaintiff an extension of time to obtain counsel and file an Answering Brief to the Motion; however, the Court required Plaintiff to file an Answering Brief no later than October 9, 2006, with or without counsel (D.I. 14);

WHEREAS, to date, Plaintiff has failed to file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief to the Motion **no later than Friday, November 10, 2006.** If Plaintiff fails to file a response, the Court will decide the Motion on the papers submitted.

October 30, 2006
DATE

UNITED STATES DISTRICT JUDGE