**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4324**
**Email: easaurman@mdwcg.com**



November 8, 2006

The Honorable Joseph J. Farnan, Jr.
U. S. District Court
844 N. King St., Rm.  4209
Lock Box 27
Wilmington, DE 19801

      RE:    John S. Shipley v. Corey Shaw, SEPTA & Travelers' Insurance Company
             Our File No.:  19179-00443
             CA No:  06-261 JJF
             DOL:  4/22/04

Dear Judge Farnan:

      Pending is Travelers Insurance Co.'s Motion to Dismiss the claims against it.   Mr. John Shipley was given until November 10, 2006 to file a response.

      Please be advised that Mr. Shipley has agreed to dismiss the claims against Travelers Insurance Co. voluntarily.  The claims against Mr. Corey Shaw and SEPTA will go forward.

      I have forwarded Mr. Shipley a Stipulation of Partial Dismissal for execution and will file it as soon as he returns it to me.  Accordingly, I would ask that you defer ruling on the Motion at this time.

      Thank you for your consideration of this matter.

                                              Respectfully submitted,

                                              /s/ Elizabeth A. Saurman #3217
                                              Elizabeth A. Saurman

cc:    John Shipley, Pro Se
        Lou Vassil, St. Paul Travelers
        Claim No.:  GP06301393-09T431
        Michael DeBaugh, St. Paul Travelers

\15_A\LIAB\EASAURMAN\CORR\388984\EASAURMAN\19179\00443