IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY, | ) |
| | ) NO. 06-261-JJF |
| Plaintiff, | ) |
| | ) |
| | ) JURY OF 12 DEMANDED |
| COREY SHAW, SEPTA, AND | ) |
| TRAVELERS' INSURANCE COMPANY | ) |
| | ) |
| Defendant, | |

## MOTION IN OPPOSITION TO THE DEFENDANTS MOTION TO DISMISS

NOW COMES, the plaintiff John S. Shipley, asking that the court dismiss the plaintiff's, Travelers' Insurance Company, motion to dismiss.

1. Omit it.

2. There has been no compensation to John S. Shipley. Therefore, the defendant, Travelers' Insurance Company, must still be upheld as a party to this lawsuit considering that discovery might bring upon some additional proof of discrimination and conspiracy involved in this case under claim number GP0630139309T431.

3. The plaintiff, John S. Shipley, gave authorization to the defendants' attorneys to obtain information on the injuries that occurred on April 21, 2006, the date of the incident.

4. Number 4 of the defendants' brief is true because the defendants are out of state.

5. Travelers' Insurance Company made an attempt to directly settle the matter with the plaintiff, John S. Shipley, in bad faith. After discovery, Travelers' Insurance Company turned on it's co-conspirators. Therefore, Travelers' Insurance Company should also be held liable party to this claim.

*John S. Shipley*
John S. Shipley, pro se
609 Wildel Ave
New Castle, DE 19720

Date: November 13, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY, | ) |
|  | ) NO. 06-261-JJF |
| Plaintiff, | ) |
|  | ) |
|  | ) JURY OF 12 DEMANDED |
| COREY SHAW, SEPTA, AND | ) |
| TRAVELERS' INSURANCE COMPANY | ) |
|  | ) |
| Defendant, | ) |

ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the plaintiff's, Motion in Opposition to the Defendant's Motion to Dismiss, and all responses thereto,

IT IS HEREBY Ordered that the plaintiff's Motion is GRANTED and the claims be upheld.

_____

J.

Date: November 13, 2006

## CERTIFICATE OF SERVICE

I, John S. Shipley, hereby certify that on November 13, 2006, that I caused two copies of the foregoing **MOTION IN OPPOSITION TO THE DEFENDANTS MOTION TO DISMISS** to be served by first class U.S. Mail on the party at the following address:

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

KEVIN J. CONNORS (DE 2135)
ELIZABETH A. SAURMAN (DE 3217)
1220 North Market Street, 5th Flr.
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4324
Attorneys for Travelers Insurance Company

/s/ John S. Shipley
John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date: November 13, 2006