IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY, | ) |
| | ) NO. 06-261-JJF |
| Plaintiff, | ) |
| | ) |
| | ) JURY OF 12 DEMANDED |
| TRAVELERS' INSURANCE COMPANY | ) |
| | ) |
| Defendant, | ) |

### MOTION FOR PRODUCTION OF DOCUMENTS

Motion for the production of documents from the defendant's insurance company, St. Pauls Travelers' Insurance Company.

1. The plaintiff, John Shipley, is requesting that the defendant, St Pauls Travelers' Insurance Company, submit every document and letter pertaining to claim number GP0630139309T431 as of April 22, 2004. See exgbit 1 2 3

*John S. Shipley*

John S. Shipley, pro se

609 Wildel Ave

New Castle, DE 19720

Date: November 13, 2006


**ST PAUL TRAVELERS**

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY
P.O. Box 3060
Blue Bell, PA 19422
Telephone: (215) 619-8594
Fax: (215) 619-8579

February 21, 2006

John Shipley
609 Wildel Ave.
New Castle, DE 19720

RE:   **Tracking Number:**   ES11793
      **Claimant:**   John Shipley
      **Insured:**   Delaware Transit Corp
      **Claim Number:**   GP06301393 09T431
      **Date of Loss:**   April 22, 2004

Dear Mr. Shipley,

You have presented a claim against Delaware Transit Corp, a ST. PAUL FIRE AND MARINE INSURANCE COMPANY insured. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, as an insurer in Delaware, must comply with statute 18 DE, Code Anno. 3914 which provides:

> "An insurer shall be required during the pendency of any claim received pursuant to a casualty insurance policy, to give prompt and timely written notice to the claimant informing him of the applicable statute of limitations regarding action for his damages."

The statute of limitations that appears applicable to your claim is:

> 18 DE, Code Anno. 6856 that states:

> "No action for the recovery of damages upon a claim against a provider for personal injury, including personal injury which results in death, arising out of malpractice shall be brought after the expiration of two years from the date upon which such injury occurs; provided, however, that:

> (1) Solely in the event of personal injury the occurrence of which, during such a period of two years, was unknown to and could not in the exercise of reasonable diligence have discovered by the injured person, such action may be brought prior to the expiration of three years from the date which such injury occurred, and not thereafter;

> (2) a minor under the age of six shall have until the latter time for bringing such an action as provided for hereinabove or until the minor's sixth birthday in which to bring action.

> 10 DE, Code Anno 8107 that states:

> "No action to recover damages for wrongful death or for injury to personal property

FC37390 Rev. 05-2004

shall be brought after the expiration of two years from the accruing of the cause of action."

As you are aware, this claim has not been resolved. Delaware Law requires an insurer to notify a person who has filed a claim that is unresolved, and who has not retained an attorney, of the expiration of the Statute of Limitations.

In Compliance with Delaware Law, please allow this letter to serve as Formal notification that the Two year Statute of Limitations will expire on April 22, 2006.

This Notice is not a legal documentation of the date of expiration of the Statute of Limitations. This Notice is given in Good faith under the requirements of Delaware law, and does not prejudice our right to assert a defense that your claim is barred from the Statute of Limitations if we are in error.

We have conducted an investigation into the above referenced incident. We do not feel that our insured can be held legally liable for your damages as a result of this incident.

Our investigation reveals that there is no evidence that the Train Conductor pushed you off the moving train. However, we are willing to offer you $2500 to resolve this claim at this time. Please be advised that this offer is in no way an admission of liability on the part of DART or SEPTA. We have attached a Release with this letter. If you have retained an Attorney, please have your counsel contact me.

Please call me with any questions. Thank you for your cooperation.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Louis Vassil
Technical Spec, Liability
Telephone: (215) 619-8594
Fax: (215) 619-8579
LVASSIL@STPAULTRAVELERS.COM

FC37390 Rev. 05-2004

GP06301393 09T431/ES11793


**ST PAUL TRAVELERS**

### FULL AND FINAL RELEASE OF ALL CLAIMS

**Know All Men By These Presents**, that the Undersigned do(es) hereby acknowledge receipt of a check for Two Thousand and Five Hundred Dollars ($2,500) which check is accepted in full compromise settlement and satisfaction of, and as sole consideration for the final release and discharge of, all actions, claims and demands whatsoever, that now exist, or may hereafter accrue, against ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Delaware Area Rapid Transit (DART), SEPTA and any other person, corporation, association or partnership charged with responsibility for injuries to the person and property of the Undersigned, and the consequences flowing therefore, as the result of an accident, casualty or event which occurred on or about April 22, 2004 at or near Wilmington, DE, and for which the Undersigned claims the said persons or parties are legally liable in damages; which legal liability and damages are disputed and denied, and;

The Undersigned Warrants, that no promise or inducement has been offered except as herein set forth; that this Release is executed without reliance upon any statement or representation by the person or parties released, or their representatives, or physicians, concerning the nature and extent of the injuries and/or damages and/or legal liability therefore; that the Undersigned is of legal age, legally competent to execute this Release and accepts full responsibility therefore, and;

The Undersigned Agrees, as further consideration and inducement for this compromise settlement, that it is a full and final release of all claims and shall apply to all known and unknown and anticipated and unanticipated injuries and damages resulting from said accident, casualty or event, as well as to those now known or disclosed.

It is understood and agreed that the party or parties hereby released, admit no liability to the undersigned or others, shall not be estopped or otherwise barred from asserting and expressly reserve the right to assert any claim or cause of action such party or parties may have against the Undersigned or others.

The Undersigned represents and warrants to ST. PAUL FIRE AND MARINE INSURANCE COMPANY that the Undersigned has disclosed all information concerning payments made on behalf of the Undersigned by Medicare that are related to the claim being released and has disclosed all information concerning any Medicare liens related to the claim being released.

In the event that an undisclosed Medicare lien does exist, or in the event that Medicare asserts a lien after this release is signed the Undersigned agrees to indemnify and hold harmless ST. PAUL FIRE AND MARINE INSURANCE COMPANY, its affiliates, employees, directors and officers against any and all damages, actions, claims, demands arising out of such Medicare lien.

_____    _____
Signature                          Signature

State of:_____

County of:_____

Subscribed and sworn to before me this date: _____

_____
Notary Public

Commission expires: _____                    (seal)

Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

Printed in U.S.A.

## CERTIFICATE OF SERVICE

I, John S. Shipley, hereby certify that on November 13, 2006, that I caused two copies of the foregoing *Motion for Production of Documents* to be served by first class U.S. Mail on the party at the following address:

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

KEVIN J. CONNORS (DE 2135)
ELIZABETH A. SAURMAN (DE 3217)
1220 North Market Street, 5th Flr.
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4324
Attorneys for Travelers Insurance Company

John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date: November 13, 2006