**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION   www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4324**
**Email: easaurman@mdwcg.com**



November 14, 2006

The Honorable Joseph J. Farnan, Jr.
U. S. District Court
844 N. King St., Rm. 4209
Lock Box 27
Wilmington, DE 19801

      RE:    John S. Shipley v. Corey Shaw, SEPTA & Travelers' Insurance Company
             CA No:  06-261 JJF
             DOL:  4/22/04

Dear Judge Farnan:

    Pending is Travelers Insurance Co.'s Motion to Dismiss the claims against it.  Mr. John Shipley was given until November 10, 2006 to file a response.  On November 8, 2006 Mr. Shipley called and advised that rather than respond to the Motion as ordered he would agree to the dismissal of claims against Travelers.  The claims against Mr. Corey Shaw and SEPTA were go forward.  Accordingly, on November 8, 2006 I forwarded him confirmation of his agreement and a Stipulation of Partial Dismissal.  A copy of my confirmation letter to Mr. Shipley is attached.  I also notified you of his agreement to Dismiss Travelers' and asked that you defer ruling on the Motion at this time.

    On November 14, 2006 we received electronic notice from the Court that on November 13, 2006 Mr. Shipley filed a Motion In Opposition to the Defendants Motion to Dismiss.  This filing appears in conflict with his agreement to dismiss Travelers and my corresponding notice to you.  Accordingly, given my prior representation to you, I feel compelled to notify you of this as well.  I will attempt to resolve this directly with Mr. Shipley and request the appropriate relief thereafter.

    Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          /s/ Elizabeth A. Saurman #3217
                                          Elizabeth A. Saurman

cc:    John Shipley, Pro Se
        Lou Vassil, St. Paul Travelers, Claim No.:  GP06301393-09T431
        Michael DeBaugh, St. Paul Travelers
\15_A\LIAB\EASAURMAN\CORR\390230\EASAURMAN\19179\00443

A REGIONAL DEFENSE LITIGATION LAW FIRM

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**OHIO**
Akron

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

**1220 Market Street, Ste. 500, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4324**
**Email: esaurman@mdwcg.com**



November 8, 2006

Mr. John S. Shipley
609 Wildel Avenue
New Castle, DE 19720

    RE:    John S. Shipley v. Corey Shaw/SEPTA
            Our File No.: 19179-00443
            CA No: 06-261 JJF
            DOL: 4/22/04

Dear Mr. Shipley:

Thank you for agreeing to dismiss the claims against Traveler's. I have notified the Judge.

Enclosed is a Stipulation of Partial Dismissal. Please sign it and return it to me in the enclosed envelope immediately for filing.

If you have any questions, please do not hesitate to call.

                            Very truly yours,

                            Elizabeth A. Saurman

cc:    Lou Vassil, St. Paul Travelers
        Claim No.: GP06301393-09T431
        Michael DeBaugh, St. Paul Travelers

\15_A\LIAB\EASAURMAN\CORR\388987\EASAURMAN\19179\00443