IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY, | ) |
| | ) NO. 06-261-JJF |
| Plaintiff, | ) |
| | ) |
| CorEy F. SHAW and TRAVlERS Insurance | ) JURY OF 12 DEMANDED |
| SEPTA Company | ) |
| | ) |
| Defendant, | ) |

Motion To seal documents that have personal Information

1. I JOHN S SHIPEY ask the court to seal the documents that has my date of birthday an social sec. no on it.

JOHN S SHIPLEY
609 wilde Ave
New Castle DE 19020

## CERTIFICATE OF SERVICE

I, John S. Shipley, hereby certify that on November 14 2006, that I caused two copies of the foregoing _Motion for production of Documents_ to be served by first class U.S. Mail on the party at the following address:

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

KEVIN J. CONNORS (DE 2135)
ELIZABETH A. SAURMAN (DE 3217)
1220 North Market Street, 5th Flr.
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4324
Attorneys for Travelers Insurance Company

_John Shipley_
John S. Shipley, pro se
609 Wildel Ave
New Castle, DE 19720

Date: November 13, 2006