IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN S. SHIPLEY,                       :
                                       :
      Plaintiff,                       :
                                       :
v.                                     :   Civil Action No. 06-261-JJF
                                       :
COREY F. SHAW and                      :
TRAVELER'S INSURANCE CO.               :
                                       :
      DefendantS.                      :

### ORDER

WHEREAS, a Motion To Seal Document (D.I. 24) is pending before the Court;

WHEREAS, the Motion is not opposed;

NOW THEREFORE IT IS HEREBY ORDERED that the Motion To Seal Document (D.I. 24) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of the Court for the District of Delaware is hereby directed to seal Plaintiff's Request For Production Of Documents (D.I. 21).

November 20, 2006

_____
UNITED STATES DISTRICT JUDGE