IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN S. SHIPLEY,                :
                                :
    Plaintiff,                 :
                                :
v.                              :   Civ. No. 06-261-JJF
                                :
COREY F. SHAW and TRAVELERS'    :
INSURANCE COMPANY,              :
                                :
    Defendants.                :

### O R D E R

WHEREAS, on May 23, 2006, Defendant Travelers' Insurance Company filed a Motion To Dismiss (D.I. 7);

WHEREAS, on November 13, 2006, Plaintiff filed an Answering Brief In Opposition To The Motion To Dismiss (D.I. 19);

WHEREAS, on November 14, 2006, Defendant Travelers' Insurance Company advised the Court that it believed Plaintiff had agreed to voluntarily dismiss the claims raised against Defendant Travelers' Insurance Company, and that it is confused by the Opposition filed by Plaintiff;

THEREFORE, at Wilmington this 13 day of December, 2006, so that this case may move forward, IT IS HEREBY ORDERED that the parties shall advise the Court, within **thirty days** from the date of this Order, of the status of the "voluntary dismissal."

                                                              /s/ Joseph J. Farnan, Jr.
                                                              United States District Judge