IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY | : | |
| | : | No.: 06-261 JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY OF 12 DEMANDED |
| | : | |
| COREY SHAW, SEPTA and | : | |
| TRAVELERS' INSURANCE CO. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' RESPONSE TO PLAINTIFF REQUEST FOR PRODUCTION #1**

    1.    The Plaintiff, John Shipley, is requesting that the defendant, St Paul Travelers' Insurance Company, submit every document and letter pertaining to claim number GP0630139309T431 as of April 22, 2004.

    **RESPONSE:** Objection. This request is overbroad and exceeds the scope of FRCP Rule 26(b)(3) in that it includes items prepared in anticipation of litigation on behalf of another party by that party's attorney, consultant, surety, indemnitor, insurer or agent. It further seeks disclosure of mental impressions, conclusions or legal theories of an attorney or other representative of a party concerning the litigation.

    By way of further answer and without waiving any objection, there were no documents in the identified file as of 4/22/04. Again, by way of further answer and without waiving any objection, copies of documents not prepared in anticipation of litigation on behalf of another party by that party's attorney, consultant, surety, indemnitor, insurer or agent or containing privileged communications or mental impressions, conclusions or legal theories of an attorney or other representative of a party concerning the litigation are attached. A description required by Rule 26(b)(5) is also attached.

                                             MARSHALL, DENNEHEY, WARNER,
                                             COLEMAN & GOGGIN


                                             By: /s/ Elizabeth A. Saurman
                                                 ELIZABETH A. SAURMAN, #3217
                                                 KEVIN J. CONNORS #2135
                                                 1220 North Market Street, Suite 500
                                                 P.O. Box 8888
                                                 Wilmington, DE 19899-8888
                                                 (302)552-4324
Dated: December 18, 2006                       Attorneys for Defendants
\15_A\LIAB\EASAURMAN\DISC\395519\EASAURMAN\19179\00443

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY | : | |
| | : | No.: 06-261 JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY OF 12 DEMANDED |
| | : | |
| COREY SHAW, SEPTA and | : | |
| TRAVELERS' INSURANCE CO. | : | |
| | : | |
| Defendants. | : | |

TO:   CLERK OF COURT

### NOTICE OF FILING

Please take notice that FRCP 5(d) and Local Rule 5.4 because Plaintiff is *pro se,* Defendants are filing herewith one copy of **Defendants' Response to Plaintiff's Request For Production #2.**

Please take further notice that two copies were served by U.S. first class mail, postage prepaid, on this 18th day of December, 2006 upon the following:

John S. Shipley, pro se
609 Wildel Ave
New Castle, DE 19720

                                            MARSHALL, DENNEHEY, WARNER,
                                            COLEMAN & GOGGIN


                                       By: */s/ Elizabeth A. Saurman*
                                          ELIZABETH A. SAURMAN, #3217
                                          KEVIN J. CONNORS, #2135
                                          1220 North Market Street, Suite 500
                                          P.O. Box 8888
                                          Wilmington, DE 19899
                                          (302)552-4324
                                          Attorneys for Defendants

Dated: December 18, 2006
\15_A\LIAB\EASAURMAN\LLPG\395516\EASAURMAN\19179\00443

Shipley v. SEPTA & Shaw
Detailed Privilege Log – St. Paul Travelers File

| Date | Description |
|---|---|
| 11/8/06 | E-mail correspondence between counsel and insurer regarding Motion to Dismiss claims against insurer |
| 11/2/06 | Legal Services Invoice with descriptions of work performed |
| 11/1/06 | Litigation Assessment Report by counsel |
| 9/6/06 | Correspondence to Insurer from counsel regarding Motion to Dismiss claims against insurer |
| 9/5/06 | Legal Services Invoice with descriptions of work performed |
| 8/22/06 | Litigation worksheet with analysis of suit, issues, exposure, value |
| 8/9/06 | Correspondence to insurer from counsel |
| 7/27/06 | Correspondence to Insurer from counsel |
| 5/11/06 | E-mail string to counsel from in-house insurance counsel regarding file management |
| 5/11/06 | Internal e-mail string from in-house insurance counsel to claims handler/supervisor regarding litigation file management |
| 5/8/06 | Correspondence from insurer to counsel regarding referral |
| 5/8/06 | Litigation referral form to counsel |
| 5/5/06 | Internal e-mail from supervisor to adjuster regarding new suit management |
| undated | Memo by insurer regarding allegations in complaint |
| 4/24/06 | DTC Account Profile |
| 4/10/06 | Liability Claim File Evaluation with analysis of threat to sue *pro se*, issues, exposure, value |
| 2/21/06 | Liability Claim File Evaluation with analysis of threat to sue *pro se*, issues, exposure, value |
| 12/29/05 | Internal insurance company e-mail string regarding SEPTA's tender of defense |
| 12/29/05 | Liability Claim File Evaluation with analysis of threat to sue *pro se* issues, exposure, value |
| 12/27/05 | Liability Claim File Evaluation with analysis of threat to sue *pro se* issues, exposure, value |
| 12/05 | Handwritten claim notes by adjuster regarding case evaluation |
| 9/6/05 | Internal insurance company e-mail string regarding efforts to reach claimant to date and claim handling procedure |
| 7/26/05 | Internal insurance company e-mail string regarding efforts to reach claimant to date and claim handling procedure |
| 6/20/06 | Internal insurance company e-mail string regarding claim handling procedure, evaluation and plan |
| Various | Caption Report/claim notes |
| 6/23/05 | DTC Account Profile |

\15_A\LIAB\EASAURMAN\MEMO\395514\EASAURMAN\19179\00443

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY | : | |
| | : | No.: 06-261 JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY OF 12 DEMANDED |
| | : | |
| COREY SHAW, SEPTA and | : | |
| TRAVELERS' INSURANCE CO. | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' RESPONSE TO PLAINTIFF REQUEST FOR PRODUCTION #1

1.      The Plaintiff, John Shipley, is requesting that the defendant, St Paul Travelers' Insurance Company, submit every document and letter pertaining to claim number GP0630139309T431 as of April 22, 2004.

**RESPONSE:** Objection. This request is overbroad and exceeds the scope of FRCP Rule 26(b)(3) in that it includes items prepared in anticipation of litigation on behalf of another party by that party's attorney, consultant, surety, indemnitor, insurer or agent. It further seeks disclosure of mental impressions, conclusions or legal theories of an attorney or other representative of a party concerning the litigation.

By way of further answer and without waiving any objection, there were no documents in the identified file as of 4/22/04. Again, by way of further answer and without waiving any objection, copies of documents not prepared in anticipation of litigation on behalf of another party by that party's attorney, consultant, surety, indemnitor, insurer or agent or containing privileged communications or mental impressions, conclusions or legal theories of an attorney or other representative of a party concerning the litigation are attached. A description required by Rule 26(b)(5) is also attached.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By: /s/ Elizabeth A. Saurman
    ELIZABETH A. SAURMAN, #3217
    KEVIN J. CONNORS #2135
    1220 North Market Street, Suite 500
    P.O. Box 8888
    Wilmington, DE 19899-8888
    (302)552-4324
    Attorneys for Defendants

Dated: December 18, 2006
\15_A\LIAB\EASAURMAN\DISC\395519\EASAURMAN\19179\00443