**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN S. SHIPLEY | : | |
| | : | No.: 06-261 JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY OF 12 DEMANDED |
| | : | |
| COREY SHAW, SEPTA and | : | |
| TRAVELERS' INSURANCE CO. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' RESPONSE TO PLAINTIFF REQUEST FOR PRODUCTION #2**

1.      The Plaintiff, John Shipley, is requesting that the defendant, Septa, submit every document and letter pertaining to claim number YO4-004410-999 as of April 22, 2004.

**RESPONSE:**  Objection.  This request is overbroad and exceeds the scope of FRCP Rule 26(b)(3) in that it includes items prepared in anticipation of litigation on behalf of another party by that party's attorney, consultant, surety, indemnitor, insurer or agent.   It further seeks disclosure of mental impressions, conclusions or legal theories of an attorney or other representative of a party concerning the litigation.

By way of further answer and without waiving any objection, there were no documents in the identified file as of 4/22/04.  Again, by way of further answer and without waiving any objection, copies of documents not prepared in anticipation of litigation on behalf of another party by that party's attorney, consultant, surety, indemnitor, insurer or agent or containing privileged communications or mental impressions, conclusions or legal theories of an attorney or other representative of a party concerning the litigation are attached.  A description required by Rule 26(b)(5) is also attached.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By: /s/ Elizabeth A. Saurman
KEVIN J. CONNORS, #2135
ELIZABETH A. SAURMAN, #3217
1220 North Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899-8888
(302)552-4324
Attorney for Defendants

Dated:
\15_A\LIAB\EASAURMAN\DISC\395518\EASAURMAN\19179\00443

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN S. SHIPLEY                    :

                                 :     No.: 06-261 JJF

            Plaintiff,        :

                                 :

     v.                      :     JURY OF 12 DEMANDED

                                 :

COREY SHAW, SEPTA and      :

TRAVELERS' INSURANCE CO.   :

                               :

           Defendants.      :

TO:    CLERK OF COURT

**NOTICE OF FILING**

Please take notice that FRCP 5(d) and Local Rule 5.4 because Plaintiff is *pro se,*

Defendants are filing herewith one copy of **Defendants' Response to Plaintiff's Request For**

**Production #2.**

Please take further notice that two copies were served by U.S. first class mail, postage

prepaid, on this 20th day of December, 2006 upon the following:

John S. Shipley, pro se
609 Wildel Ave
New Castle, DE 19720

                               MARSHALL, DENNEHEY, WARNER,
                               COLEMAN & GOGGIN


                       By: */s/ Elizabeth A. Saurman*
                          KEVIN J. CONNORS, #2135
                          ELIZABETH A. SAURMAN, #3217
                          KEVIN J. CONNORS, #2135
                          1220 North Market Street, Suite 500
                          P.O. Box 8888
                          Wilmington, DE 19899
                          (302)552-4324
                          Attorneys for Defendants

Dated: December 20, 2006
\15_A\LIAB\EASAURMAN\LLPG\395516\EASAURMAN\19179\00443

# ATTACHMENT 1

# ATTACHMENT 1

Shipley v. SEPTA *et al*
Privilege Log

1/10/06      Memo Septa Attorney to Septa Claims re: investigation plan

1/26/06      Memo Septa Attorney to Septa Claims re: investigation plan

3/18/03      Memo Septa Attorney re:  Septa contract with DTC

\15_A\LIAB\EASAURMAN\MEMO\397433\EASAURMAN\19179\00443

```
user-id:  ATF                   septa claims risk system                  s65c300
                                   accident details                       o65c300

today  11/29/2006  date reported  05 / 10 / 2004   claim date  06 / 28 / 2004
written notification 00 / 00 / 0000        diary date  00 / 00 / 0000    nc
year  2004        number  001149        sequence  001             person  C
division  Y       subdivision  R          fpb          status  REOP  LITI
last name  SHIPLEY            first  JOHN           middle initial  S
umta  86221R              cat yr 0000 cat num 000000 cat seq 000 cat per
acc date 04 / 22 / 2004      acc time  08 : 41  A           acc class  0081
route  R2    dir    block      veh no        veh class        depot  RAIL
weather           visibility              highway            passengers     0
operator no  0000000000   police inv      police type  ICA   badge  00000000
supervisor  S006          adjuster J026    atty code  ???       oc
location WILMINGTON STATION
explanation   PASSENGER TRIED TO BOARD TRAIN AND FELL
INJURY RIGHT ARM AND LEFT LEG
WILMINGTON HOSPITAL FOR TREATMENT.
extraordinary          fatal            pol name
tot res $         0.00  tot pay $         0.00  out res $          0.00
messages:
enter-add  1-upd  2-inq  3-dt-bws  4-ntd  5-del  6-menu  7-per-dtl  8-lit-dtl
10-stat-hst 11-letters 12-add-clms 13-fpb-bws 14-inv-hdr 15-res-hst 16-spv-hst
```

RECEIVED
DEC 1 9 2006

```
user id: BFQ                  septa claims/risk system              s65c900
                           claimant/incident information            o65c900
                                litigation details

open date 05 / 01 / 2006    accident date 04 / 22 / 2004    accident class 0081
                                   division Y      sub-division R      x-ord
key: yr 2004 num 001149 seq 001 p C   catalog: yr        num        seq     p
last SHIPLEY                    first JOHN           mi S    ssn 179 - 52 - 6027
              (ccyy mmnnnnnnn)
court number 2006 04261        bi Y  pd     pip     umc      num claims 001
court type USDC  court loc    DELA   case type MAJ           num suits  001
septa atty ???  out counsel       trial date 00 / 00 / 0000  trial time
plaintiff: atty code ATT0452-01
           atty PRO SE            firm PRO SE
other     1) COREY F SHAW-CONDUCTOR        2)
parties   3)                               4)
summons 00 / 00 / 0000  rule 00 / 00 / 0000  complaint 05 / 01 / 2006  ans
reopen  00 / 00 / 0000  fee pd 00 / 00 / 0000  ord due 00 / 00 / 0000  type
lcdc                    end date 00 / 00 / 0000  settled amount            .00
messages:
clear-exit       enter-add      pf1-update      pf2-inquire      pf3-key brs
pf4-name brs     pf5-delete     pf6-menu        pf7-vendor       pf8-acc dtl
pf10-atty brs    pf11-letters                   pf12-inv hdr     pf13-atty code
```

```
user id: ATF    s e p t a   c l a i m s / r i s k   s y s t e m        s65c200
                    claimant/incident information                        o65c200
                         personal details

today 11/29/2006 report 05 10 2004 claim 06 28 2004 written notice 00 00 0000
year 2004          number 001149              sequence 001              person C

catalog yr ____    catalog num _____     catalog seq ___    catalog per _
division  Y       sub-division  R         source  STAT        damage  BI
employee number  0000000000  job code        social security  179 - 52 - 6027
occ                                       title
last name  SHIPLEY                        first  JOHN                  mi  S
add 1  609 WILDEL AVE                     add 2
city  NEW CASTLE                          state  DE         zip  19720  0000
home phone  610 - 872 - 7338     other phone  000 - 000 - 0000    ext  0000
age  000 birth  03 / 04 / 1958 sex  M  marital stat     vendor no
plaintiff: atty name                                     atty code  _____
           atty firm
incoming caller  MR. SHIPLEY 5/10/04             telephone  000 - 000 - 0000
address   C/A SENT:5/12/04--C/A RET:6/24/04
messages:
clear-exit   enter-add      pf1-update    pf2-inquiry   pf3-browse   pf5-delete
pf6-menu     pf7-back scr   pf8-next scr  pf10-atty code            pf11-letters
```

PLEASE DO NOT
STAPLE IN
THIS AREA

215-580-7470

SEPTA
Philadelphia, PA 19107-3780

## HEALTH INSURANCE CLAIM FORM
FORM APPROVED OMB NO. 0938-0008
READ INSTRUCTIONS BEFORE COMPLETING OR SIGNING THIS FORM (CHECK APPLICABLE PROGRAM BLOCK BELOW)

| | MEDICARE (MEDICARE NO.) | | MEDICAID (MEDICAID NO.) | | CHAMPUS (SPONSOR'S SSN) | | CHAMPVA (VA FILE NO.) | | FECA BLACK LUNG (SSN) | | OTHER (CERTIFICATE SSN) |

### PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
**Shipley, John**

2. PATIENT'S DATE OF BIRTH
3  4  58

3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Septa

4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
**609 Wildel Road
New Castle, DE 19720**

5. PATIENT'S SEX
MALE [XX]   FEMALE [ ]

6. INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)
**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**

7. PATIENT'S RELATIONSHIP TO INSURED
OTHER [XX]

8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)
**2004-001149-001**

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

TELEPHONE NO.

9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF AND PLAN NAME AND ADDRESS AND POLICY OR MEDIC NUMBER)

EK

11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)

TELEPHONE NO.

11A. CHAMPUS SPONSOR'S
STATUS  ACTIVE DUTY [ ]  DECEASED [ ]  BRANCH OF SERVICE
        RETIRED [ ]

OTHER [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING)
I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW.

SIGNED _John J Shipley_   DATE _1/4/04_

13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW.

SIGNED INSURED OR AUTHORIZED PERSON _John Shipley_

### PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF:
**4/22/04** ◄ ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. DATE FIRST CONSULTED YOU FOR THIS CONDITION
**7/12/04**

16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES

16A. IF EMERGENCY CHECK HERE

17. DATE PATIENT ABLE TO RETURN TO WORK

18. DATES OF TOTAL DISABILITY
FROM            THROUGH

DATES OF PARTIAL DISABILITY
FROM            THROUGH

19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (E.G., PUBLIC HEALTH AGENCY)
**Dr. Paul Epstein**

20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES
ADMITTED            DISCHARGED

21. NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN OFFICE)

22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?
YES [ ]  NO [ ]   CHARGES

23A. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY; RELATE DIAGNOSIS TO PROCEDURE IN COL. D BY REFERENCE NOS. 1, 2, 3, ETC. OR DX CODE

1. Closed head trauma 907.0 2. Cervical dorso-lumbar strain mechanism 847.1,847.2 (3) Lumbar radiculitis with right sciatic neuritis 723.4,724.3 (4) Old herniated lumbar disc aggravated by trauma 722.5 (5) Traumatic burso-tendonitis of the right knee 726.60
6. Strain mechanism of left wrist 842.0 (7) Degenerative arthritis of the neck & back aggravated by trauma 721.1,721.3

EPSDT  YES [ ]  NO [ ]
FAMILY PLANNING  YES [ ]  NO [ ]

PRIOR AUTHORIZATION NO.

| 24. A. DATE OF SERVICE FROM TO | B. PLACE OF SERVICE | C. FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN — PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D. DIAGNOSIS CODE | E. CHARGES | F. DAYS OR UNITS | G. T.O.S. | H. PROVIDER IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|---|
| 1/4/05 | 0 | 99215-25 | Extended visit & re-eval. | 1,2,3,4,6,7 | 145.00 | | | |
| 1/4/05 | 0 | 20610 | Injection to right knee in area of infrapatellar tendon & bursa | 5 | 100.00 | | | |

25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS). (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF.)

1/11/05
DATE

26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)
YES [ ]  NO [ ]

27. TOTAL CHARGE
245.00

28. AMOUNT PAID

29. BALANCE DUE

30. YOUR SOCIAL SECURITY NO.
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

31. PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.
21   003   **PA41311**
**NICHOLAS R. PAGLIEI, D.O.
4610 STATE RD.
DREXEL HILL, PA 19026**
Telephone ( ) 259-1400

32. YOUR PATIENT'S ACCOUNT NO.

33. YOUR EMPLOYER ID NO.
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

ID NO.
610

*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK
REMARKS:

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 6/83   038252

FORM HCFA-1500 (1-84) FORM OWCP-1500
FORM CHAMPUS-501 (1-84) FORM RRB-1500
APPROVED BY THE HEALTH CARE FINANCING ADMINISTRATION & CHAMPUS

COLWELL SYSTEMS INC CHAMPAIGN IL

# NICHOLAS R. PAGLIEI, D.O.

### 4610 STATE ROAD
### DREXEL HILL, PENNSYLVANIA 19026-4397

ORTHOPEDIC SURGERY

January 4, 2005

610-259-1400
FAX   610-259-4999

Paul G. Epstein, D.O. P.C.
Community Hospital Office Building
Suite 103
2602 W. 9th Street
Chester, PA 19013

RE:  John Shipley
AGE: 46
DATE OF ACCIDENT: 4/22/04

Dear Dr. Epstein:

I re-examined John Shipley on January 4th, 2005.

**CHIEF COMPLAINT:** Continued pain in the low back and right leg. Pain in the right knee.

**HISTORY OF CHIEF COMPLAINT:** The patient relates that he continues to experience pain in his low back with intermittent pain radiating into his right leg.

He complains of pain in the right knee with ambulation and stair-climbing.

He tells me that he has been taking his Ibuprofen on a regular daily basis.

The patient states that he is performing the stretching exercises for his back that were prescribed for him and that he continues treatment with physical modalities by you at your office.

**PHYSICAL EXAMINATION:** The patient continued to complain of some pain in the lumbar region with attempted flexion, extension, and side bending of the lumbar spine. His range of motion was fair. Heel and toe step were good. Reflexes of the lower extremities continued to be physiological. Bowstring maneuver on the right produced some complaints of pain in the lumbar area. Extensor hallucis was intact bilaterally. The right Lasegue maneuver continued to produce some pain in the lumbar area and right thigh. The left Lasegue maneuver produced some discomfort in the lumbar region. Patrick maneuver was negative. Sitting Lewins and Linder's maneuver produced pain in the lumbar area.

There was no evidence of swelling or joint effusion of the right knee; however, he complained of severe pain to palpation over the right infrapatellar tendon and bursa.

John  Shipley                              -2-                          January  4, 2005

**IMPRESSIONS:**
1.   Closed  head  trauma
2.   Cervical  dorsal  strain  mechanism
3.   Lumbar  radiculitis  with  intermittent  right  sciatic  neuritis
4.   Old  herniated  lumbar  disc  aggravated  by  trauma  (by  history)
5.   Traumatic  burso-tendonitis  of  the  right  knee
6.   Strain  mechanism  of  the  left  wrist  (resolved)
7.   Degenerative  arthritis of the neck  and  back  which  has  been  aggravated  by  trauma

**RECOMMENDATIONS:**
1.   I  again  injected  the  right  knee  with  Lidocaine  and  Kenalog.
2.   He  is  to  continue  with  the  stretching  exercises  for  his  back  on  a  daily  regular
     basis  at  home.
3.   He  was  again  encouraged  to  obtain  an  MRI  study  of  his  low  back  to  rule  out
     additional  disc  pathology.
4.   He  is  to  continue  taking  his  Ibuprofen.
5.   Treatment  with  physical  modalities  as  needed.
6.   Osteopathic  manipulative  therapy  as  indicated.
7.   I  will  see  him  again  in  three  to  four  weeks.

Thank  you  for  the  opportunity  of  participating  in  this  patient's  care.

Sincerely  yours,


Nicholas  R.  Pagliei,  D.O.

NRP/fa

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SEPTA
1234 MARKET STREET
PHILADELPHIA, PA 19107-3780

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | PICA |

1. MEDICARE   MEDICAID   CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER   1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
(Medicare #)   (Medicaid #)   (Sponsor's SSN)   (VA File #)   (SSN or ID)   (SSN)   (ID)
2004-001149-001

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SHIPLEY, JOHN

3. PATIENT'S BIRTH DATE  MM 03  DD 04  YY 1958   SEX M

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SHIPLEY, JOHN

5. PATIENT'S ADDRESS (No., Street)
609 WILDEL RD.

6. PATIENT RELATIONSHIP TO INSURED
Self   Spouse   Child   Other X

7. INSURED'S ADDRESS (No., Street)
609 WILDEL RD.

CITY
NEW CASTLE   STATE DE

8. PATIENT STATUS
Single   Married X   Other
Employed   Full-Time Student   Part-Time Student

CITY
NEW CASTLE   STATE DE

ZIP CODE 19720   TELEPHONE (Include Area Code) (610) 872-7334

ZIP CODE 19720   TELEPHONE (INCLUDE AREA CODE) (610) 872-7334

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES   NO X

a. INSURED'S DATE OF BIRTH  MM 03  DD 04  YY 1958   SEX M   F

b. OTHER INSURED'S DATE OF BIRTH  MM  DD  YY   SEX M   F

b. AUTO ACCIDENT?   YES   NO X   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES   NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME
SEPTA

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   NO X   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  Signature on file   DATE  12-31-2004

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  Signature on file

14. DATE OF CURRENT:   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM 04  DD 22  YY 2004

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM  DD  YY   TO  MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM  DD  YY   TO  MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847.0   3. 844.9
2. 847.2   4. 845.10

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 12 | 10 | 2004 | 12 | 10 | 2004 | 11 | 01 | 99212 | 25 | 1234 | 50 00 | 1 | | | | |
| 12 | 10 | 2004 | 12 | 10 | 2004 | 11 | 01 | 98925 | | 1234 | 38 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN
23-2098007

26. PATIENT'S ACCOUNT NO.
0407800

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   YES   NO

28. TOTAL CHARGE  $ 88 00

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $ 88 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
PAUL G. EPSTEIN, D.O., P.C.
SIGNED   DATE  12 31 2004

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
PAUL G. EPSTEIN, D.O., P.C.
2602 W. 9th St. Ste: 103
CHESTER, PA 19013   (610) 494-4440
PIN#   GRP#

EP31757

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE
TO REORDER CALL GRAFTEK 800-848-2992

APPROVED OMB-0938-0008 FORM CMS-1500 (12/90),   FORM RRB-1500.
APPROVED OMB-1215-0055 FORM OWCP-1500,   APPROVED OMB-0720-0001 (CHAMPUS)

NAME _John Simpson_    ID#: _09678_    Page: 8

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS |
|---|---|---|---|---|---|
| y | ✓ | 10/25/04 | ✓ | HP ⟲ / HV / MT ⟲ / US | Rt Knee Rt ankle / Cervial lumb |
| y | ✓ | 11/2/04 | ✓ | HP ⟲ / HV / MT ⟲ / US | Rt knee, Rt ankle / Cervical, lumbar |
| y | ✓ | 11/12/04 | ✓ | HP ⟲ / HV / MT ⟲ / US | Rt Knee, Rt ankle / Cervical, lumbar |
| y | ✓ | 12/10/04 | ✓ | HP ⟲ / HV / MT ⟲ / US | Rt Knee, Rt ankle / Cervical, lumbar. |
| y | ✓ | 12/17/04 | ✓ | HP ⟲ / HV / MT ⟲ / US | Rt knee, Rt ankle / Cervical, lumbar. |
| | | | | HP / HV / MT / US | |
| | | | | HP / HV / MT / US | |

HP - Hot/Cold Paks    HV - High Voltage    MT - Diathermy    US - Ultra Sound

## Paul G. Epstein, D.O.

**12/10/04    John Shipley    #04078**

**S:** Patient came into the office stating that he continues to slowly improve. He has good and bad days. He has headaches, aches, stiffness and pain in his neck and back. His right knee and ankle still gives him problems. The pain radiates from his neck into his right arm and from his back into his right leg. The physiotherapy program was evaluated at this time with patient as to whether it was palliative or curative. Patient states the physiotherapy was extremely important since it helps so much and decreases the number of severe exacerbations.

**O:** Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 10% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 10% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 5 over 5. Examination of the right ankle tender on palpation, and muscle strength today was approximately 5 over 5.

**A:** Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain. Patient is benefiting from treatment in that the severity of the symptoms are less today after treatment. The short term goal to increased functional capabilities, reduced pain level and improving mobility and flexibility is slowly taking place. The long term goal to restore functional activity to the highest level without pain or discomfort has not yet been achieved.

**P:** Physiotherapy and manipulative therapy will be given to patient. Medication will be given on a PRN basis. The response to treatment has been rehabilitative not palliative. It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises. Advised the patient to do this to the best of the patient's tolerance.

121004.d04

APPROVED OMB-0938-0008

SEPTA
1234 MARKET STREET
PHILADELPHIA, PA 19107-3780

# HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | 2004-001149-001 | |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
SHIPLEY, JOHN

**3. PATIENT'S BIRTH DATE** MM 03 DD 04 YY 1958  **SEX** M ☒

**1a. INSURED'S NAME (Last Name, First Name, Middle Initial)**
SHIPLEY, JOHN

**5. PATIENT'S ADDRESS (No., Street)**
609 WILDEL RD.

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐  Spouse ☐  Child ☐  Other ☒

**7. INSURED'S ADDRESS (No., Street)**
609 WILDEL RD.

**CITY** NEW CASTLE  **STATE** DE

**8. PATIENT STATUS**
Single ☐  Married ☒  Other ☐

**CITY** NEW CASTLE  **STATE** DE

**ZIP CODE** 19720  **TELEPHONE (Include Area Code)** (610) 872-7334

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

**ZIP CODE** 19720  **TELEPHONE (INCLUDE AREA CODE)** (610) 872-7334

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)** YES ☐  NO ☒

**a. INSURED'S DATE OF BIRTH** MM 03 DD 04 YY 1958  **SEX** M ☒  F ☐

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M ☐ F ☐

**b. AUTO ACCIDENT?** YES ☐ NO ☒  **PLACE (State)**

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
SEPTA

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☒  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature on file  DATE 01 13 2005

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature on file

**14. DATE OF CURRENT:** MM 04 DD 22 YY 2004  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES ☐ NO ☒  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 847.0
2. 847.2
3. 844.9
4. 845.10

**22. MEDICAID RESUBMISSION CODE** ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | | |
| 12 | 17 | 2004 | 12 | 17 | 2004 | 11 | 01 | 99212  25 | 1234 | 50 00 | 1 | | | | |
| 12 | 17 | 2004 | 12 | 17 | 2004 | 11 | 01 | 98925 | 1234 | 38 00 | 1 | | | | |

**25. FEDERAL TAX I.D. NUMBER** SSN ☐ EIN ☒
23-2098007

**26. PATIENT'S ACCOUNT NO.**
0407800

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES ☒ NO ☐

**28. TOTAL CHARGE** $ 88 00

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 88 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

PAUL G. EPSTEIN, D.O., P.C.

SIGNED  01 13 2005  DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)**

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
PAUL G. EPSTEIN, D.O., P.C.
2602 W. 9th St. Ste: 103
CHESTER, PA 19013  (610) 494-4440
PIN#  GRP# EP31757

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**   To reorder call Graftek 800/848-2992

FORM HCFA-1500 (12-90)
FORM OWCP-1500  FORM RRB-1500

Case 1:06-... Document 28-3 Filed 12/26/2006 Page 13 of 61

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS |
|---|---|---|---|---|---|
| y | ✓ | 10/25/04 | ✓ | HP⊙ / HV / MT⊙ / US | Rt Knee Rt ankle / Cervical lumbar |
| y | ✓ | 11/2/04 | ✓ | HP⊙ / HV / MT⊙ / US | Rt knee, Rt ankle / Cervical, lumbar |
| y | ✓ | 11/?/04 | ✓ | HP⊙ / HV / MT⊙ / US | Rt Knee, Rt ankle / Cervical, lumbar |
| y | ✓ | 12/10/04 | ✓ | HP⊙ / HV / MT⊙ / US | Rt Knee, Rt ankle / Cervical, lumbar |
| y | ✓ | 12/17/04 | ✓ | HP⊙ / HV / MT⊙ / US | Rt knee, Rt ankle / Cervical, lumbar |
| | | | | HP / HV / MT / US | |
| | | | | HP / HV / MT / US | |

HP - Hot/Cold Paks     HV - High Voltage     MT - Diathermy     US - Ultra Sound

## Paul G. Epstein, D.O.

**12/17/04    John Shipley    #04078**

S:    Patient came into the office stating that he has aches, stiffness and pain in his neck and back.    He finds it difficult to function.    He gets occasional headaches.    His right knee and ankle gives him a lot of problems.    The pain radiates from his neck into his right arm and from his back into his right leg.

Patient has found that bending, lifting, reaching, carrying, pushing, pulling, stretching, straining, repeat stair climbing, being on his feet for extended periods and reaching above shoulder height are some of the activities that make one or several of the affected areas feel worse.    Patient would try to avoid these activities but in a normal day that is very hard to do.

O:    Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 10% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 10% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 5 over 5.    Examination of the right ankle tender on palpation, and muscle strength today was approximately 5 over 5.

A:    Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain. After treatment patient reports a significant relief of symptoms.    The short term goal to improving soft tissue integrity, increasing strength and mobility and improving range of motion is slowly taking place.    The long term goal to independence without treatment or symptoms has not yet been achieved.

P:    Physiotherapy and manipulative therapy will be given to patient.    Medication will be given on a PRN basis.    The response to treatment has been rehabilitative not palliative.    It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises.    Patient's goal is still to be pain free, spasm free, and normal range of motion on a constant basis.

121704.d04



**Memo from**

# Robert  M. Waller

**To** _E K_

**Date** _____

Shipley — We r the
conductor are represented
by Kevin Connors and Elizabeth
SAURMAN, at Marshall
Dennehey. Phone number
on file.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN SHIPLEY** | : |
| | : **NO. 06-261-JJF** |
| **Plaintiff,** | : |
| | : |
| | : **JURY OF 12 DEMANDED** |
| **COREY SHAW, SEPTA, AND** | : |
| **TRAVELERS' INSURANCE COMPANY** | : |
| | : |
| **Defendant.** | : |

## ANSWER OF COREY SHAW, SEPTA TO COMPLAINT

1.    Answering defendant without sufficient information to either admito r deny the allegations contained in this paragraph.

2.    It is admitted SEPTA maintains an office at 1234 MarketS treet, 5th Floor, Philadelphia,P A 19107.  The balance of the allegations contained in this paragraph are denied.

3.    Denied.

4.    Denied.

5.    Answering defendant restates the answers to paragraphs 1  through4a   bove and incorporates them here by reference.

6.    Denied.

7.    Denied.

8.    Denied.

## AFFIRMATIVE DEFENSES

9.    Plaintiff's claims are barred by the applicable doctrines of Sovereigna nd/or Governmental Immunity to the extent that suchc laims exceed the insurance applicable to Plaintiff's claim.

10.    Plaintiff's claims are barred or reduced because Plaintiff was negligent in a

manner that proximately caused the accident and such negligence was greater than any possible

negligence of the defendants.

11.    Plaintiff was negligent in that he:

(a)    failed to maintain proper control of his body;

(b)    failed to maintain a proper lookout;

(c)    failed to act reasonably for his safety on a moving train;

(d)    failed to remain seated while bus was moving;

(e)    failed to give full time and attention to the existing circumstances;

(f)    failed to follow instructions and/or heed warnings of train conductor; and

(g)    as may further appear through discovery.

**WHEREFORE**, Answering defendant hereby requests that this Honorable Court

dismiss the plaintiff's complaint and award costs and fees in favor of answering defendant.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By:   /s/  Kevin J. Connors
    KEVIN J. CONNORS (DE 2135)
    ELIZABETH A. SAURMAN (DE 3217)
    1220 North Market Street, Suite 500
    P.O. Box 8888
    Wilmington,D E 19899
    (302)552-4324
    Attorneys for
        Corey Shaw, SEPTA

Dated:  5/23/06

\15_A\LIAB\EASAURMAN\LLPG\354199\EASAURMAN\19179\0044

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

**JOHN SHIPLEY**                                       :
                                                      : **NO. 06-261-JJF**
       **Plaintiff,**                             :
                                                      :
                                                      : **JURY OF 12 DEMANDED**
**COREY SHAW, SEPTA, AND**                            :
    **TRAVELERS INSURANCE CO.**                    :
                                                      :
       **Defendant.**                          :

## ENTRY OF APPEARANCE

TO:    CLERK OF COURT

     Please enter the appearance of the undersigned counsel on behalf of the defendant,

TRAVELERS INSURANCE COMPANY in the above-captioned case.

                           MARSHALL, DENNEHEY, WARNER,
                           COLEMAN & GOGGIN


                        By: _____
                           KEVIN J. CONNORS (DE 2135)
                           ELIZABETH A. SAURMAN (DE 3217)
                           1220 North Market Street, Suite 500
                           P.O. Box 8888
                           Wilmington, DE 19899
                           (302)552-4324
                           Attorney for
                             Travelers Insurance Company


Dated:  May 17, 2006

\15_A\LIAB\EASAURMAN\SLPG\352239\EASAURMAN\19179\00000

# SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA")

1234 MARKET STREET, 5TH FLOOR, PHILADELPHIA, PA 19107-3780

### LEGAL DIVISION
### TELECOPIER MESSAGE

DATE: _5-11-06_

WE ARE SENDING ___7___ PAGES (INCLUDING THIS COVER SHEET) TO THE FOLLOWING:

| NAME | OFFICE NO. | FAX NO. |
|------|-----------|---------|
| TO: Elizabeth Saurman | | 302 429-076 |

FROM: _Robert Waller_    _215 580-7472_

## OUR FAX NUMBER IS (215) 580-7078

IF YOU DO NOT RECEIVE THE COMPLETE MESSAGE,
PLEASE CALL THE SENDER AS SOON AS POSSIBLE.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF CONFIDENTIALITY

THE DOCUMENTS ATTACHED TO THIS COVER SHEET CONTAIN INFORMATION WHICH IS BOTH CONFIDENTIAL AND LEGALLY PRIVILEGED.  THIS INFORMATION IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL NAMED AS THE RECIPIENT ABOVE.  ALL OTHERS ARE NOTIFIED THAT ANY UNAUTHORIZED COPYING, DISTRIBUTION OR DISCLOSURE OF THESE MATERIALS OR THE TAKING OF ANY ACTION IN RELIANCE THEREON IS PROHIBITED.  IF YOU RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND FOLLOW THE DIRECTIONS GIVEN TO YOU FOR THE SAFEGUARDING OR DISTRIBUTION OF THE ATTACHED DOCUMENTS.

MESSAGE: _Re: Shipley v. SEPTA and Shaw, et al_

hp officejet 4200 series 421          Personal Printe  Fax/Copier/Scanner

Log for
SEPTA Legal
215 580-7656
5/11/2006 2:46PM

---

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| 05/11 | 02:45p | Fax Sent | 913024290762 | 1:08 | 7 | OK |

# Southeastern Pennsylvania Transportation Authority

## Legal Division

1234 Market Street, 5th Floor
Philadelphia, PA 19107-3780

(215) 580-7993
(215) 580-7078 (Fax)

Direct Dial Number:

*215-580-7445*

May 10, 2006

Stephen Kingsberry,
**Executive Director**
Delaware Transit Corporation
900 Public Safety Building
Dover, Delaware 19901

COPY

RE:    John Shipley v. SEPTA
          SEPTA'S File: 2004-001149.001

Dear Mr. Kingsberry:

Enclosed please find a copy of the Complaint filed in Federal Court in the District of Delaware against SEPTA by John Shipley, a Pro Se plaintiff. We previously put you on notice of this claim in a letter sent by Frank Cornely on October 11, 2004, a copy of which is attached.

We have been cooperating with your insurance carrier in investigating this claim.

Pursuant to the Paragraph **5.01** of the Agreement between SEPTA and Delaware Transit Corporation for Railroad Service to the State of Delaware, we are requesting that you forward this to your carrier and enter a defense and agree to indemnify SEPTA on this claim.

Please contact me if you have any questions.

Very truly yours,

Eileen G. Katz
Deputy General Counsel

EGK/cMc
cc:    Louis Vassil, Technical Spec., Liability - St. Paul Fire
         and Marine Insurance Company - Claim #**GP06301393 09T431**
enc:
K:\Legal Directory\Litigation Working\Litig Matters\Katz\shipleyjohn.let.doc

Stephen Kinsberry
(302) 739-3278

John Shipley
(610) 872-7338

AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED

MAY 1 2006

# UNITED STATES DISTRICT COURT

District of _____ Delaware

EILEEN G. KATZ
DEPUTY GENERAL COUNSEL

John S. Shipley

V.

Corey F. Shaw
and
SEPTA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:        0 6 - 2 6 1 -

TO: (Name and address of Defendant)

Attn: Eileen Kats
SEPTA
1234 Market St
5th Floor Philadelphia Legal Division
Philadelphia, PA 19107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

## PETER T. DALLEO

DATE    4-21-06

CLERK

(By) DEPUTY CLERK

United States District Court

District of Delaware

| | | |
|---|---|---|
| John S. Shipley, | ) | |
| *Jury Trial Demand* | ) | Civil Action No.: |
| Plaintiff, | ) | 06 - 261 |
| | ) | |
| -against- | ) | |
| | ) | |
| Corey F. Shaw, SEPTA, and | ) | |
| | ) | |
| Travelers' Insurance Company | ) | |
| | ) | |
| Defendants, | ) | |

2006 APR 21 PM 2:00
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COMPLAINT

Plaintiff, John S. Shipley, pro se, for his complaint against the defendants, Corey F. Shaw, SEPTA, and Travelers' Insurance, hereby states as follows:

## PARTIES

1.  Plaintiff John S. Shipley at all times herein relevant was and is a U.S. citizen and exists under the rights of the U.S. Constitution maintaining residence at 609 Wildel Ave. New Castle, DE 19720

2.  Upon information and belief, at all times herein relevant, the defendants, Corey F. Shaw, SEPTA, and Travelers' Insurance (hereinafter the defendants) individually and as a corporation duly organized and existing under and by

virtue of the laws of the State of Pennsylvania, maintaining an office and principle place of business at 1234 Market St., 5th Floor Philadelphia Legal Division, Philadelphia, PA 19107.

## JURISDICTION AND VENUE

3.  This Court has jurisdiction to entertain this action pursuant to 28 U.S.C § 139 )(ʀ) §1332,  and 42 U.S.C.§ 1981,1982, 1983, 1985, 1986, and 1991 as there is complete diversity of citizenship between plaintiff and defendant, and as the matter in controversy exceeds the sum of $100,000.00, exclusive of interest and costs.

4.  Venue is proper in the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1391 (a), as it is in this district which defendants have their principle place of business, and which the acts giving rise to the action occurred.

## AND AS FOR THE FIRST CAUSE OF ACTION

5.  Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "4" as if set forth in full herein.

6.  On April 22, 2004, the defendant pushed John S. Shipley off of a moving train from which John S. Shipley sustained multiple injuries to his body causing serious bodily harm, loss income, time from his business and memory loss.

7.  Upon information and beliefs, Travelers' Insurance and SEPTA authorized a representative to obtain a general liability insurance policy for the defendants.

8.  Upon information and belief, The general liability insurance policy was to duly compensate John S. Shipley. See Exhibit A 1-4 and Exhibit B 1-3.

# **AFFIDAVIT**

I, John S. Shipley, hereby certify that on the 22nd day of April, 2004, that the accusations in the complaint are true and accurate to the best of my knowledge.

I, CoREY SHAW did push me JoH n S SHiPlEy
off the train.

John S. Shipley

609 Wildel Ave

New Castle, DE 19720

4/21/06

Dated: April 21, 2006

DAVID A. DAVIS
1412 DUPONT HWY.
NEW CASTLE, DE 19720
MY COMMISSION EXPIRES
27 JUNE 2006
NOTARY PUBLIC - STATE OF DE

**WHEREFORE**, plaintiff John S. Shipley respectfully requests that this Court award the plaintiff the following damages:

(a) Compensatory damages in the amount of $500,000;

(b) Court costs and expenses; and

(c) Such other and further relief as to the court may seem just and proper

Dated: April 21, 2006

By: *John S Shipley*

John S Shipley
609 Wildel Ave
New Castle, DE 19720

**Southeastern Pennsylvania Transportation Authority**
*Safety • Service • Continuous Improvement*

1234 Market Street
Philadelphia, PA 19107-3780

October 11, 2004

Executive Director
Delaware Transit Corporation
900 Public Safety Boulevard
Dover, DE 19901

**RE:    *Shipley v. SEPTA***
**        *Our File No.: 04-001149-001***

Dear Sir or Madam:

Please be advised that I represent SEPTA and we have been put on notice of a claim as captioned above. Pursuant to the current agreement between SEPTA and the Delaware Transit Corporation, SEPTA should be indemnified and defended by the Delaware Transit Corporation in this matter. It would appear that this claim falls within the responsibility of DTC.

Enclosed please find our file containing all the information we have on this matter. Would you kindly review this matter and contact me if you have any questions. I can be reached at (215) 580-7835.

Sincerely,

Francis X. Cornely
Director, Claims

FXC/lew
Enclosure

cc: John Shipley

Date/Time:  8/04/04  15:59:25
------------------------------------------------------------------------
Progrm: CMS301

Crimes Management System
Incident Report

Page:    1
------------------------------------------------------------------------
Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT

Date of Occurrence.:  4/22/04 thru  4/22/04  Time of Occur.:  8:41 thru  8:41
Date of Report.....:  4/22/04                Time of Report:  8:46
Dispatched.........:  4/22/04 @  8:49        Responded.....:            @  0:00
Arrived............:  4/22/04 @  9:17        Cleared.......:  4/22/04 @ 10:36

Day of the Week...: THURSDAY
Common Name.......: TRACK 2 WILMINGTON STATION
Incident Location.: 2680 MAIN LINE SOUTH WIL      APT: .58
Incident Cty/ST/PR: WILMINGTON F/O                ZIP:
County............: DE-NEW CASTLE
Location Type.....: AMTRAK STATION                    319
Beat Assignment...: WILMINGTON DE                       MILE POST: SWILS0301
District..........: MID ATLANTIC NORTH DIVISION
Patrol Area  :  WILMINGTON-STATION (MP 26.8)
Department Classif: MEDICAL/ INJURY PATRON/PASSENGER
Reporting Officer.: BRIAN V LARKIN
 CASE STATUS......: CLOSED
Alcohol Related...: NO
Drugs Related.....: NO

************ V E R I F I C A T I O N    I N F O R M A T I O N ************
DATA ENTRY CLERK..:  6/29/04  Employee: JOAN L FORTE
REPORT OFCR REVIEW:           Employee:
APPROVED..........:  5/06/04  Employee: WALTER W WAHLER

************ C A S E    M A N A G E M E N T    I N F O R M A T I O N ************

Case Disposition.: CLOSED
Case Forwarded To:                                     CLOSED      Date:  4/22/0

****************** V E H I C L E    I N F O R M A T I O N ******************

     OTHER                                      V E H I C L E  #  1
     UCR PROPERTY.: VEHICLES
UCR VEHICLE TYPE: ENGINE/LOCOMOTIVE              Year: 0000
Make.:                          Model:          Permit#:
Style:  TRAIN - PASSENG         Color:
LIC/TRN #: SEPTA 4730           ST:       Country....:        /
VIN/CAR #
 Vehicle Damaged Code:
 Damaged/Stolen Value:          $0.      Disposit`n: OTHER (SEE NARRATIVE)
 Insured (Y/N).......:                   Insured By:
 Controlling Officer.: BRIAN V LARKIN
 Veh Feature/Oddity..:
 Keys in Vehicle.....:                   Vehicle Locked:
 Lein Holder.........:
 Stolen Location.....:
         City/ST/PR...:
NCIC #.......:                           STATE#:
NCIC ENT DATE:                                NCIC CAN DATE:
 Misc. ID #...:

A1

```
Date/Time:  8/04/04  15:59:25
--------------------------------------------------------------------
                          Crimes Management System        Page:    2
Progrm: CMS301                Incident Report
--------------------------------------------------------------------
  Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT
                                                      (Continued)

  Recovered By.:
  Recovery Loc.:
     City/ST/PR:                                     Date:
                                                     Time:   0:00
                                                     $Value:      $0.
  Recovery Code:
  Owner Notifd.:              By Whom:
```

****************** P E R S O N   I N F O R M A T I O N ******************

```
     * C O M P L A I N A N T *          INFORMATION  #   1
Name: JOHN SHIPLEY                          DOB.:  3/04/1958
Addr: 609 WILDEL AVE                        SSN.: 179526027
City: NEW CASTLE          ST: DE   ZIP: 19720   Phn#: 610/872-7338
POB.:                     ST:        Country:
Empl:
Occp:                                      Bus#:
Race.......: BLACK
Ethnic Org.: NON-HISPANIC             Sex.: MALE
OL #.......: 878871
Age........: 46                 OL ST: DE  Country:
Height.....: 000 FT./IN.                     Misc#:
Weight.....:     LBS.

     * P E R S O N   R E P O R T I N G *   INFORMATION  #   1
Name: COREY F. SHAW                          DOB.:▓▓▓▓▓▓▓▓
Addr:                                        SSN.: 000000000
City:                     ST:      ZIP: 000000000   Phn#:▓▓▓▓▓▓▓
POB.:                     ST:        Country:
Empl:
Occp: CONDUCTOR                            Bus#:▓▓▓▓▓▓
Race.......: WHITE
Ethnic Org.: NON-HISPANIC             Sex.: MALE
OL #.......:
Age........: 44                 OL ST:   Country:
Height.....: 000 FT./IN.                     Misc#:
Weight.....:     LBS.

     * W I T N E S S *                    INFORMATION  #   1
Name: NORRIS PAYNE                           DOB.:▓▓▓▓▓▓▓▓
Addr:                                        SSN.: 000000000
City:                     ST:      ZIP: 000000000   Phn#:▓▓▓▓▓▓▓
POB.:                     ST:        Country:
Empl:
Occp: CONDUCTOR                            Bus#:▓▓▓▓▓▓
Race.......: BLACK
Ethnic Org.: NON-HISPANIC             Sex.: MALE
OL #.......:
Age........: 67                 OL ST:   Country:
Height.....: 000 FT./IN.                     Misc#:
Weight.....:     LBS.

     * W I T N E S S *                    INFORMATION  #   2
```

A-2

Date/Time:  8/04/04  15:59:25
------------------------------------------------------------------------
                           Crimes Management System            Page:    3
Progrm: CMS301                  Incident Report
------------------------------------------------------------------------
  Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT          (Continued)

Name: ALICE HUTCHINSON                          DOB.: ██████████
Addr:                                           SSN.: ██████████
City:                    ST:      ZIP: 000000000 Phn#: ██████████
POB.:                    ST:       Country:
Empl:                                           Bus#:
Occp:
Race.......: WHITE                    Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
OL #.......:                  OL ST:    Country:
Age........: 44                             Misc#:
Height.....: 000 FT./IN.
Weight.....:    LBS.

      * W I T N E S S *            INFORMATION  #   3
Name: PEGGY HEINS                               DOB.: ██████████
Addr:                                           SSN.: ██████████
City:                    ST:      ZIP: 000000000 Phn#: ██████████
POB.:                    ST:       Country:
Empl:                                           Bus#:
Occp:
Race.......: BLACK                    Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
OL #.......:                  OL ST:    Country:
Age........: 41                             Misc#:
Height.....: 000 FT./IN.
Weight.....:    LBS.

*************************** N A R R A T I V E  # 1 ***************************
CAD Information              Reported By:                   4/22/0

    Call#: 041130134     Beat: SECTOR 3
    Units.: 404WIL    Employees: 0000001732 LARKIN, BRIAN
    UNIT RPTS M/A REFUSED MEDICAL ATTENTION AND WISH TO CONTINUE
    WITH TRAVEL.
    CLEAR
    EMS REQUESTED FOR M/A COMPLAINING OF PAIN TO THE LEGS
    AND KNEES AND A POSSIBLE BROKEN ARM.
    EMS ON SCENE
    RPT TO FOLLOW
    R/P STATES M/A WAS INJURED TRYING TO BOARD A SEPTA R2 TRAIN
    *
    *
    *
    *
    *

    ON APRIL 22, 2004, AT APPROXIMATELY 0843 HOURS, THIS OFFICER ARRIVED
    ON THE PLATFORM OF THE WILMINGTON TRAIN STATION, TRACK TWO (2), AND
    SPOKE WITH REPORTING PERSON (R/P) SHAW, COREY, WHO IS THE CONDUCTOR
    OF SEPTA TRAIN #4730.

    R/P SHAW'S STATEMENT TO THIS OFFICER WAS THAT HE WAS WORKING TRAIN

A 3

```
Date/Time:  8/04/04  15:59:25
------------------------------------------------------------------------
                          Crimes Management System          Page:    4
Progrm: CMS301                Incident Report
------------------------------------------------------------------------
Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT              (Continued)
```

    #4730.  HE SAID THE TRAIN HAD JUST PULLED INTO THE WILMINGTON TRAIN
    STATION AT 0839 HOURS.  AT 0841 HOURS, HE WAS STANDING ON THE SECOND
    CAR IN FRONT OF THE OPEN DOOR AS THE TRAIN WAS STARTING TO PULL OUT.
    WHILE THE TRAIN WAS MOVING ALONGSIDE THE PLATFORM, A MAN (SHIPLEY,
    JOHN) JUMPED ON THE TRAIN THROUGH THE DOOR HE WAS STANDING IN FRONT
    OF.  HE TOLD SHIPLEY TO GET OFF THE TRAIN AND EXTENDED HIS ARM IN
    FRONT OF SHIPLEY'S CHEST WHILE SHIPLEY WAS STILL STANDING IN FRONT OF
    THE DOOR TO BLOCK HIM FROM GETTING ON THE TRAIN.  WHILE HIS ARM
    REMAINED OUT, THE TRAIN WAS BEGINNING TO STOP, AND AT THAT TIME,
    SHIPLEY FELL OFF THE TRAIN AND ON TO THE PLATFORM.

    SHIPLEY'S STATEMENT TO THIS OFFICER WAS THAT HIS RIGHT ARM, RIGHT
    KNEE, AND LEFT LEG WERE VERY SORE.  SHIPLEY TOLD THIS OFFICER THAT
    THE TRAIN WAS NOT MOVING WHEN HE JUMPED ON.  THE TRAIN STARTED TO
    MOVE RIGHT AFTER HE STEPPED ON AND THAT REPORTING PERSON (R/P) SHAW
    TOOK BOTH HANDS AND PUSHED HIM IN THE CHEST WHILE HE WAS STANDING IN
    THE DOORWAY ON THE TRAIN.  AT THAT TIME HE FELL OFF THE TRAIN.

    THERE WERE THREE (3) WITNESSES (NORRIS PAYNE, WHO IS ANOTHER
    CONDUCTOR THAT WAS ON TRAIN #4730, ALICE HUTCHINSON, WHO WAS STANDING
    ON THE PLATFORM, AND PEGGY HAINS, WHO WAS ALSO STANDING ON THE
    PLATFORM).  NORRIS PAYNE SAID THE TRAIN WAS MOVING WHEN SHIPLEY
    JUMPED ON AND SHAW DID EXTEND HIS ARM BLOCKING SHIPLEY FROM COMING
    FURTHER INTO THE TRAIN.  PEGGY HEINS SAID THE TRAIN WAS MOVING WHEN
    SHIPLEY JUMPED ON AND THAT SHAW EXTENDED HIS ARM PUSHING SHIPLEY OFF
    THE TRAIN.  ALICE HUTCHINSON SAID THE TRAIN WAS MOVING WHEN SHIPLEY
    JUMPED ON AND THAT SHAW DID EXTEND HIS ARM BLOCKING SHIPLEY FROM
    COMING FURTHER INTO THE TRAIN, BUT DID NOT PUSH HIM OFF THE TRAIN.

    EMS WAS CALLED TO THE SCENE, AND SHIPLEY TOLD THEM THAT HE WAS IN
    PAIN BUT DID NOT WANT ANY MEDICAL ATTENTION AT THIS TIME.  THIS
    OFFICER ASKED SHIPLEY IF HE HAD TICKET FOR TRAIN #4730, AND HE SAID
    NO, HE WAS GOING TO BUY ONE ON THE TRAIN.  THERE IS A CAMERA ON THE
    PLATFORM WHERE THE INCIDENT OCCURRED.  UPON THIS OFFICER'S REVIEW OF
    THE TAPE, THE TRAIN WAS MOVING WHEN SHIPLEY JUMPED ON.  THE R/P SHAW
    WAS OUT OF VIEW FROM THE CAMERA.

    NOTHING FURTHER.

    APD INCIDENT NO. 04-008596 CLOSED.

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

A 4

**ST PAUL TRAVELERS**

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY
P.O. Box 3060
Blue Bell, PA 19422
Telephone: (215) 619-8594
Fax: (215) 619-8579

January 12, 2006

John Shipley
609 Wildel Ave.
New Castle, DE 19720

| RE: | | |
|---|---|---|
| | **Tracking Number:** | ES11793 |
| | **Claimant:** | John Shipley |
| | **Insured:** | Delaware Transit Corp |
| | **Claim Number:** | GP06301393 09T431 |
| | **Date of Loss:** | April 22, 2004 |

Dear Mr. Shipley,

You have presented a claim against Delaware Transit Corp, a ST. PAUL FIRE AND MARINE INSURANCE COMPANY insured. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, as an insurer in Delaware, must comply with statute 18 DE, Code Anno. 3914 which provides:

"An insurer shall be required during the pendency of any claim received pursuant to a casualty insurance policy, to give prompt and timely written notice to the claimant informing him of the applicable statute of limitations regarding action for his damages."

The statute of limitations that appears applicable to your claim is:

18 DE, Code Anno. 6856 that states:

"No action for the recovery of damages upon a claim against a provider for personal injury, including personal injury which results in death, arising out of malpractice shall be brought after the expiration of two years from the date upon which such injury occurs; provided, however, that:

(1) Solely in the event of personal injury the occurrence of which, during such a period of two years, was unknown to and could not in the exercise of reasonable diligence have discovered by the injured person, such action may be brought prior to the expiration of three years from the date which such injury occurred, and not thereafter;

(2) a minor under the age of six shall have until the latter time for bringing such an action as provided for hereinabove or until the minor's sixth birthday in which to bring action.

10 DE, Code Anno 8107 that states:

"No action to recover damages for wrongful death or for injury to personal property

FC37390 Rev. 05-2004

B 1-

shall be brought after the expiration of two years from the accruing of the cause of action."

As you are aware, this claim has not been resolved. Delaware Law requires an insurer to notify a person who has filed a claim that is unresolved, and who has not retained an attorney, of the expiration of the Statute of Limitations.

In Compliance with Delaware Law, please allow this letter to serve as Formal notification that the Two year Statute of Limitations will expire on April 22, 2006.

This Notice is not a legal documentation of the date of expiration of the Statute of Limitations. This Notice is given in Good faith under the requirements of Delaware law, and does not prejudice our right to assert a defense that your claim is barred from the Statute of Limitations if we are in error.

You had indicated that the SEPTA Train Conductor pushed you from the Train Platform; The SEPTA conductor has denied this allegation. As there are factual differences at hand, the investigation into this claim is continuing.

We are willing to offer you $2500 to resolve this claim at this time. Please be advised that this offer is in no way an admission of liability on the part of DART or SEPTA. We have attached a Release with this letter. If you have retained an Attorney, please have your counsel contact me.

Please call me with any questions. Thank you for your cooperation.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Louis Vassil
Technical Spec, Liability
Telephone: (215) 619-8594
Fax: (215) 619-8579
LVASSIL@STPAULTRAVELERS.COM

B 2

GP06301393 09T431/ES11793

# ST PAUL TRAVELERS

## FULL AND FINAL RELEASE OF ALL CLAIMS

**Know All Men By These Presents,** that the Undersigned do(es) hereby acknowledge receipt of a check for Two Thousand and Five Hundred Dollars ($2,500) which check is accepted in full compromise settlement and satisfaction of, and as sole consideration for the final release and discharge of, all actions, claims and demands whatsoever, that now exist, or may hereafter accrue, against ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Delaware Area Rapid Transit (DART), SEPTA and any other person, corporation, association or partnership charged with responsibility for injuries to the person and property of the Undersigned, and the consequences flowing therefore, as the result of an accident, casualty or event which occurred on or about April 22, 2004 at or near Wilmington,DE, and for which the Undersigned claims the said persons or parties are legally liable in damages; which legal liability and damages are disputed and denied, and;

**The Undersigned Warrants,** that no promise or inducement has been offered except as herein set forth; that this Release is executed without reliance upon any statement or representation by the person or parties released, or their representatives, or physicians, concerning the nature and extent of the injuries and/or damages and/or legal liability therefore; that the Undersigned is of legal age, legally competent to execute this Release and accepts full responsibility therefore, and;

**The Undersigned Agrees,** as further consideration and inducement for this compromise settlement, that it is a full and final release of all claims and shall apply to all known and unknown and anticipated and unanticipated injuries and damages resulting from said accident, casualty or event, as well as to those now known or disclosed.

It is understood and agreed that the party or parties hereby released, admit no liability to the undersigned or others, shall not be estopped or otherwise barred from asserting and expressly reserve the right to assert any claim or cause of action such party or parties may have against the Undersigned or others.

The Undersigned represents and warrants to ST. PAUL FIRE AND MARINE INSURANCE COMPANY that the Undersigned has disclosed all information concerning payments made on behalf of the Undersigned by Medicare that are related to the claim being released and has disclosed all information concerning any Medicare liens related to the claim being released.

In the event that an undisclosed Medicare lien does exist, or in the event that Medicare asserts a lien after this release is signed the Undersigned agrees to indemnify and hold harmless ST. PAUL FIRE AND MARINE INSURANCE COMPANY, its affiliates, employees, directors and officers against any and all damages, actions, claims, demands arising out of such Medicare lien.

_____         _____
Signature                                Signature

State of:_____

County of:_____

Subscribed and sworn to before me this date: _____

_____
           Notary Public

Commission expires:_____              (seal)

Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

Printed in U.S.A.

B3

Executive Director
Delaware Transit Corporation
900 Public Safety Building
Dover, Delaware 19901

                    Re: Claim Against SEPTA

Dear Sir or Madam:

        Enclosed please find a copy of a complaint filed in federal court in the Eastern District of Pennsylvania against SEPTA by John Shipley, a pro se plaintiff. We previously put you on notice of this claim in a letter sent by Frank Cornelly on October 11, 2004.

        We have been cooperating with your insurance carrier in investigating these claims.

        Pursuant to the Paragraph 5.01 of the Agreement Between SEP?TA and Delaware Transit Corporation for Railroad Service to the State of Delaware we are requesting that you forward this to your carrier, enter a defense and agree to indemnify SEPTA on this claim.

        Please contact me if you have any questions.

                    VTY.

```
user-id:  BFQ                    septa claims risk system              s65c300
                                 accident details                      o65c300

today  01/06/2006  date reported  05 / 10 / 2004  claim date  06 / 28 / 2004
written notification 00 / 00 / 0000      diary date  00 / 00 / 0000    nc
year 2004          number 001149         sequence  001          person C
division  Y        subdivision  R        fpb            status CLOS
last name SHIPLEY            first JOHN            middle initial
umta  86221R            cat yr 0000 cat num 000000 cat seq 000 cat per
acc date 04 / 22 / 2004      acc time  08 : 41  A        acc class  0081
route  R2    dir    block        veh no        veh class        depot  RAIL
weather          visibility            highway        passengers     0
operator no  0000000000   police inv     police type  ICA   badge  00000000
supervisor  S006         adjuster J026     atty code          oc
location WILMINGTON STATION
explanation    PASSENGER TRIED TO BOARD TRAIN AND FELL
INJURY RIGHT ARM AND LEFT LEG
WILMINGTON HOSPITAL FOR TREATMENT.
extraordinary            fatal             pol name
tot res $          0.00   tot pay $          0.00   out res $          0.00
messages:
enter-add   1-upd  2-inq  3-dt-bws  4-ntd  5-del  6-menu  7-per-dtl  8-lit-dtl
10-stat-hst  11-letters 12-add-clms 13-fpb-bws 14-inv-hdr 15-res-hst 16-spv-hst
```

**PHONE CALL**

FOR Eileen

M John Shipley

OF

PHONE 610-892-7338

MESSAGE #2004-1149-1

Can be reached after noon time

☑ PHONED

RETURNED YOUR CALL

PLEASE CALL

WILL CALL AGAIN

CAME TO SEE YOU

WANTS TO SEE YOU

DATE 1-6-06   TIME 1:57

SIGNED

Office DEPOT   Item OD1154



**ST PAUL TRAVELERS**

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY
512 Township Line Road, MC 0283
3 Valley Square, Suite 101
Blue Bell, PA 19422
Telephone: (215) 619-8594
Fax: (215) 619-8579

December 29, 2005

Francis Cornely-Director-Claims SEPTA-Southeastern Pennsylvania Transportation Authority
Attention: Claims Department
1234 Market Street
Philadelphia, PA 19107

| RE: | **Tracking Number:** | ES11793 |
| --- | --- | --- |
| | **Claimant:** | John Shipley |
| | **Insured:** | Delaware Transit Corp |
| | **Claim Number:** | GP06301393 09T431 |
| | **Date of Loss:** | April 22, 2004 |

Dear Mr. Cornely,

   The above claim has been reassigned to me for further handling. As you are aware, Mr. Shipley is claiming that he sustained injuries on April 22, 2004 at the Wilmington Train Station (Track #2)- when (he alleges) a SEPTA conductor (Corey Shaw) pushed him off the train. We would like to set up a time that our investigator can come down to your offices to meet with Mr. Shaw. It is also our understanding that there is a video tape of this alleged incident. Please call me at 215-619-8594 so that we may discuss this case in greater detail. Thank you for your cooperation.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Louis Vassil
Technical Spec, Liability
Telephone: (215) 619-8594
Fax: (215) 619-8579
LVASSIL@STPAULTRAVELERS.COM

RECEIVED

JAN 3  2006

CLAIMS DEPARTMENT

*SIU rep to call
me + schedule
meet of our conduct
w/ me filed*

1/10/06

FC37135 4/04



**ST PAUL TRAVELERS**

Bruce H. Dietrich
Investigation
Special Investigations Unit
Investigative Services Division
Tel: (610-736-2413
Fax: (610-)736-2460
E-mail: bdietric@stpaultra~~'

**1105 Berkshire Blvd**
P.O. Box 13485
Reading, PA 19612-3485

*Louis Vassel (ins)*
*(215) 619-8594*

*Bruce Dietrich*
*(610) 736-2413*

SEPTA
Claims Division
Attn: Frank Cornelly
1235 Market Street
5th floor
Philadelphia, PA 19107

RE: Claim number ES11793
Claimant: John Shipley
DOA: 04/22/2004

Dear Mr. Cornelly,

Pursuant to our phone conversation on September 29, 2005, I am requesting that a date and time be secured for the purpose of a recorded statement with train conductor Shaw and train conductor Norris Pane. These statements are relative to an alleged incident that occurred on April 22, 2004 at 8:30 AM. This alleged incident occurred at the Wilmington Station, track 2.

I was told by the claimant that this alleged incident was captured on video by a security camera located at the station. I would like to view the tape following the statements from the conductors. Thank you in advance for your anticipated cooperation.

Very truly yours,

Bruce H. Dietrich

# ACTIVITY LOG

001149-00

| DATE | | CLAIM NO. 04-004410-99 |
|---|---|---|

**5/12/04**  C/A Sent

**6/29/04**  1:00 ① Contact clmt - held in line pending investigations - return file
② Contact Annette Irons at Amtrak 349-2801 (FAX 349-2630) + request Amtrak police report                    wtt

**2-16-04**  R/c from clmt  See  Short

**2-6-**  R/c from Radiology - still new  gave new of Dr Poalier, tk to Dr, got reports  tk to Epstein  will fax reports.

**3-11-04**  R/c from clmt advised him of our position - stated she may be one that killed his cousin, stop paying people off. said this is a conspiracy, stated in a loud Brule voice he was coming to this office to talk to me in person he would get even for this conspiracy. He was not going out like this

**3-1-**  M/c from Gene Berler. Went out field told to ter. They recvd a disturbing call from clmt as well. Advised Supv

12/1/82  F-027

04-47

**Southeastern Pennsylvania Transportation Authority**
**Railroad Division**

# EMPLOYEE ACCIDENT/INCIDENT REPORT FORM

**INSTRUCTIONS:** This form must be used to report all accidents/incidents or injuries. Form must be completed by each employee involved and turned in to either the requesting supervisor or to the designated location as soon as possible. This does NOT eliminate the employee from filling out the *Railroad Employee Injury and/or Illness Record SEPTA Form 6180.97* in the event of a personal injury.

Check ALL items that are applicable. Where required to enter information, print or write legibly. Where written information is not applicable, enter *"N/A"*. If information is not known, enter *"UKN"*. Attach additional sheets if necessary. Upon completion of this form, enter your *signature* and the *date of completion* in the space provided on the reverse side.

Name (please print): _____ Acct #: _____ Craft: _____

| GENERAL INFORMATION | |
|---|---|
| Day and Date of Occurrence: Thursday 4-22-4 | Time of Occurrence: 8:41 (A.M.) P.M. |

**Location of Occurrence:**

☐ On-board Train No. 4730 — Engine and Car No(s). 139

☐ Station (specify): Wilmington Del.

☐ Yard (specify): _____

☐ Other (specify): _____

*(DERAILMENT stamp) APR 26 20__*

**Indicate Type of Occurrence:**

☐ Trespasser ☐ Passenger Injury ☐ Employee Injury ☐ Passenger Incident

☐ Highway Grade Crossing ☐ Derailment ☐ Collision ☐ Other (specify)

Were *Emergency Responder* personnel on the scene? ☐ YES ☐ NO

If *yes*, were they ... ☐ SEPTA Police ☐ Municipal Police ☐ Fire & Rescue Department ☐ Emergency Medical Services
☐ Other (specify): Amtrak Police   Badge Number: _____ Vehicle Number: _____

Approximate number of passengers on train: _____ | Approximate number of passengers in car: _____

Visibility: ☐ Dawn ☐ Day ☐ Dusk ☐ Dark | Weather: ☐ Clear ☐ Cloudy ☐ Rain ☐ Fog ☐ Snow ☐ Sleet

Approximate temperature _____ °F

| RAILROAD OPERATIONAL INFORMATION | |
|---|---|

Direction of movement ☑ N ☐ S ☐ E ☐ W   Track No. 2   Estimated speed of train at time of occurrence 5 MPH

Last station passed _____ Time last station was passed _____ ☐ On-Time ☐ _____ Minutes Late

Were you operating with FORM D or other instructions? ☐ YES ☑ NO

If *yes*, indicate FORM D Nos. or specific instructions: _____

(Continued on reverse side...)    CONTROL No. _____ (Assigned by Administrator)


# ST PAUL
# TRAVELERS

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
The St. Paul Travelers Companies,
I, MC 9316-BBEC
460 Norristown Rd.
Blue Bell, PA 19422
Telephone: (610) 941-5773
Fax: (610) 941-5790

January 26, 2005

FRANCIS CORNELY
1234 MARKET STREET
SEPTA
PHILADELPHIA PA 19107

RE:    **Tracking Number:**    ES11793
      **Claimant:**    John Shipley
      **Insured:**    Delaware Transit Corp
      **Claim No.:**    GP06301393 09T431
      **Date of Loss:**    April 22, 2004

Dear Francis Cornely:

We received your notice of the captioned claim on October 11, 2004, and I have made numerous telephone calls to you office without response.

In order to investigate this claim, we need the cooperation of you and the conductor on the Septa train that was departing from Wilmington DE. It has come to my attention that the plaintiff is intending to file charges against the conductor because he intentionally pushed Mr. Shipley off the train. While we currently provide coverage for Septa under the DART policy, Dart's coverage will be in jeopardy if Septa does not cooperate in the investigation of this claim, hence Septa's coverage will also come at risk

I would appreciate it if you would contact me office to discuss interviewing the conductor and also reviewing any videotapes of the incident.

Sincerely,

Eugene M. Bartler

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eugenie M. Bartler
Technical Spec, Liability
Telephone: (610) 941-5773
Fax: (610) 941-5790

Enclosure

FC01943 2/2000



1234 Market Street
Philadelphia, PA 19107-3780



Southeastern Pennsylvania Transportation Authority
*Safety  •  Service  •  Continuous Improvement*

October 11, 2004


Executive Director
Delaware Transit Corporation
900 Public Safety Boulevard
Dover, DE 19901

**RE:**   ***Shipley v. SEPTA***
         ***Our File No.: 04-001149-001***

Dear Sir or Madam:

Please be advised that I represent SEPTA and we have been put on notice of a claim as captioned above. Pursuant to the current agreement between SEPTA and the Delaware Transit Corporation, SEPTA should be indemnified and defended by the Delaware Transit Corporation in this matter. It would appear that this claim falls within the responsibility of DTC.

Enclosed please find our file containing all the information we have on this matter. Would you kindly review this matter and contact me if you have any questions. I can be reached at (215) 580-7835.

Sincerely,

Francis X. Cornely
Director, Claims


FXC/lew
Enclosure

cc: John Shipley

TEL:610-544440   Aug 11'04   9:12 No.001 P.02

## Paul G. Epstein, D.O.

**07/12/04    John Shipley       #04078**

S:     Patient came into the office stating that he has aches, stiffness and pain in his neck and back. The rainy weather is really affecting him. He has headaches. The pain radiates from his neck into his arms and from his back into his legs. His right knee and ankle really hurt him a lot especially if he puts to much stress on it. In fact he uses a quad cane a lot of the times. He is limited all the time. Patient has found that bending, lifting, reaching, carrying, pushing, pulling, stretching, straining, repeat stair climbing, being on his feet for extended periods and reaching above shoulder height are some of the activities that make one or several of the affected areas feel worse. Patient would try to avoid these activities but in a normal day that is very hard to do.

O:     Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 25% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 25% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5. Examination of the right ankle tender on palpation, and muscle strength today was approximately 4 over 5.

A:     Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain.
        After treatment patient reports a significant relief of symptoms. The short term goal to improving soft tissue integrity, increasing strength and mobility and improving range of motion is slowly taking place. The long term goal to independence without treatment or symptoms has not yet been achieved.

P:     Physiotherapy and manipulative therapy will be given to patient. Medication will be given on a PRN basis. The response to treatment has been rehabilitative not palliative. It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises. Patient's goal is still to be pain free, spasm free, and normal range of motion on a constant basis.

071104.d04

## Paul G. Epstein, D.O.

**07/06/04    John Shipley    #04078**

**S:**  Patient came into the office stating that he has aches, stiffness and pain in his neck and back.  His right knee and ankle still gives him a lot of problems.  The pain in his neck radiates into his right arm and from his back into his right leg.  He has difficulty sleeping because of the discomfort. The physiotherapy program was evaluated at this time with patient as to whether it was palliative or curative.  Patient states the physiotherapy was extremely important since it helps so much and decreases the number of severe exacerbations.

**O:**  Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 25% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 25% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5.  Examination of the right ankle tender on palpation, and muscle strength today was approximately 4 over 5.

**A:**  Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain. Patient is benefiting from treatment in that the severity of the symptoms are less today after treatment.  The short term goal to increased functional capabilities, reduced pain level and improving mobility and flexibility is slowly taking place.  The long term goal to restore functional activity to the highest level without pain or discomfort has not yet been achieved.

**P:**  Physiotherapy and manipulative therapy will be given to patient. Medication will be given on a PRN basis.  The response to treatment has been rehabilitative not palliative.  It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises.  Advised the patient to do this to the best of the patient's tolerance.

## Paul G. Epstein, D.O.

**06/21/04    John Shipley      #04078**

S:   Patient came into the office stating that he has headaches, aches, stiffness and pain in his neck and back. The pain in his neck radiates into his arms and from his back into his legs. His right knee and ankle gives him a lot of problems especially if he puts to much stress on it. He is limping because of the discomfort.     He finds it difficult to function.     Patient likes the physiotherapy because he gets relief.

O:   Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 30% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 30% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5. Examination of the right ankle tender on palpation, and muscle strength today was approximately 4 over 5.

A:   Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain.
     After treatment, patient's symptoms have decreased on this date. The short term goal to decreasing frequency and intensity of pain, relaxation techniques and independence in home progress is slowly taking place. The long term goal to return to all activity of daily living without pain or discomfort has not yet been achieved.

P:   Physiotherapy and manipulative therapy will be given to patient. Medication will be given on a PRN basis.    The response to treatment has been rehabilitative not palliative. It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises. Advised the patient to do this to the best of the patient's tolerance.

*062804.d04*

# Paul G. Epstein, D.O.

**06/07/04    John Shipley          #**

S:    Patient came into the office stating that he has aches, stiffness and pain in his neck and back.  He has occasional headaches.   The pain in his neck radiates into his right arm and from his back into his left leg.  His right knee and ankle still gives him a lot of problems.   He has to use a cane to get around. Patient has found that bending, lifting, reaching, carrying, pushing, pulling, stretching, straining, repeat stair climbing, being on his feet for extended periods and reaching above shoulder height are some of the activities that make one or several of the affected areas feel worse.  Patient would try to avoid these activities but in a normal day that is very hard to do.

O:    Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 40% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 40% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5.  Examination of the right ankle tender on palpation, and muscle strength today was approximately 4 over 5.

A:    Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right shoulder strain, right ankle strain.
After treatment patient reports a significant relief of symptoms.  The short term goal to improving soft tissue integrity, increasing strength and mobility and improving range of motion is slowly taking place.  The long term goal to independence without treatment or symptoms has not yet been achieved.

P:    Physiotherapy and manipulative therapy will be given to patient.  Medication will be given on a PRN basis.   The response to treatment has been rehabilitative not palliative.  It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises.  Patient's goal is still to be pain free, spasm free, and normal range of motion on a constant basis.

061204.j04

## Paul G. Epstein, D.O.

05/24/04   **John Shipley**        #

S:    Patient came into the office stating that he has some headaches, dizziness and blurry vision.  Patient is using a quad cane in order to be able to ambulate.  He has aches, stiffness and pain in his neck and back.  The pain in his neck radiates into his right arm and from his back into his legs.  His right ankle also gives him a lot of problems.  He finds it difficult to function.  I gave patient a prescription for Darvocet N100 to help with the pain.  He likes the physiotherapy because he gets relief.

O:    Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 45% and muscle spasms.  Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 45% and muscle spasms.  Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5.  Examination of the right ankle tender on palpation, and muscle strength today was approximately 5 over 5.

A:    Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain.

      After treatment, patient's symptoms have decreased on this date.  The short term goal to decreasing frequency and intensity of pain, relaxation techniques and independence in home progress is slowly taking place.  The long term goal to return to all activity of daily living without pain or discomfort has not yet been achieved.

P:    Physiotherapy and manipulative therapy will be given to patient.  Medication will be given on a PRN basis.  The response to treatment has been rehabilitative not palliative.  It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises.  The goal is to continue decreasing symptoms on a consistent basis.

060104.J04

SS# 179-52-60..

NKDA

Name John Shipley Age 46 M F S M D W Sep.
Address 609 Wilddel Rd. New Castle, Del 19720 Phone 8[illegible]-7334
Nearest of Kin Date of Birth
Employment Address Phone
Occupation Insurance plan

5/7/04 [illegible] 177 3/4

Sign

[illegible]/04 on Septa train while getting on train pushed by conductor off of moving train w/ train hit leg and landed on ground. [illegible]. New York [illegible] train. Next day [illegible] [illegible] went to [illegible] [illegible] [illegible] DC [illegible] meds

Today - headache - dizzy - [illegible]

— Neck - [illegible] SB FORDL
— muscle spasm
— pain
— tender

Radiating [illegible] down

— LS - [illegible] SB FO
— muscle spasm
— pain
— tender

pain radiating right leg FLR [illegible]

— difficult to walk
— [illegible]
— left arm [illegible]

[illegible] [illegible] [illegible]

— Right knee - [illegible]
Pain
tender
[illegible]
4/5
palpation

— Right Ankle - [illegible]
— pain
— tender
— [illegible]
4/5

[illegible]

[illegible]

# NICHOLAS R. PAGLIEI, D.O.

### 4610 STATE ROAD
### DREXEL HILL, PENNSYLVANIA 19026-4397

ORTHOPEDIC SURGERY

610-259-1400
FAX   610-259-4999

July 12, 2004

Paul G. Epstein, D.O. P.C.
Community Hospital Office Building
Suite 103
2602 W. 9th Street
Chester, PA 19013

RE:   John Shipley

Dear Dr. Epstein:

I examined your patient, John Shipley, age 45, at your request on July 12th, 2004.

**CHIEF COMPLAINT:** Pain in the neck, back, right leg, right knee, left wrist, and right rib cage.

**DATE OF ONSET:** 4/22/04.

**HISTORY OF CHIEF COMPLAINT:** The patient relates that he had just boarded a train that began pulling out of the railroad station when a conductor pushed him off and forced him to hit the platform and side of the train.

The patient states that he struck his head and entire body on the ground and the train. He however denies loss of consciousness.

He refused going to the hospital immediately after the accident; however, the next day because of neck, back, and knee pain, he went to a hospital in Wilmington, Delaware. He was examined in the emergency room and released.

The patient continued experiencing pain and came under your care.

The patient is currently complaining of pain in his neck and back with pain radiating into his right leg. He states that he experiences weakness in the right leg when ambulating. His pain is aggravated by coughing and sneezing. There has been no change at the present time in his urine or bowel habits.

He is experiencing localized pain in the neck. He denies radiation of pain into his upper extremities.

John Shipley                    -2-                    July 12, 2004

The patient experiences pain in the left wrist with joint motion.

He is experiencing pain in the right knee with ambulation.

The patient relates that he is currently taking Motrin, 800 mgs., three times a day. He had taken some Percocet that had been given to him by a dentist.

The patient also is being treated with physical modalities by you at your office.

**SYSTEMS REVIEW:** As described above, remainder non-contributory.

**SOCIAL HISTORY:** The patient relates that he is divorced. He is an auto mechanic and a restaurant owner. He denies use of tobacco. He is a social drinker.

**FAMILY HISTORY:** Mother is alive and in good health. Father deceased, cause unknown.

**PAST PERSONAL HISTORY:** Fractured right arm in 1981 for which he underwent open reduction with internal metallic fixation of the fractured right arm in 1981. He was involved in an auto accident in 1986. He was involved in an auto accident in 1991 at which time he was diagnosed with a herniated lumbar disc. He was involved in an auto accident in 1993 where he sustained fractured ribs.

**ALLERGIES:** None known.

**PHYSICAL EXAMINATION:** Veit, Romberg, and Trendelenburg maneuvers were negative. The patient complained of pain in the lower dorsal and lumbar areas with attempted flexion, extension, and side bending of the lumbar spine. His range of motion was slightly limited secondary to complaints of pain. Heel and toe step were good. Reflexes of the lower extremities appeared to be physiological. Bowstring maneuver on the right produced complaints of pain in the lumbar area radiating to the right leg. He complained of pain down the entire right leg on this examination. Bowstring maneuver on the left produced some mild pain in the lumbar area. Extensor hallucis was intact bilaterally. The right Lasegue maneuver produced pain in the lumbar area with pain radiating down his right leg. Patrick maneuver was negative. Sitting Lewins and Lindner's maneuver produced pain in the lumbar area.

The patient complained of some pain in the neck and upper back with attempted flexion, extension, and rotation of the cervical spine. His range of motion was fair. Spurling maneuver produced local muscle pain in the neck and upper back without radiation of pain numbness or paresthesias into his upper extremities. Reflexes of the upper extremities appeared to be physiological. Finger and hand grasp were good. There was no weakness of flexion, extension, abduction or adduction of the upper extremities.

John Shipley                         -3-                        July 12, 2004

The patient complained of some discomfort with attempted flexion and extension of the left wrist. There was some discomfort elicited to palpation over the flexor tendons of the left wrist joint.

There did not appear to be any swelling or joint effusion of the right knee; however, the patient complained of acute pain to palpation over the right infrapatellar tendon and bursa.

**IMPRESSIONS:**
1. Closed head trauma
2. Cervical dorso-lumbar strain mechanism
3. Lumbar radiculitis with right sciatic neuritis
4. Old herniated lumbar disc aggravated by trauma
5. Traumatic burso-tendonitis of the right knee
6. Strain mechanism of the left wrist
7. Degenerative arthritis of the neck and back aggravated by trauma

**RECOMMENDATIONS:**
1. I injected the right knee in the area of the right infrapatellar tendon and bursa with Lidocaine and Kenalog.
2. He was told to continue taking his Ibuprofen, 800 mgs., three times a day, for its anti-inflammatory effect.
3. He was instructed in stretching exercises for his back and advised to perform these on a regular daily basis.
4. The patient was given a prescription for x-ray studies of his neck and back to rule out osseous pathology.
5. The patient was also given a prescription for an MRI study of the lumbar spine.
6. I will see him again in two weeks and hopefully improvement will be noted.

Thank you for the opportunity of participating in this patient's care.

Sincerely yours,

Nicholas R. Pagliei, D.O.

NRP/fa

NAME _John Shepley_    ID#: _04078_    Page: ③

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS |
|---|---|---|---|---|---|
| √ | √ | 8/9/04 | ✓ | HP / HV / MT / US | Rt knee Rt ankle / Cerval, lumb |
| √ | | 8/10/04 | ✓ | HP / HV / MT / US | ⊗knee ⓇRankle / cervical, lumbr |
| | | | | HP / HV / MT / US | |
| | | | | HP / HV / MT / US | |
| | | | | HP / HV / MT / US | |
| | | | | HP / HV / MT / US | |
| | | | | HP / HV / MT / US | |

HP - Hot/Cold Pack   HV - High Voltage   MT - Diathermy   US - Ultrasound

NAME _John Shipley_    ID#: _04078_    Page: _N_

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS |
|---|---|---|---|---|---|
| y | | 7/30/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cerval Lumb |
| y | | 7/23/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cervial Lumb |
| y | | 7/26/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cervial Lumb |
| y | | 7/30/04 | ✓ | HP / HV / MT / US | Right Knee Rt ankle / Cervical Lumb |
| y | | 8/2/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cervial Lumb |
| y | | 8/3/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cervial Lumb |
| y | | 8/6/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cervial Lumb |

HP - Hot/Cold Pack    HV - High Voltage    MT - Diathermy    US - Ultrasound

NAME _Jim Shipley_    ID#: _04078_    Page: ②

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS |
|---|---|---|---|---|---|
| Y | | 6/15/04 | ✓ | HP HV MT US | Rt Knee, Rt ankle / Cervical Lumb |
| Y | | 6/18/04 | L | HP HV MT US | Rt Knee, Rt ankle / Cervical Lumb |
| Y | ✓ | 6/21/04 | ✓ | HP HV MT US | Rt Knee, Rt ankle / Cervical Lumb |
| Y | | 6/22/04 | | HP HV MT US | Rt Knee, Rt ankle / Cervical Lumb |
| Y | | 6/25/04 | | HP HV MT US | Rt Knee, Rt ankle / Cervical Lumb |
| Y | | 6/28/04 | | HP HV MT US | Rt Knee, Rt ankle / Cervical Lumb |
| Y | | 6/29/04 | | HP HV MT US | Rt Knee, Rt ankle / Cervical Lumb |

HP - Hot/Cold Pak    HV - High Voltage    MT - Diathermy    US - Ultra Sound

NAME _John Hipley_                    ID#: _04078_         age: _2_

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS | | | |
|---|---|---|---|---|---|---|---|---|
| y | ✓ | 5/24/04 | ✓ | HP | Right Knee, Rt ankle | | | |
| | | | | HV | | | | |
| | | | | MT | Cervical Lumbar | | | |
| | | | | US | | | | |
| y | | 5/05/04 | | HP | Rt Knee, Rt ankle | | | |
| | | | | HV | | | | |
| | | | | MT | Cervical lumb | | | |
| | | | | US | | | | |
| y | | 5/28/04 | ✓ | HP | Rt Knee Rt ankle | | | |
| | | | | HV | | | | |
| | | | | MT | Cervical lumb | | | |
| | | | | US | | | | |
| y | ✓ | 6/7/04 | ✓ | HP | Rt Knee, Rt ankle | | | |
| | | | | HV | | | | |
| | | | | MT | Cervical Lumbar | | | |
| | | | | US | | | | |
| y | | 6/8/04 | ✓ | HP | Rt Knee Rt ankle | | | |
| | | | | HV | | | | |
| | | | | MT | Cervical Lumbar | | | |
| | | | | US | | | | |
| y | | 6/11/04 | ✓ | HP | Rt Knee Rt ankle | | | |
| | | | | HV | | | | |
| | | | | MT | Cervical lumb | | | |
| | | | | US | | | | |
| X | ✓ | 6/14/04 | | HP | Rt Knee Rt ankle | | | |
| | | | | HV | | | | |
| | | | | MT | Cervical lumb | | | |
| | | | | US | | | | |

HP - Hot/Cold Pack    HV - High Voltage    MT - Diathermy    US - Ultrasound

NAME _John Shepley_    ID#: _090800_    page: ③

| y | | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS |
|---|---|---|---|---|---|---|
| y | | | 7/2/04 | ✓ | (HP) HV (MT) US | Right Knee, Right Ankle |
| | | | | | | Cervical Lumbar |
| y | v | | 7/6/04 | ✓ | HP HV (MT) US | Cervical (R) Knee (R) ankle |
| | | | | | | lumbar |
| y | | | 7/9/04 | ✓ ✓ | (HP) HV (MT) US | Cervical Lt Knee Lt ankle |
| | | | | | | Lum |
| y | v | | 7/12/04 | ✓ | (HP) HV (MT) US | Cervical Rt Knee Rt ankle |
| | | | | | | Lumb |
| y | | | 7/13/04 | | MT HV (MT) US | Cervical (R) Knee (R) ankle |
| | | | | | | lumbar |
| y | | | 7/16/04 | ✓ | (HP) HV (MT) US | Cervical Lt Knee Lt ankle |
| | | | | | | Lumb |
| y | | | 7/19/04 | | HP HV (MT) US | Cervical Rt Knee Lt ankle |
| | | | | | | Lumb |

```
user-id:  MJT                septa claims risk system              s65c300
                             accident details                      o65c300
today  08/03/2004   date reported  05 / 10 / 2004   claim date  06 / 28 / 2004
written notification 00 / 00 / 0000        diary date  00 / 00 / 0000    nc
year  2004      number  001149         sequence  001            person  C
division  Y      subdivision  R          fpb          status  OPEN
last name  SHIPLEY              first  JOHN            middle initial
umta  86221R          cat yr 0000 cat num 000000 cat seq 000 cat per
acc date 04 / 22 / 2004      acc time  08 : 41  A        acc class  0081
route      dir    block        veh no        veh class        depot  RAIL
weather           visibility           highway           passengers      0
operator no  0000000000    police inv    police type  ICA   badge  00000000
supervisor  S006          adjuster J026     atty code        oc
location WILMINGTON
explanation   PASSENGER TIRED TO BAORD TRAIN AND FELL
INJURY RIGHT ARM AND LEFT LEG
WIMINGTON HOSP FOR TREATMENT
extraordinary        fatal          pol name
tot res $        3,999.00   tot pay $           0.00   out res $       3,999.00
messages:
enter-add  1-upd  2-inq  3-dt-bws  4-ntd  5-del  6-menu  7-per-dtl  8-lit-dtl
10-stat-hst 11-letters 12-add-clms 13-fpb-bws 14-inv-hdr 15-res-hst 16-spv-hst
```

K O
clmt called
Advise him to send
his medical bills to us.
MT
8/4/04

```
Tue Aug 03 14:58:11
```

8-10. Spoke to Dr Epstein, Advised that we had no paper work. Will fax. He advised that from what he could see Mr Shipley is not hurt all injuries are old or Due to old age. He say Mr Shipley told the Dr. " He could write a novel on this incident." Mr Shipley has been in 3 auto accidents Dr told Sent him to other Doctors He is simply hurt from old injuries & Age.

# NICHOLAS R. PAGLIEI, D.O.

### 4610 STATE ROAD

### DREXEL HILL, PENNSYLVANIA 19026-4397

ORTHOPEDIC SURGERY

610-259-1400
FAX  610-259-4999

July 12, 2004

Paul G. Epstein, D.O. P.C.
Community Hospital Office Building
Suite 103       -610- 494- 4440.
2602 W. 9th Street
Chester, PA 19013                                    RE:    John Shipley

Dear Dr. Epstein:

I examined your patient, John Shipley, age 45, at your request on July 12th, 2004.

**CHIEF COMPLAINT:**  Pain in the neck, back, right leg, right knee, left wrist, and right rib cage.

**DATE OF ONSET:**   4/22/04.

**HISTORY OF CHIEF COMPLAINT:**   The patient relates that he had just boarded a train that began pulling out of the railroad station when a conductor pushed him off and forced him to hit the platform and side of the train.

The patient states that he struck his head and entire body on the ground and the train. He however denies loss of consciousness.

He refused going to the hospital immediately after the accident; however, the next day because of neck, back, and knee pain, he went to a hospital in Wilmington, Delaware. He was examined in the emergency room and released.

The patient continued experiencing pain and came under your care.

The patient is currently complaining of pain in his neck and back with pain radiating into his right leg. He states that he experiences weakness in the right leg when ambulating. His pain is aggravated by coughing and sneezing. There has been no change at the present time in his urine or bowel habits.

He is experiencing localized pain in the neck. He denies radiation of pain into his upper extremities.

John Shipley                    -2-                    July 12, 2004

The patient experiences pain in the left wrist with joint motion.

He is experiencing pain in the right knee with ambulation.

The patient relates that he is currently taking Motrin, 800 mgs., three times a day. He had taken some Percocet that had been given to him by a dentist.

The patient also is being treated with physical modalities by you at your office.

**SYSTEMS REVIEW:** As described above, remainder non-contributory.

**SOCIAL HISTORY:** The patient relates that he is divorced. He is an auto mechanic and a restaurant owner. He denies use of tobacco. He is a social drinker.

**FAMILY HISTORY:** Mother is alive and in good health. Father deceased, cause unknown.

**PAST PERSONAL HISTORY:** Fractured right arm in 1981 for which he underwent open reduction with internal metallic fixation of the fractured right arm in 1981. He was involved in an auto accident in 1986. He was involved in an auto accident in 1991 at which time he was diagnosed with a herniated lumbar disc. He was involved in an auto accident in 1993 where he sustained fractured ribs.

**ALLERGIES:** None known.

**PHYSICAL EXAMINATION:** Veit, Romberg, and Trendelenburg maneuvers were negative. The patient complained of pain in the lower dorsal and lumbar areas with attempted flexion, extension, and side bending of the lumbar spine. His range of motion was slightly limited secondary to complaints of pain. Heel and toe step were good. Reflexes of the lower extremities appeared to be physiological. Bowstring maneuver on the right produced complaints of pain in the lumbar area radiating to the right leg. He complained of pain down the entire right leg on this examination. Bowstring maneuver on the left produced some mild pain in the lumbar area. Extensor hallucis was intact bilaterally. The right Lasegue maneuver produced pain in the lumbar area with pain radiating down his right leg. Patrick maneuver was negative. Sitting Lewins and Lindner's maneuver produced pain in the lumbar area.

The patient complained of some pain in the neck and upper back with attempted flexion, extension, and rotation of the cervical spine. His range of motion was fair. Spurling maneuver produced local muscle pain in the neck and upper back without radiation of pain numbness or paresthesias into his upper extremities. Reflexes of the upper extremities appeared to be physiological. Finger and hand grasp were good. There was no weakness of flexion, extension, abduction or adduction of the upper extremities.

John Shipley                      -3-                        July 12, 2004

The patient complained of some discomfort with attempted flexion and extension of the left wrist. There was some discomfort elicited to palpation over the flexor tendons of the left wrist joint.

There did not appear to be any swelling or joint effusion of the right knee; however, the patient complained of acute pain to palpation over the right infrapatellar tendon and bursa.

## IMPRESSIONS:
1.  Closed head trauma
2.  Cervical dorso-lumbar strain mechanism
3.  Lumbar radiculitis with right sciatic neuritis
4.  Old herniated lumbar disc aggravated by trauma
5.  Traumatic burso-tendonitis of the right knee
6.  Strain mechanism of the left wrist
7.  Degenerative arthritis of the neck and back aggravated by trauma

## RECOMMENDATIONS:
1.  I injected the right knee in the area of the right infrapatellar tendon and bursa with Lidocaine and Kenalog.
2.  He was told to continue taking his Ibuprofen, 800 mgs., three times a day, for its anti-inflammatory effect.
3.  He was instructed in stretching exercises for his back and advised to perform these on a regular daily basis.
4.  The patient was given a prescription for x-ray studies of his neck and back to rule out osseous pathology.
5.  The patient was also given a prescription for an MRI study of the lumbar spine.
6.  I will see him again in two weeks and hopefully improvement will be noted.

Thank you for the opportunity of participating in this patient's care.

Sincerely yours,

Nicholas R. Pagliei, D.O.

NRP/fa

# ATTACHMENT 2

# ATTACHMENT 2

**PLEASE DO NOT STAPLE IN THIS AREA**

SEP;
1234 Market St., 5th Fl
Philadelphia, PA 19107-3780

215-580-7470

## HEALTH INSURANCE CLAIM FORM

FORM APPROVED OMB NO. 0838-0008

READ INSTRUCTIONS BEFORE COMPLETING OR SIGNING THIS FORM (CHECK APPLICABLE PROGRAM BLOCK BELOW)

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | OTHER (CERTIFICATE SSN) |

### PATIENT AND INSURED (SUBSCRIBER) INFORMATION

| 1 PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) | 2. PATIENT'S DATE OF BIRTH | 3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) |
|---|---|---|
| Shipley, John | 3  4  58 | Septa |

| 4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE) | 5. PATIENT'S SEX | 6. INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS) |
|---|---|---|
| 609 Wildel Road New Castle, DE 19720 | MALE XX   FEMALE | 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 |

TELEPHONE NO.

| 7. PATIENT'S RELATIONSHIP TO INSURED | 8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.) |
|---|---|
| SELF   SPOUSE   CHILD   OTHER XX | 2004-001149-001 |

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

| 9 OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER) | 10. WAS CONDITION RELATED TO | 11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE) |
|---|---|---|
| | A. PATIENT'S EMPLOYMENT   YES   NO | |
| | B. ACCIDENT   AUTO   XX OTHER | TELEPHONE NO. |

11A. CHAMPUS SPONSOR'S

STATUS: ACTIVE DUTY | DECEASED | BRANCH OF SERVICE
RETIRED

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW.

SIGNED _John Shipley_   DATE _7/12/04_

13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW.

SIGNED INSURED OR AUTHORIZED PERSON _John Shipley_

### PHYSICIAN OR SUPPLIER INFORMATION

| 14 DATE OF ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) | 15. DATE FIRST CONSULTED YOU FOR THIS CONDITION | 16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES | 16A. IF EMERGENCY CHECK HERE |
|---|---|---|---|
| 4/22/04 | 7/12/04 | | |

| 17 DATE PATIENT ABLE TO RETURN TO WORK | 18. DATES OF TOTAL DISABILITY FROM   THROUGH | DATES OF PARTIAL DISABILITY FROM   THROUGH |
|---|---|---|

| 19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (E.G., PUBLIC HEALTH AGENCY) | 20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES |
|---|---|
| Dr. Paul Epstein | ADMITTED   DISCHARGED |

| 21 NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN OFFICE) | 22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?   YES   NO   CHARGES |
|---|---|

23A. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY: RELATE DIAGNOSIS TO PROCEDURE IN COL. D BY REFERENCE NOS. 1, 2, 3, ETC. OR DX CODE B.
1. Closed head trauma 907.0 2. Cervical dorso-lumbar strain mechanism 847.1, 847.2 (3) Lumbar radiculitis with right sciatic neuritis 724.3, 724.4 (4) old herniated lumbar disc aggravated by trauma 722.3 (5) Traumatic burso-tendonitis of the right knee 726.60 6. Strain mechanism of left wrist 842.0 (7) Degenerative arthritis of the neck & back aggravated by trauma 721.1, 721.3

EPSDT   YES   NO
FAMILY PLANNING   YES   NO

PRIOR AUTHORIZATION NO.

| 24 A. DATE OF SERVICE FROM   TO | B. PLACE OF SERVICE | C. PROCEDURE CODE IDENTIFY FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D. DIAGNOSIS CODE | E. CHARGES | F. DAYS OR UNITS | G. T.O.S. | H. PROVIDER IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|
| 7/27/04 | 0 | 99215-25 Extended visit & re-eval. | 1,2,3,4,5 | 145.00 | | | |
| 7/27/04 | 0 | 20610 Injection to right knee in area of infrapatellar tendon & bursa | 5 | 100.00 | | | |

| 25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREES) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF.) | 26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)   YES   NO | 27. TOTAL CHARGE   245.00 | 28. AMOUNT PAID | 29. BALANCE DUE |
|---|---|---|---|---|
| 8/3/04 DATE | 30. YOUR SOCIAL SECURITY NO. 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 | 31. PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO. 21  003  **PA41311** NICHOLAS R. PAGLIEI, D.O. 4810 STATE RD. DREXEL HILL, PA 19026 Telephone (610) 259-1400 | | |

| 32. YOUR PATIENT'S ACCOUNT NO. | 33. YOUR EMPLOYER ID NO. 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 | ID NO. 610 |

*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK
REMARKS.

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 6/83   038252

FORM HCFA-1500 (1-84) FORM OWCP-1500
FORM CHAMPUS-501 (1-84) FORM RRB-1500
APPROVED BY THE HEALTH CARE FINANCING ADMINISTRATION & CHAMPUS

# NICHOLAS R. PAGLIEI, D.O.

### 4610 STATE ROAD
### DREXEL HILL, PENNSYLVANIA 19026-4397

ORTHOPEDIC SURGERY

July 27, 2004

610-259-1400
FAX  610-259-4999

Paul G. Epstein, D.O. P.C.
Community Hospital Office Building
Suite 103
2602 W. 9th Street
Chester, PA 19013

RE:  John Shipley
AGE: 45
DATE OF ACCIDENT: 4/22/04

Dear Dr. Epstein:

I re-examined John Shipley on July 27th, 2004.

**CHIEF COMPLAINT:** Continued pain in the neck and back. Intermittent pain in the right leg. Flare-up of pain in the right knee.

**HISTORY OF CHIEF COMPLAINT:** The patient relates that following the injection that he received into his right knee, he felt marked improvement. However he states over the past few days, he has had a return of pain in the knee.

He continues to complain of pain in his neck and back with intermittent pain radiating into the right leg.

He was scheduled for x-rays of his neck and back and is also scheduled for an MRI of his lumbar spine. These have not been done to date.

He has some residual discomfort in the left wrist but this seems to be improving.

He continues taking his Motrin on a regular daily basis as prescribed.

The patient continues also treatment with physical modalities by you at your office.

**PHYSICAL EXAMINATION:** The patient had some residual pain in the neck and upper back with attempted flexion, extension, and rotation of the cervical spine. His range of motion was fair. Spurling maneuver continues to produce local pain in the neck and upper back without radiation of pain, numbness or paresthesias into his upper extremities. Reflexes appear to be physiological. Finger and hand grasp were good. There was no weakness of flexion, extension, abduction, or adduction of the upper extremities.

John Shipley                    -2-                    July 27, 2004

There was some residual discomfort in the left wrist with flexion and extension of the wrist joint.

There was no evidence of swelling or joint effusion of the right knee; however, the patient continued to experience some pain to palpation over the right infrapatellar tendon and bursa.

Flexion, extension, and side bending of the lumbar spine continued to produce complaints of pain in the lumbar area. His range of motion was still slightly limited. Heel and toe step were good. Reflexes of the lower extremities seemed to be physiological. Bowstring maneuver on the right continues to produce pain in the lumbar area and right leg. Extensor hallucis was intact bilaterally. The Lasegue maneuver on the left produced pain in the lumbar area. On the right, it produced some pain in the lumbar area radiating down his right leg. Patrick maneuver was negative. Sitting Lewins and Lindner's maneuver continued to produce pain in the lumbar area.

## IMPRESSIONS:
1    Closed head trauma
2.   Cervical dorso-lumbar strain mechanism
3.   Lumbar radiculitis with right sciatic neuritis
4.   Old herniated lumbar disc aggravated by trauma
5.   Traumatic burso-tendonitis of the right knee
6.   Strain mechanism of the left wrist
7.   Degenerative arthritis of the neck and back aggravated by trauma

## RECOMMENDATIONS:
1.   I again injected the right knee in the area of the right infrapatellar tendon and bursa with Lidocaine and Kenalog.
2.   He is to continue taking his Ibuprofen on a regular daily basis.
3.   He is to continue with his home stretching exercise program.
4.   He is to have the MRI study as requested.
5.   Further treatment with physical modalities as already instituted.
6.   Osteopathic manipulative therapy as indicated.
7.   I will re-evaluate him again in three weeks. Hopefully improvement will be noted.

Thank you for the opportunity of participating in this patient's care.

Sincerely yours,

Nicholas R. Pagliei, D.O.

NRP/fa

SEPTA
1234 Market St., 5th Fl
Philadelphia, PA 19107-3780

**PLEASE DO NOT
STAPLE IN
THIS AREA
→**

215-580-7470

## HEALTH INSURANCE CLAIM FORM

FORM APPROVED OMB NO. 0938-0008

READ INSTRUCTIONS BEFORE COMPLETING OR SIGNING THIS FORM (CHECK APPLICABLE PROGRAM BLOCK BELOW)

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO) | FECA BLACK LUNG (SSN) | OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

| 1 PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) | 2 PATIENT'S DATE OF BIRTH | 3 INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) |
|---|---|---|
| Shipley, John | 3  4  58 | Septa |

| 4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE) | 5 PATIENT'S SEX | 6 INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS) |
|---|---|---|
| 609 Wildel Road New Castle, DE 19720 | MALE XX  FEMALE | 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 |

| 7 PATIENT'S RELATIONSHIP TO INSURED | 8 INSURED'S GROUP NO (OR GROUP NAME OR FECA CLAIM NO.) |
|---|---|
| SELF  SPOUSE  CHILD  OTHER XX | 2004-001149-001 |

TELEPHONE NO

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

| 9 OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER) | 10. WAS CONDITION RELATED TO | 11 INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE) |
|---|---|---|
| | A. PATIENT'S EMPLOYMENT  YES  NO | |
| | B. ACCIDENT  AUTO  XX OTHER | TELEPHONE NO. |

| 11A. | CHAMPUS SPONSOR'S |
|---|---|
| STATUS  ACTIVE DUTY  DECEASED  RETIRED | BRANCH OF SERVICE |

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW | 13 I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW. |
|---|---|
| SIGNED _John S Shipley_  DATE 7/12/04 | SIGNED INSURED OR AUTHORIZED PERSON _John S Shipley_ |

## PHYSICIAN OR SUPPLIER INFORMATION

| 14. DATE OF ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) | 15 DATE FIRST CONSULTED YOU FOR THIS CONDITION | 16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES | 16A. IF EMERGENCY CHECK HERE |
|---|---|---|---|
| 4/22/04 | 7/12/04 | | |

| 17 DATE PATIENT ABLE TO RETURN TO WORK | 18. DATES OF TOTAL DISABILITY FROM  THROUGH | DATES OF PARTIAL DISABILITY FROM  THROUGH |
|---|---|---|

| 19 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (E.G. PUBLIC HEALTH AGENCY) | 20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES ADMITTED  DISCHARGED |
|---|---|
| Dr. Paul Epstein | |

| 21. NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN OFFICE) | 22 WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?  YES  NO  CHARGES |
|---|---|

23A. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY: RELATE DIAGNOSIS TO PROCEDURE IN COL. D BY REFERENCE NOS. 1, 2, 3. ETC. OR DX CODE B.

1. Closed head trauma 907.0 2. Cervical dorso-lumbar strain mechanism 847.1,847.2 (3) lumbar radiculitis with right sciatic neuritis 725.4,724.3 (4) Old herniated lumbar disc aggravated by trauma 722.3 (5) Traumatic burso-tendonitis of the right knee 726.60 6. Strain mechanism of left wrist 842.0 (7) Degenerative arthritis of the neck & back aggravated by trauma 721.1,721.3

| | EPSDT  YES  NO |
| | FAMILY PLANNING  YES  NO |
| | PRIOR AUTHORIZATION NO. |

| 24 | DATE OF SERVICE | | C. PLACE OF SERVICE | D. FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN | | DIAGNOSIS CODE | E. CHARGES | F. DAYS OR UNITS | G. T.O.S. | H. PROVIDER IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| | FROM | TO | | PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | | | | | |
| | 7/12/04 | | 0 | 99245-25 | Comprehensive Orthopedic history & physical exam. | 1,2,3,4, 5,6,7,4 | 310 00 | | | |
| | 7/12/04 | | 0 | 20610 | Injection to right knee in area of infrapatellar tendon & bursa | 5 | 100 00 | | | |
| | 7/12/04 | | 0 | 97530 | Instruction in stretching exercises for back | 2 | 50 00 | | | |

COLWELL SYSTEMS INC CAMPAIGN IL

| 25 SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREES) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF) | 26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)  YES  NO | 27. TOTAL CHARGE | 28. AMOUNT PAID | 29. BALANCE DUE |
|---|---|---|---|---|
| 7/20/04 DATE | | 460 00 | | |

| 30. YOUR SOCIAL SECURITY NO. | 31 PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO. |
|---|---|
| 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 | 21  003  **PA41311** |
| 32. YOUR PATIENT'S ACCOUNT NO.  33 YOUR EMPLOYER ID NO. | NICHOLAS R. PAGLIEI, D.O. 4610 STATE RD. DREXEL HILL, PA 19026 Telephone 259-1400 |
| 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 | ID NO  610 |

*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK
REMARKS.

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 6/83  038252

FORM HCFA-1500 (1-84) FORM OWCP-1500 FORM CHAMPUS-501 (1-84) FORM RRB-1500
APPROVED BY THE HEALTH CARE FINANCING ADMINISTRATION AND CHAMPUS

7-16-04.                                            04-001149,

7-16-04 Received call from clmt - Devod # 75,000.°° to settle
claim.
Advised him
    Advised him we cannot settle claim for that amount.
told him that it has been 84 Days since the
accident and. no Medical Bills - stated he has been
goig to the Dr How ever did not know there names.
and stated that tenr was not mouig and he was
pushed.
    advise him 2 wid & video show the teni was
mouig and he was not pushel.


- Stated he works for the governed as an inspector
- * the in self imployed and inspect and fixes cars
- state he put claims spd in his car or truck
How ever he does not drive - States he opens
his mail in his vehcle and watches the neighbors
and children in the neighbor hood.


* He continuously makes up stores he was caught in numeray
lies. And will make up lies to go with the stores.

Date/Time:  6/29/04  13:5. 59

```
Progrm: CMS301              Crimes Management System        Page:   1
                               Incident Report
```

Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT

Date of Occurrence.: 4/22/04 thru  4/22/04 Time of Occur.: 8:41 thru  8:41
Date of Report.....: 4/22/04              Time of Report: 8:46
Dispatched.........: 4/22/04 @  8:49      Responded.....:          @  0:00
Arrived............: 4/22/04 @  9:17      Cleared.......: 4/22/04 @ 10:36

Day of the Week...: THURSDAY
Common Name.......: TRACK 2 WILMINGTON STATION
Incident Location.: 2680 MAIN LINE SOUTH WIL      APT: .58
Incident Cty/ST/PR: WILMINGTON F/O                ZIP:
County............: DE-NEW CASTLE
Location Type.....: AMTRAK STATION                319
Beat Assignment...: WILMINGTON DE                    MILE POST: SWILS0301
District..........: MID ATLANTIC NORTH DIVISION
Patrol Area  :  WILMINGTON-STATION(MP 26.8)
Department Classif: MEDICAL/ INJURY PATRON/PASSENGER
Reporting Officer.: BRIAN V LARKIN
   CASE STATUS......: CLOSED                     Date:   4/22/04
Alcohol Related...: NO
Drugs Related.....: NO

************ V E R I F I C A T I O N   I N F O R M A T I O N ***************
DATA ENTRY CLERK..: 6/29/04   Employee: JUAN L FORTE
REPORT OFCR REVIEW:          Employee:
APPROVED..........: 5/06/04   Employee: WALTER W WAHLER

************ C A S E   M A N A G E M E N T   I N F O R M A T I O N ************

Case Disposition.: CLOSED                              CLOSED   Date: 4/22/04
Case Forwarded To:

****************** V E H I C L E   I N F O R M A T I O N ******************

    OTHER                                      V E H I C L E  #   1
    UCR PROPERTY.: VEHICLES
UCR VEHICLE TYPE: ENGINE/LOCOMOTIVE                     Year: 0000
Make.:                     Model:                      Permit#:
Style: TRAIN - PASSENG     Color:
LIC/TRN #: SEPTA 4730      ST:        DATE: Country....:
VIN/CAR #
Vehicle Damaged Code:
Damaged/Stolen Value :        $0.     Disposit`n: OTHER (SEE NARRATIVE)
Insured (Y/N)........:               Insured By:
Controlling Officer.: BRIAN V LARKIN
Veh Feature/Oddity..:
Keys in Vehicle.....:                Vehicle Locked:
Lein Holder.........:
Stolen Location.....:
        City/ST/PR...:
NCIC #.......:                       STATE#:
NCIC ENT DATE:                          NCIC CAN DATE:
Misc. ID #...:
```

CORPORATION
NOT PAY... COPY...
This copy consists...
is furnished for the...
Septa, Ken Office...
and is not to...
furnished to any...
agency, except...
without the express...
and is to be...
upon demand.

BY: _____ 6/29/04
Chief of Police

```
Date/Time:  6/29/04  13:5. 59
-----------------------------------------------------------------------
                          Crimes Management System            Page:   2
Progrm: CMS301                Incident Report
-----------------------------------------------------------------------
Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT              (Continued)

Recovered By.:
Recovery Loc.:
   City/ST/PR:                                       Date:
                                                     Time:   0:00
                                                    $Value:      $0.
Recovery Code:
Owner Notifd.:              By Whom:
```

****************** P E R S O N   I N F O R M A T I O N ******************

```
        * C O M P L A I N A N T *          INFORMATION  #   1
Name: JOHN SHIPLEY                                   DOB.: ████████
Addr: ████████████████                              SSN.: ████████
City: ███████████       ST: ████  ZIP: ████████     Phn#: ████████████
POB.:                   ST:       Country:
Empl:
Occp:                                               Bus#:
Race.......: BLACK                    Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #.......: ████████        OL ST: DE  Country:
Age........: 46                                    Misc#:
Height.....: 000 FT./IN.
Weight.....:     LBS.

        * P E R S O N   R E P O R T I N G *    INFORMATION  #   1
Name: COREY F. SHAW                                 DOB.: ████████
Addr:                                               SSN.: 000000000
City:                   ST:    ZIP: 000000000       Phn#: ████████
POB.:                   ST:       Country:
Empl:
Occp: CONDUCTOR                                     Bus#: ████████
Race.......: WHITE                    Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #.......:                OL ST:     Country:
Age........: 44                                    Misc#:
Height.....: 000 FT./IN.
Weight.....:     LBS.

        * W I T N E S S *                    INFORMATION  #   1
Name: NORRIS PAYNE                                  DOB.: ████████
Addr:                                               SSN.: 000000000
City:                   ST:    ZIP: 000000000       Phn#: ████████
POB.:                   ST:       Country:
Empl:                                               Bus#: ████████
Occp: CONDUCTOR
Race.......: BLACK                    Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #.......:                OL ST:     Country:
Age........: 67                                    Misc#:
Height.....: 000 FT./IN.
Weight.....:     LBS.

        * W I T N E S S *                    INFORMATION  #   2
```

Date/Time:  6/29/04  13:54 39
--------------------------------------------------------------------------------
                                Crimes Management System                  Page:    3
Progrm: CMS301                      Incident Report
--------------------------------------------------------------------------------
  Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT                    (Continued)
Name: ALICE HUTCHINSON                              DOB.: ████████████
Addr:                                              SSN.: 000000000
City:                    ST:      ZIP: 000000000   Phn#: ████████████
POB.:                    ST:        Country:
Empl:                                              Bus#:
Occp:
Race.......: WHITE                   Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
OL #.......:                   OL ST:    Country:
Age........: 44                                    Misc#:
Height.....: 000 FT./IN.
Weight.....:     LBS.

        * W I T N E S S *                    INFORMATION  #   3
Name: PEGGY HEINS                                  DOB.: ████████████
Addr:                                              SSN.: 000000000
City:                    ST:      ZIP: 000000000   Phn#: ████████████
POB.:                    ST:        Country:
Empl:                                              Bus#:
Occp:
Race.......: BLACK                   Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
OL #.......:                   OL ST:    Country:
Age........: 41                                    Misc#:
Height.....: 000 FT./IN.
Weight.....:     LBS.

************************* N A R R A T I V E   # 1 *************************
CAD Information              Reported By:                               4/22/04

    Call#: 041130134     Beat: SECTOR 3
    Units.: 404WIL     Employees: 0000001732 LARKIN, BRIAN
    UNIT RPTS M/A REFUSED MEDICAL ATTENTION AND WISH TO CONTINUE
    WITH TRAVEL.
    CLEAR
    EMS REQUESTED FOR M/A COMPLAINING OF PAIN TO THE LEGS
    AND KNEES AND A POSSIBLE BROKEN ARM.
    EMS ON SCENE
    RPT TO FOLLOW
    R/P STATES M/A WAS INJURED TRYING TO BOARD A SEPTA R2 TRAIN
    *
    *
    *
    *
    *

    ON APRIL 22, 2004, AT APPROXIMATELY 0843 HOURS, THIS OFFICER ARRIVED
    ON THE PLATFORM OF THE WILMINGTON TRAIN STATION, TRACK TWO (2), AND
    SPOKE WITH REPORTING PERSON (R/P) SHAW, COREY, WHO IS THE CONDUCTOR
    OF SEPTA TRAIN #4730.

    R/P SHAW'S STATEMENT TO THIS OFFICER WAS THAT HE WAS WORKING TRAIN

Date/Time:  6/29/04  13:54 99
--------------------------------------------------------------------------
Progrm: CMS301                     Crimes Management System          Page:    4
                                      Incident Report
--------------------------------------------------------------------------
Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT                    (Continued)

#4730.  HE SAID THE TRAIN HAD JUST PULLED INTO THE WILMINGTON TRAIN
STATION AT 0839 HOURS.  AT 0841 HOURS, HE WAS STANDING ON THE SECOND
CAR IN FRONT OF THE OPEN DOOR AS THE TRAIN WAS STARTING TO PULL OUT.
WHILE THE TRAIN WAS MOVING ALONGSIDE THE PLATFORM, A MAN (SHIPLEY,
JOHN) JUMPED ON THE TRAIN THROUGH THE DOOR HE WAS STANDING IN FRONT
OF.  HE TOLD SHIPLEY TO GET OFF THE TRAIN AND EXTENDED HIS ARM IN
FRONT OF SHIPLEY'S CHEST WHILE SHIPLEY WAS STILL STANDING IN FRONT OF
THE DOOR TO BLOCK HIM FROM GETTING ON THE TRAIN.  WHILE HIS ARM
REMAINED OUT, THE TRAIN WAS BEGINNING TO STOP, AND AT THAT TIME,
SHIPLEY FELL OFF THE TRAIN AND ON TO THE PLATFORM.

SHIPLEY'S STATEMENT TO THIS OFFICER WAS THAT HIS RIGHT ARM, RIGHT
KNEE, AND LEFT LEG WERE VERY SORE.  SHIPLEY TOLD THIS OFFICER THAT
THE TRAIN WAS NOT MOVING WHEN HE JUMPED ON.  THE TRAIN STARTED TO
MOVE RIGHT AFTER HE STEPPED ON AND THAT REPORTING PERSON (R/P) SHAW
TOOK BOTH HANDS AND PUSHED HIM IN THE CHEST WHILE HE WAS STANDING IN
THE DOORWAY ON THE TRAIN.  AT THAT TIME HE FELL OFF THE TRAIN.

THERE WERE THERE (3) WITNESSES (NORRIS PAYNE, WHO IS ANOTHER
CONDUCTOR THAT WAS ON TRAIN #4730, ALICE HUTCHINSON, WHO WAS STANDING
ON THE PLATFORM, AND PEGGY HAINS, WHO WAS ALSO STANDING ON THE
PLATFORM).  NORRIS PAYNE SAID THE TRAIN WAS MOVING WHEN SHIPLEY
JUMPED ON AND SHAW DID EXTEND HIS ARM BLOCKING SHIPLEY FROM COMING
FURTHER INTO THE TRAIN.  PEGGY HEINS SAID THE TRAIN WAS MOVING WHEN
SHIPLEY JUMPED ON AND THAT SHAW EXTENDED HIS ARM PUSHING SHIPLEY OFF
THE TRAIN.  ALICE HUTCHINSON SAID THE TRAIN WAS MOVING WHEN SHIPLEY
JUMPED ON AND THAT SHAW DID EXTEND HIS ARM BLOCKING SHIPLEY FROM
COMING FURTHER INTO THE TRAIN, BUT DID NOT PUSH HIM OFF THE TRAIN.

EMS WAS CALLED TO THE SCENE, AND SHIPLEY TOLD THEM THAT HE WAS IN
PAIN BUT DID NOT WANT ANY MEDICAL ATTENTION AT THIS TIME.  THIS
OFFICER ASKED SHIPLEY IF HE HAD TICKET FOR TRAIN #4730, AND HE SAID
NO, HE WAS GOING TO BUY ONE ON THE TRAIN.  THERE IS A CAMERA ON THE
PLATFORM WHERE THE INCIDENT OCCURRED.  UPON THIS OFFICER'S REVIEW OF
THE TAPE, THE TRAIN WAS MOVING WHEN SHIPLEY JUMPED ON.  THE R/P SHAW
WAS OUT OF VIEW FROM THE CAMERA.

NOTHING FURTHER.

APD INCIDENT NO. 04-008596 CLOSED.

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *



Southeastern Pennsylvania Transportation Authority
Safety • Service • Continuous Improvement

1234 Market Street
Philadelphia, PA 19107-3780

04-008596

# Telecopier Message



SEPTA

Claims Dept.

| Date | : | 6-29-04 |
|---|---|---|

| To | : | Annette IrOns. |
|---|---|---|

| From | : | Ken Orfe  Septa  Fax 215-580-7058. |
|---|---|---|

| Pages | : | 1. | (Including this page) |
|---|---|---|---|

Notes to Receiver  :  Pleas fax Polce Report Involving Johns, Shipley
DO.A. 4-22-04  8:43 AM.
Wilnington station
Track #2.

* * * Transmission Result Report (Memory TX) ( Jun. 29. 2004 10:28AM ) * * *

1)
2)

Date/Time: Jun. 29. 2004 10:28AM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 0644 Memory TX | 912153492630 | P. 1 | OK | |

--------------------------------------------------------------------

Reason for error
  E.1) Hang up or line fail               E.2) Busy
  E.3) No answer                        E.4) No facsimile connection



Southeastern Pennsylvania Transportation Authority
Safety • Service • Continuous Improvement
1234 Market Street
Philadelphia, PA 19107-3780

## Telecopier Message



| Date | : | 6-29-04 |
|---|---|---|
| To | : | Annette Irons |
| From | : | Ken Ode  Septa<br>fax 215-580-7058 |
| Pages | : | 1.   (Including this page) |
| Notes to Receiver | : | Pleas fax Police Report Involving Johns Shipley<br>DO4-4-21-04 8:45 am.<br>Wilmington Station<br>Train #2. |

Sending Incoming Telecopies to (215) 580-7058.



**Southeastern Pennsylvania Transportation Authority**
*Safety • Service • Continuous Improvement*

1234 Market Street
Philadelphia, PA 19107-3780

# Telecopier Message



Date        :    6-29-04

To          :    Annette Irons.

From        :    Ken Orfe    Septa
                 FAX 215-580-7058.

Pages       :    1.            [Including this page]

Notes to
Receiver    :    Pleas fax Polce Report involving Johns. Shipley
                 D.O.A. 4-22-04  8:43 AM.
                 Wilmington Station
                 Track #2.

Sending Incoming Telecopies to (215) 580-7058

```
user-id:  DQC                septa claims risk system                    s65c300
                               accident details                          o65c300

today  06/28/2004   date reported  05 / 10 / 2004    claim date  06 / 28 / 2004
written notification 00 / 00 / 0000        diary date  00 / 00 / 0000   nc
year  2004         number  001149          sequence  001
division  Y        subdivision  R          fpb               status  OPEN
last name  SHIPLEY           first  JOHN              middle initial
umta  86221R               cat yr 0000 cat num 000000 cat seq 000 cat per
acc date 04 / 22 / 2004     acc time  08 : 41  A          acc class  0081
route        dir      block          veh no          veh class        depot  RAIL
weather           visibility              highway                passengers  0
operator no  0000000000    police inv         police type  ICA    badge  00000000
supervisor  S006           adjuster           atty code           oc
location WILMINGTON
explanation    PASSENGER TIRED TO BAORD TRAIN AND FELL
INJURY RIGHT ARM AND LEFT LEG
WIMINGTON HOSP FOR TREATMENT
extraordinary           fatal              pol name
tot res $       3,999.00   tot pay $          0.00  out res $        3,999.00
messages:  ACCIDENT DETAILS HAVE BEEN UPDATED
enter-add  1-upd  2-inq  3-dt-bws  4-ntd  5-del  6-menu  7-per-dtl  8-lit-dtl
  10-stat-hst  11-letters  12-add-clms  13-fpb-bws  14-inv-hdr  15-res-hst  16-spv-hst
```

Mon Jun 28 10:39:58

**Southeastern Pennsylvania Transportation Authority**

# Claims Form

FILE NO. 104-004410-999

| NAME OF CLAIMANT: | DATE OF BIRTH: | SOCIAL SEC. NO.: |
|---|---|---|
| John S Shipley | 03-04-1958 | 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  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 |

| ADDRESS: | PHONE NUMBER: |
|---|---|
| 609 Wildel Avenue  New Castle DE 19720  19720 | 610-872-7338 |

**ACCIDENT / INCIDENT DETAILS:**

| DATE: | TIME: | LOCATION: |
|---|---|---|
| April 22, 2004 | 08:43 Am | Wilmington Train Station |

| IF SEPTA VEHICLE INVOLVED: ROUTE: | VEHICLE NO. | WHERE YOU HAD BOARDED: | DIRECTION: |
|---|---|---|---|
| Septa Regional Rail line R2 Unknown | 4730 | Track 2 | North |

NAME OF SEPTA (EMPLOYEE, DRIVER, CONDUCTOR, CASHIER) INVOLVED IN ACCIDENT / INCIDENT:

Unknown there was a Septa report filed

IF NAME OF INVOLVED SEPTA EMPLOYEE IS UNKNOWN, PLEASE ANSWER THE FOLLOWING:

| SEX: | RACE: | AGE: | HEIGHT: | WEIGHT: | OTHER DESCRIPTION: |
|---|---|---|---|---|---|
| M | W | N/A  APX | 5'10 | Max 170-180 | Blk Hair |

PLEASE DESCRIBE ACCIDENT / INCIDENT AS FULLY AS POSSIBLE. (USE BACK OF THIS SHEET IF NEEDED. MAKE CERTAIN IT IS SIGNED & DATED):

I approached the ticket booth at 8:40 Am and requested a ticket. I looked at the time and I began to run for the train because I knew that it was scheduled to

NAME, ADDRESS, AND TELEPHONE NUMBER OF ANY WITNESSES:

See Septa police report

**INJURIES (IF APPLICABLE):**

| NAME(S) OF TREATING DOCTOR(S): | NAME(S) OF HOSPITAL(S): |
|---|---|
| Dr. Paul Epstein MD & others | Christiana Care Wilmington Hospital |

WHAT INJURIES DID YOU SUSTAIN:

Elbows, arms, knees, legs, back and head and mouth

**EMPLOYMENT:**

| NAME OF EMPLOYER: | PHONE NUMBER: |
|---|---|
| Self-employed  John's Auto Services &  Shipley Seafood | 610-872-7338 |

| TYPE OF JOB: | SALARY: | TIME OUT OF WORK: |
|---|---|---|
| auto mechanic & auto body work |  | Varies |

I certify that the above statements are true to the best of my knowledge, information and belief. I understand that the giving of false statements regarding a claim is a crime and that if I do give false statements, I may be subject to criminal prosecution.

| SIGNATURE: | DATE: |
|---|---|
| John S Shipley | 6-20-04 |

© SEPTA 1992 2-92-09536-F0001/REV. 11/01

he didn't have to do him like that!!
As I fell from the moving train,
the force from the movement caused
my body to be sucked back to the side
of the train like a magnet. My
body lingered along the side of
the train and then was slammed
to the ground. I then heard people
screaming and hollering, "oh my
God is he bleeding. Help him!!!"
As I looked up and saw the end of
the train, I ~~thought~~ said to myself "God
is good and he is with me." The
irritated ~~passengers~~ PEOPLE tried to help me
up but I said no I can get up. The
train police then arrived ONE LADY Told POLICE
THAT LADY could NOT SEE FROM THAT ANGLE FROM WERE SHE WAS
And stood but I SAW THE CONDUCTOR PUSH him off he did NOT FALL off
the MOVING TRAIN. I do not have an attorney at this
time, however. if I need one please
advise and I will take the
necessary legal steps if we cannot
agree upon settlement to this matter

Date 6-20-04        John S Shipts

Southeastern Pennsylvania Transportation Authority
*Safety • Service • Continuous Improvement*

1234 Market Street
Philadelphia, PA 19107-3780

May 12, 2004

John Shipley
609 Wildel Avenue
New Castle, DE 19720

**Re:**          **File No.: Y04-004410-999**

Dear Mr. Shipley:

In reply to your recent communication, we are enclosing a claim application
to be filled out and returned to this office.  Upon receipt of the same, we will
advise you further.

Very truly yours,

SEPTA CLAIMS DEPARTMENT

/dk
Enclosures

# CLAIMANT'S TELEPHONE REPORT

Name of Claimant _John Shipley_

Address _609 Wildel Ave New Castle De 19720_

Telephone Number _(610) 872-7338_ Date of Accident _4/22/04_ Time _9:43 Am_

Property Damage _____ (Ask who is the owner/make & model)

Personal Injury _____X_____ Both _____

Location _Wilmington Station_

Route _____ Block _____ Direction _____ Vehicle No. _____ Acct. No. _____

Description of Operator _____ Did he take name? _____

Did you use a Transpass/Trailpass# _____ Weekly/Monthly/Zone# _____

How Accident Happened _~~Rode feet & broke~~_
_~~Feet~~ Train Normally on track #1 — Switched
it to track #2 / Running for train / Jump
on train behind Conductor. / Claims Conductor
Pushed him off train while train was in motion
He fell + rolled Injury Legs / Back / Arms Claims train backed up
Able to get up on his own_

Name & Address of Witnesses: _off the train Police Report Made *
Claims Conductor told him NO them off
Get off Pushed Him_

Name of Attending Physician or Hospital _Wilmington Hosp —_

Name of person calling _Same As Above_

Address _____ Telephone No. _____

Received By _D. Keels_ Date _5/10/04_ Time _2:49 pm_

```
user id: DLK    s e p t a  c l a i m s / r i s k  s y s t e m        s65c200
                      claimant/incident information                   o65c200
                            personal details

today 05/12/2004 report 05 10 2004 claim 00 00 0000 written notice 00 00 0000
year 2004        number 004410              sequence 999           person C

catalog yr ____      catalog num _____      catalog seq ___    catalog per _
division  Y      sub-division  R        source  STAT        damage  BI
employee number  0000000000  job code        social security 999 - 99 - 9999
occ                                     title
last name  SHIPLEY                      first  JOHN                 mi
add 1  609 WILDEL AVENUE                add 2
city  NEW CASTLE                        state  DE        zip  19720  0000
home phone  610 - 872 - 7338    other phone  000 - 000 - 0000   ext  0000
age  000 birth  00 / 00 / 0000 sex  M  marital stat      vendor no
plaintiff: atty name                            atty code  _____
          atty firm
incoming  caller  MR. SHIPLEY 5/10/04          telephone  000 - 000 - 0000
address  C/A SENT:5/12/2004
messages:  *** RECORD HAS BEEN SUCCESSFULLY UPDATED ***
clear-exit   enter-add     pf1-update     pf2-inquiry   pf3-browse   pf5-delete
pf6-menu     pf7-back scr    pf8-next scr   pf10-atty code         pf11-letters
```

Wed May 12 10:34:38

```
user-id: DEK                    septa claims risk system                    s65c300
                                 accident details                           o65c300

today 05/10/2004   date reported 05 / 10 / 2004   claim date 00 / 00 / 0000
written notification 00 / 00 / 0000          diary date 00 / 00 / 0000   nc
year 2004       number 004410          sequence 999                 person C
division Y      subdivision R          fpb               status
last name SHIPLEY          first JOHN             middle initial
umta 86221R                cat yr 0000 cat num 000000 cat seq 000 cat per
acc date 04 / 22 / 2004    acc time 08 : 41 A       acc class 0081
route        dir    block        veh no        veh class           depot RAIL
weather             visibility              highway                passengers  0
operator no 0000000000    police inv      police type WTH    badge 00000000
supervisor                adjuster        atty code          oc
location WILMINGTON
explanation   PASSENGER TIRED TO BAORD TRAIN AND FELL
INJURY RIGHT ARM AND LEFT LEG
WIMINGTON HOSP FOR TREATMENT
extraordinary           fatal              pol name
tot res $         0.00   tot pay $          0.00  out res $           0.00
messages: ACCIDENT DETAILS HAVE BEEN UPDATED
enter-add  1-upd  2-inq  3-dt-bws  4-ntd  5-del  6-menu  7-per-dtl  8-lit-dtl
10-stat-hst 11-letters 12-add-clms 13-fpb-bws 14-inv-hdr 15-res-hst 16-spv-hst
```

Called
5/10/04 @ 2:49pm from
WTH

Please Pull

Mon May 10 15:58:53

1-17-06

Gary Simpson
215-964-4715

Amtrack Station Master
Ron Edwards
215-397-8150

*404-1149 - 1*



Bruce H. Dietrich
Investigation
Special Investigations Unit
Investigative Services Division
Tel: (610-736-2413
Fax: (610-)736-2460
E-mail: bdietric@stpaultravelers.com

**1105 Berkshire Blvd**
P.O. Box 13485
Reading, PA 19612-3485

*Louis Vossel (ins)*
*(215) 619-8594*

SEPTA
Claims Division
Attn: Frank Cornelly
1235 Market Street
5th floor
Philadelphia, PA 19107

*RECEIVE*
*OCT 4 - 20*
*CLAIMS DEP*

*Bruce Dietrich*
*(610) 736-2413*

RE: Claim number ES11793
Claimant: John Shipley
DOA: 04/22/2004

Dear Mr. Cornelly,

Pursuant to our phone conversation on September 29, 2005, I am requesting that a date and time be secured for the purpose of a recorded statement with train conductor Shaw and train conductor Norris Pane. These statements are relative to an alleged incident that occurred on April 22, 2004 at 8:30 AM. This alleged incident occurred at the Wilmington Station, track 2.

I was told by the claimant that this alleged incident was captured on video by a security camera located at the station. I would like to view the tape following the statements from the conductors. Thank you in advance for your anticipated cooperation.

Very truly yours,

Bruce H. Dietrich

**PHONE CALL**

Eyleen
John Shipley
(410-572-7335

# 2004-1149
Can be reached after noontime

Office
DEPOT

04-47

Southeastern Pennsylvania Transportation Authority
Railroad Division

# EMPLOYEE ACCIDENT/INCIDENT REPORT FORM

**INSTRUCTIONS:** This form must be used to report all accidents/incidents or injuries. Form must be completed by each employee involved and turned in to either the requesting supervisor or to the designated location as soon as possible. This does NOT eliminate the employee from filling out the *Railroad Employee Injury and/or Illness Record SEPTA Form 6180.97* in the event of a personal injury.

Check ALL items that are applicable. Where required to enter information, print or write legibly. Where written information is not applicable, enter *"N/A"*. If information is not known, enter *"UKN"*. Attach additional sheets if necessary. Upon completion of this form, enter your *signature* and the *date of completion* in the space provided on the reverse side.

Name (please print): _____ Acct #: _____ Craft: _____

## GENERAL INFORMATION

Day and Date of Occurrence: **Thursday  4-22-4**

Time of Occurrence: **8 41**  (A.M.) P.M.

Location of Occurrence:

☐ On-board Train No. **4730**   Engine and Car No(s). **1 3 9**

☐ Station (specify): **Wilmington Del.**   APR 26 2...

☐ Yard (specify): _____

☐ Other (specify): _____

Indicate Type of Occurrence:

☐ Trespasser  ☐ Passenger Injury  ☐ Employee Injury  ☐ Passenger Incident

☐ Highway Grade Crossing  ☐ Derailment  ☐ Collision  ☐ Other (specify)

Were *Emergency Responder* personnel on the scene? ☐ YES ☐ NO

If *yes*, were they ... ☐ SEPTA Police ☐ Municipal Police ☐ Fire & Rescue Department ☐ Emergency Medical Services
☐ Other (specify): **Amtrak Police**   Badge Number: _____ Vehicle Number: _____

Approximate number of passengers on train: | Approximate number of passengers in car:

Visibility: ☐ Dawn ☐ Day ☐ Dusk ☐ Dark | Weather: ☐ Clear ☐ Cloudy ☐ Rain ☐ Fog ☐ Snow ☐ Sleet

Approximate temperature _____ °F

## RAILROAD OPERATIONAL INFORMATION

Direction of movement ☑ N ☐ S ☐ E ☐ W  Track No. **2**  Estimated speed of train at time of occurrence **5** MPH

Last station passed _____  Time last station was passed _____ ☐ On-Time ☐ _____ Minutes Late

Were you operating with FORM D or other instructions? ☐ YES ☑ NO

If *yes*, indicate FORM D Nos. or specific instructions: _____

**(Continued on reverse side...)**    **CONTROL No.** _____    (Assigned by Administrator)

# ACTIVITY LOG

001149-

| DATE | | CLAIM NO. 04-004470-7 |
|------|---|---|
| 5/12/04 | C/A Sent | |
| 6/29/04 | 1500 ① Contact clmt – held in line pending investigations – returns file<br>② Contact Annette Irons at Amtrak 349-280 (FAX 349-2630) + request Amtrak police report                                          RJ              wtt | |
| 2-16-04 | R/c from clmt   see   short | |
| 8-0- | Pkc from Makolay – still need a name of Dr Pacilei, Pkc to Dr, got reports Pkc to Epstein will for reports. | |
| 3-11-04 | Pkc from clmt advised him of our position – stated Shen may be one that killed his cousin, stay payed people off, and this is a conspiracy. Stated in a loud voice were he was coming to this office to talk to me in person he would get even for this conspiracy, he was not going out like this | |
| 3-1- | M/c from Gene Berther. Want our file mld to her. They heard a disturbing call from clmt as well. Advised Supv | |

12/1/82 F-027



**ST PAUL TRAVELERS**

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
The St. Paul Travelers Companies,
I, MC 9316-BBEC
460 Norristown Rd.
Blue Bell, PA 19422
Telephone: (610) 941-5773
Fax: (610) 941-5790

January 26, 2005

FRANCIS CORNELY
1234 MARKET STREET
SEPTA
PHILADELPHIA PA 19107

RE:     **Tracking Number**:     ES11793
        **Claimant**:              John Shipley
        **Insured**:               Delaware Transit Corp
        **Claim No.**:             GP06301393 09T431
        **Date of Loss**:          April 22, 2004

Dear Francis Cornely:

We received your notice of the captioned claim on October 11, 2004, and I have made numerous telephone calls to you office without response.

In order to investigate this claim, we need the cooperation of you and the conductor on the Septa train that was departing from Wilmington DE. It has come to my attention that the plaintiff is intending to file charges against the conductor because he intentionally pushed Mr. Shipley off the train. While we currently provide coverage for Septa under the DART policy, Dart's coverage will be in jeopardy if Septa does not cooperate in the investigation of this claim, hence Septa's coverage will also come at risk

I would appreciate it if you would contact me office to discuss interviewing the conductor and also reviewing any videotapes of the incident.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eugenie M. Bartler
Technical Spec, Liability
Telephone: (610) 941-5773
Fax: (610) 941-5790

Enclosure

FC01943 2/2000

**Southeastern Pennsylvania Transportation Authority**
*Safety • Service • Continuous Improvement*

1234 Market Street
Philadelphia, PA 19107-3780

October 11, 2004

Executive Director
Delaware Transit Corporation
900 Public Safety Boulevard
Dover, DE 19901

**RE:**    ***Shipley v. SEPTA***
          ***Our File No.: 04-001149-001***

Dear Sir or Madam:

Please be advised that I represent SEPTA and we have been put on notice of a claim as captioned above. Pursuant to the current agreement between SEPTA and the Delaware Transit Corporation, SEPTA should be indemnified and defended by the Delaware Transit Corporation in this matter. It would appear that this claim falls within the responsibility of DTC.

Enclosed please find our file containing all the information we have on this matter. Would you kindly review this matter and contact me if you have any questions. I can be reached at (215) 580-7835.

Sincerely,

Francis X. Cornely
Director, Claims

FXC/lew
Enclosure

cc: John Shipley

## Paul G. Epstein, D.O.

**07/12/04    John Shipley    #04078**

**S:**    Patient came into the office stating that he has aches, stiffness and pain in his neck and back. The rainy weather is really affecting him. He has headaches. The pain radiates from his neck into his arms and from his back into his legs. His right knee and ankle really hurt him a lot especially if he puts to much stress on it. In fact he uses a quad cane a lot of the times. He is limited all the time. Patient has found that bending, lifting, reaching, carrying, pushing, pulling, stretching, straining, repeat stair climbing, being on his feet for extended periods and reaching above shoulder height are some of the activities that make one or several of the affected areas feel worse. Patient would try to avoid these activities but in a normal day that is very hard to do.

**O:**    Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 25% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 25% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5. Examination of the right ankle tender on palpation, and muscle strength today was approximately 4 over 5.

**A:**    Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain.
After treatment patient reports a significant relief of symptoms. The short term goal to improving soft tissue integrity, increasing strength and mobility and improving range of motion is slowly taking place. The long term goal to independence without treatment or symptoms has not yet been achieved.

**P:**    Physiotherapy and manipulative therapy will be given to patient. Medication will be given on a PRN basis. The response to treatment has been rehabilitative not palliative. It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises. Patient's goal is still to be pain free, spasm free, and normal range of motion on a constant basis.

071104.d04

## Paul G. Epstein, D.O.

**07/06/04    John Shipley        #04078**

S:   Patient came into the office stating that he has aches, stiffness and pain in his neck and back.   His right knee and ankle still gives him a lot of problems.  The pain in his neck radiates into his right arm and from his back into his right leg.  He has difficulty sleeping because of the discomfort. The physiotherapy program was evaluated at this time with patient as to whether it was palliative or curative.  Patient states the physiotherapy was extremely important since it helps so much and decreases the number of severe exacerbations.

O:   Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 25% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 25% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5.  Examination of the right ankle tender on palpation, and muscle strength today was approximately 4 over 5.

A:   Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain.
Patient is benefiting from treatment in that the severity of the symptoms are less today after treatment.   The short term goal to increased functional capabilities, reduced pain level and improving mobility and flexibility is slowly taking place.  The long term goal to restore functional activity to the highest level without pain or discomfort has not yet been achieved.

P:   Physiotherapy and manipulative therapy will be given to patient. Medication will be given on a PRN basis.   The response to treatment has been rehabilitative not palliative.  It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises.  Advised the patient to do this to the best of the patient's tolerance.

## Paul G. Epstein, D.O.

**06/21/04    John Shipley      #04078**

S:    Patient came into the office stating that he has headaches, aches, stiffness and pain in his neck and back. The pain in his neck radiates into his arms and from his back into his legs. His right knee and ankle gives him a lot of problems especially if he puts to much stress on it. He is limping because of the discomfort.    He finds it difficult to function.    Patient likes the physiotherapy because he gets relief.

O:    Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 30% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 30% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5. Examination of the right ankle tender on palpation, and muscle strength today was approximately 4 over 5.

A:    Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain.
After treatment, patient's symptoms have decreased on this date. The short term goal to decreasing frequency and intensity of pain, relaxation techniques and independence in home progress is slowly taking place. The long term goal to return to all activity of daily living without pain or discomfort has not yet been achieved.

P:    Physiotherapy and manipulative therapy will be given to patient. Medication will be given on a PRN basis.    The response to treatment has been rehabilitative not palliative. It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises. Advised the patient to do this to the best of the patient's tolerance.

## Paul G. Epstein, D.O.

**06/07/04   John Shipley       #**

S:   Patient came into the office stating that he has aches, stiffness and pain in his neck and back. He has occasional headaches. The pain in his neck radiates into his right arm and from his back into his left leg. His right knee and ankle still gives him a lot of problems. He has to use a cane to get around. Patient has found that bending, lifting, reaching, carrying, pushing, pulling, stretching, straining, repeat stair climbing, being on his feet for extended periods and reaching above shoulder height are some of the activities that make one or several of the affected areas feel worse. Patient would try to avoid these activities but in a normal day that is very hard to do.

O:   Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 40% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 40% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5. Examination of the right ankle tender on palpation, and muscle strength today was approximately 4 over 5.

A:   Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right shoulder strain, right ankle strain.
After treatment patient reports a significant relief of symptoms. The short term goal to improving soft tissue integrity, increasing strength and mobility and improving range of motion is slowly taking place. The long term goal to independence without treatment or symptoms has not yet been achieved.

P:   Physiotherapy and manipulative therapy will be given to patient. Medication will be given on a PRN basis. The response to treatment has been rehabilitative not palliative. It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises. Patient's goal is still to be pain free, spasm free, and normal range of motion on a constant basis.

061204.d04

# Paul G. Epstein, D.O.

**05/24/04    John Shipley    #**

S:  Patient came into the office stating that he has some headaches, dizziness and blurry vision.  Patient is using a quad cane in order to be able to ambulate.  He has aches, stiffness and pain in his neck and back.  The pain in his neck radiates into his right arm and from his back into his legs.  His right ankle also gives him a lot of problems.   He finds it difficult to function.  I gave patient a prescription for Darvocet N100 to help with the pain.  He likes the physiotherapy because he gets relief.

O:  Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 45% and muscle spasms.  Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 45% and muscle spasms.  Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5.  Examination of the right ankle tender on palpation, and muscle strength today was approximately 5 over 5.

A:  Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain.

After treatment, patient's symptoms have decreased on this date.  The short term goal to decreasing frequency and intensity of pain, relaxation techniques and independence in home progress is slowly taking place.  The long term goal to return to all activity of daily living without pain or discomfort has not yet been achieved.

P:  Physiotherapy and manipulative therapy will be given to patient.  Medication will be given on a PRN basis.  The response to treatment has been rehabilitative not palliative.  It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises.  The goal is to continue decreasing symptoms on a consistent basis.

060104.d04

SS# [illegible]-602 NKDA

Name John Shipley Age 46 M/F S M D W Sep.

Address 609 Wilddel Rd. New Castle, Del 19720 Phone 87[illegible]-7334

Nearest of Kin Date of Birth

Employment Address Phone

Occupation Insurance plan

5/7/04 Wt 177 3/4

Sign

2/22/04 on Septa train while getting on train was pushed by conductor off of moving train w/ train [illegible] legs [illegible] on ground. [illegible] New York [illegible] train. Next day [illegible] [illegible] [illegible] went to [illegible] [illegible], PC ̄c Meds

today - headache - dizzy - [illegible]

- Neck - [illegible] SB F [illegible]
- [illegible] ) [illegible]
- [illegible]
- [illegible]

[illegible] (R) [illegible]

- LS - [illegible] SB F [illegible]
- [illegible] ) [illegible]
- [illegible]
- [illegible] [illegible]

[illegible] right leg
SLR (+)

- difficult to ambulate
- [illegible]
- [illegible]

[illegible] [illegible]

- Right knee - [illegible]
Pain ) [illegible]
[illegible] [illegible]
[illegible]
4/5

[illegible] - Right ankle - [illegible]
- [illegible] ) [illegible]
- [illegible] [illegible]
- [illegible]
4/5

[illegible]

[illegible]

# NICHOLAS R. PAGLIEI, D.O.

## 4610 STATE ROAD
## DREXEL HILL, PENNSYLVANIA 19026-4397

ORTHOPEDIC SURGERY

610-259-1400
FAX   610-259-4999

July 12, 2004

Paul G. Epstein, D.O. P.C.
Community Hospital Office Building
Suite 103
2602 W. 9th Street
Chester, PA 19013

RE:   John Shipley

Dear Dr. Epstein:

I examined your patient, John Shipley, age 45, at your request on July 12th, 2004.

**CHIEF COMPLAINT:** Pain in the neck, back, right leg, right knee, left wrist, and right rib cage.

**DATE OF ONSET:** 4/22/04.

**HISTORY OF CHIEF COMPLAINT:** The patient relates that he had just boarded a train that began pulling out of the railroad station when a conductor pushed him off and forced him to hit the platform and side of the train.

The patient states that he struck his head and entire body on the ground and the train. He however denies loss of consciousness.

He refused going to the hospital immediately after the accident; however, the next day because of neck, back, and knee pain, he went to a hospital in Wilmington, Delaware. He was examined in the emergency room and released.

The patient continued experiencing pain and came under your care.

The patient is currently complaining of pain in his neck and back with pain radiating into his right leg. He states that he experiences weakness in the right leg when ambulating. His pain is aggravated by coughing and sneezing. There has been no change at the present time in his urine or bowel habits.

He is experiencing localized pain in the neck. He denies radiation of pain into his upper extremities.

John Shipley            ..              -2-              · · ·            July 12, 2004

The patient experiences pain in the left wrist with joint motion.

He is experiencing pain in the right knee with ambulation.

The patient relates that he is currently taking Motrin, 800 mgs., three times a day. He had taken some Percocet that had been given to him by a dentist.

The patient also is being treated with physical modalities by you at your office.

**SYSTEMS REVIEW:** As described above, remainder non-contributory.

**SOCIAL HISTORY:** The patient relates that he is divorced. He is an auto mechanic and a restaurant owner. He denies use of tobacco. He is a social drinker.

**FAMILY HISTORY:** Mother is alive and in good health. Father deceased, cause unknown.

**PAST PERSONAL HISTORY:** Fractured right arm in 1981 for which he underwent open reduction with internal metallic fixation of the fractured right arm in 1981. He was involved in an auto accident in 1986. He was involved in an auto accident in 1991 at which time he was diagnosed with a herniated lumbar disc. He was involved in an auto accident in 1993 where he sustained fractured ribs.

**ALLERGIES:** None known.

**PHYSICAL EXAMINATION:** Veit, Romberg, and Trendelenburg maneuvers were negative. The patient complained of pain in the lower dorsal and lumbar areas with attempted flexion, extension, and side bending of the lumbar spine. His range of motion was slightly limited secondary to complaints of pain. Heel and toe step were good. Reflexes of the lower extremities appeared to be physiological. Bowstring maneuver on the right produced complaints of pain in the lumbar area radiating to the right leg. He complained of pain down the entire right leg on this examination. Bowstring maneuver on the left produced some mild pain in the lumbar area. Extensor hallucis was intact bilaterally. The right Lasegue maneuver produced pain in the lumbar area with pain radiating down his right leg. Patrick maneuver was negative. Sitting Lewins and Lindner's maneuver produced pain in the lumbar area.

The patient complained of some pain in the neck and upper back with attempted flexion, extension, and rotation of the cervical spine. His range of motion was fair. Spurling maneuver produced local muscle pain in the neck and upper back without radiation of pain numbness or paresthesias into his upper extremities. Reflexes of the upper extremities appeared to be physiological. Finger and hand grasp were good. There was no weakness of flexion, extension, abduction or adduction of the upper extremities.

John Shipley                    -3-                    July 12, 2004

The patient complained of some discomfort with attempted flexion and extension of the left wrist. There was some discomfort elicited to palpation over the flexor tendons of the left wrist joint.

There did not appear to be any swelling or joint effusion of the right knee; however, the patient complained of acute pain to palpation over the right infrapatellar tendon and bursa.

IMPRESSIONS:
1.    Closed head trauma
2.    Cervical dorso-lumbar strain mechanism
3.    Lumbar radiculitis with right sciatic neuritis
4.    Old herniated lumbar disc aggravated by trauma
5.    Traumatic burso-tendonitis of the right knee
6.    Strain mechanism of the left wrist
7.    Degenerative arthritis of the neck and back aggravated by trauma

RECOMMENDATIONS:
1.    I injected the right knee in the area of the right infrapatellar tendon and bursa with Lidocaine and Kenalog.
2.    He was told to continue taking his Ibuprofen, 800 mgs., three times a day, for its anti-inflammatory effect.
3.    He was instructed in stretching exercises for his back and advised to perform these on a regular daily basis.
4.    The patient was given a prescription for x-ray studies of his neck and back to rule out osseous pathology.
5.    The patient was also given a prescription for an MRI study of the lumbar spine.
6.    I will see him again in two weeks and hopefully improvement will be noted.

Thank you for the opportunity of participating in this patient's care.

Sincerely yours,

Nicholas R. Pagliei, D.O.

NRP/fa

NAME _[handwritten]_   ID#: _[handwritten]_   Page: ③
TEL:610 44440   Aug 11'04   9:16 No.001 P.11
Case 1:06-cv-00261-JJF   Document 28-4   Filed 12/20/2006   Page 37 of 65

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS |
|---|---|---|---|---|---|
| | | 8/9/04 | | HP | Rt knee Lt ankle |
| | | | | HV | |
| | | | | MT | cereal thumb |
| | | | | US | |
| | | 8/10/04 | | HP | ⊙ knee ⊙ ankle |
| | | | | HV | |
| | | | | MT | cervical, lumbar |
| | | | | US | |
| | | | | HP | |
| | | | | HV | |
| | | | | MT | |
| | | | | US | |
| | | | | HP | |
| | | | | HV | |
| | | | | MT | |
| | | | | US | |
| | | | | HP | |
| | | | | HV | |
| | | | | MT | |
| | | | | US | |
| | | | | HP | |
| | | | | HV | |
| | | | | MT | |
| | | | | US | |
| | | | | HP | |
| | | | | HV | |
| | | | | MT | |
| | | | | US | |

HP - Hot/Cold Therapy, HV - High Voltage, MT - Diathermy, US - Ultrasound

NAME _John Shipley_    ID#: _34078_    Page: _16_

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS |
|---|---|---|---|---|---|
| y | | 7/30/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cerval Lumb |
| y | | 7/23/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cerval Lum |
| y | | 7/26/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cerval Lum |
| y | | 7/30/04 | ✓ | HP / HV / MT / US | Right Knee Rt ankle / Cerval Lum |
| y | | 8/2/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cerval Lum |
| y | | 8/3/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cerval Lum |
| y | | 8/6/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cerval Lum |

NAME _John Dripley_ ID#: _09078_ Page: _2_

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS |
|---|---|---|---|---|---|
| y | | 6/15/04 | ✓ | HP HV MT US | Rt Knee, Rt ankle Cervical Lumb |
| y | | 6/18/04 | ✓ | HP HV MT US | Rt Knee Rt ankle Cervical Lumb |
| y | ✓ | 6/21/04 | ✓ | HP HV MT US | Rt Knee Rt ankle Cervical Lumb |
| y | | 6/22/04 | | HP HV MT US | Rt Knee Rt ankle Cervical Lumb |
| y | | 6/25/04 | | HP HV MT US | Rt Knee Rt ankle Cervical Lumb |
| y | | 6/28/04 | | HP HV MT US | Rt Knee, Rt ankle Cervical Lumb |
| y | | 6/29/04 | | HP HV MT US | Rt Knee Rt ankle Cervical Lumb |

HP - Hot/Cold Pack    HV - High Voltage    MT - Diathermy    US - Ultrasound

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS | | | |
|---|---|---|---|---|---|---|---|---|
| y | ✓ | 5/24/04 | ✓ | HP / HV / MT / US | Right Knee, Rt ankle / Cervical Lumbar | | | |
| y | | 5/05/04 | | HP / HV / MT / US | Rt Knee, Rt ankle / Cervical lumb | | | |
| y | | 5/28/04 | ✓ | HP / HV / MT / US | Rt Knee, Rt ankle / Cervical lum | | | |
| y | ✓ | 6/7/04 | | HP / HV / MT / US | Rt Knee, Rt ankle / Cervical Lumbar | | | |
| y | | 6/8/04 | | HP / HV / MT / US | Rt Knee Rt ankle / Cervical Lumbar | | | |
| y | | 6/11/04 | | HP / HV / MT / US | Rt Knee, Rt ankle / Cervical Lumb | | | |
| y | ✓ | 6/14/04 | | HP / HV / MT / US | Rt Knee, Rt ankle / Cervical Lumb | | | |

HP - Hot/Cold Pack   HV - High Voltage   MT - Diathermy   US -

NAME _Jack Shipley_    ID#: _010300_    Page: (3)

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREA |
|---|---|---|---|---|---|
| Y | | 7/2/04 | ✓ | (HP) HV (MT) US | Right Knee, Right Ankle / Cervical Lumbar |
| Y | V | 7/6/04 | ✓ | (HP) HV (MT) US | Cervical (R) Knee (R) ankle / Lumbar |
| Y | | 7/9/04 | ✓ | (HP) HV (MT) US | Cervical Rt Knee Rt ankle / Lum |
| Y | V | 7/12/04 | ✓ | (HP) HV (MT) US | Cervical Rt Knee Rt ankle / Lumb |
| Y | | 7/13/04 | | (HP) HV (MT) US | Cervical (R) Knee (R) ankle / Lumbar |
| Y | | 7/16/04 | ✓ | (HP) HV (MT) US | Cervical Rt Knee Rt ankle / Lumb |
| Y | V | 7/19/04 | ✓ | (HP) HV (MT) US | Cervical Rt Knee, Rt ankle / Lumb |

HP - Hot/Cold Pad    HV - High Voltage    MT - Diathermy

```
user-id:  MJT                  septa claims risk system                    s65c300
                                  accident details                         o65c300

today  08/03/2004   date reported  05 / 10 / 2004   claim date  06 / 28 / 2004
written notification 00 / 00 / 0000        diary date 00 / 00 / 0000    nc
year  2004          number  001149        sequence  001              person  C
division Y          subdivision R         fpb              status  OPEN
last name SHIPLEY            first JOHN             middle initial
umta  86221R              cat yr 0000 cat num 000000 cat seq 000 cat per
acc date 04 / 22 / 2004      acc time  08 : 41  A        acc class  0081
route       dir    block        veh no          veh class        depot  RAIL
weather          visibility           highway          passengers    0
operator no  0000000000   police inv    police type  ICA    badge  00000000
supervisor  S006        adjuster J026      atty code          oc
location WILMINGTON
explanation   PASSENGER TIRED TO BAORD TRAIN AND FELL
INJURY RIGHT ARM AND LEFT LEG
WIMINGTON HOSP FOR TREATMENT
extraordinary         fatal              pol name
tot res $      3,999.00   tot pay $        0.00  out res $      3,999.00
messages:
enter-add  1-upd  2-inq  3-dt-bws  4-ntd  5-del  6-menu  7-per-dtl  8-lit-dtl
10-stat-hst 11-letters 12-add-clms 13-fpb-bws 14-inv-hdr 15-res-hst 16-spv-hst
```

KO
cent called
Advise him to send
his medical bills to no.
mT
8/4/04

Tue Aug 03 14:58:11

8-10. Spoke to Dr Epstein, Advised that we had no paper work. Will fax. He advised that from what he could see Mr Shipley is not hurt all injuries are old or due to old age. He say Mr Shipley told the Dr. "He could write a novel on this incident." Mr Shipley has been in 3 auto accidents Dr Sent him to other Doctor. He is simply hurt from old injuries & Age.

# NICHOLAS R. PAGLIEI, D.O.

## . 4610 STATE ROAD
### DREXEL HILL, PENNSYLVANIA 19026-4397

ORTHOPEDIC SURGERY

610-259-1400
FAX  610-259-4999

July 12, 2004

Paul G. Epstein, D.O. P.C.
Community Hospital Office Building
Suite 103  ~610- 494- 4490.
2602 W. 9th Street
Chester, PA  19013

RE:   John Shipley

Dear Dr. Epstein:

I examined your patient, John Shipley, age 45, at your request on July 12th, 2004.

**CHIEF COMPLAINT:**  Pain in the neck, back, right leg, right knee, left wrist, and right rib cage.

**DATE OF ONSET:**   4/22/04.

**HISTORY OF CHIEF COMPLAINT:**   The patient relates that he had just boarded a train that began pulling out of the railroad station when a conductor pushed him off and forced him to hit the platform and side of the train.

The patient states that he struck his head and entire body on the ground and the train. He however denies loss of consciousness.

He refused going to the hospital immediately after the accident; however, the next day because of neck, back, and knee pain, he went to a hospital in Wilmington, Delaware. He was examined in the emergency room and released.

The patient continued experiencing pain and came under your care.

The patient is currently complaining of pain in his neck and back with pain radiating into his right leg. He states that he experiences weakness in the right leg when ambulating. His pain is aggravated by coughing and sneezing. There has been no change at the present time in his urine or bowel habits.

He is experiencing localized pain in the neck. He denies radiation of pain into his upper extremities.

John Shipley                                -2-                                July 12, 2004

The patient experiences pain in the left wrist with joint motion.

He is experiencing pain in the right knee with ambulation.

The patient relates that he is currently taking Motrin, 800 mgs., three times a day. He had taken some Percocet that had been given to him by a dentist.

The patient also is being treated with physical modalities by you at your office.

**SYSTEMS REVIEW:** As described above, remainder non-contributory.

**SOCIAL HISTORY:** The patient relates that he is divorced. He is an auto mechanic and a restaurant owner. He denies use of tobacco. He is a social drinker.

**FAMILY HISTORY:** Mother is alive and in good health. Father deceased, cause unknown.

**PAST PERSONAL HISTORY:** Fractured right arm in 1981 for which he underwent open reduction with internal metallic fixation of the fractured right arm in 1981. He was involved in an auto accident in 1986. He was involved in an auto accident in 1991 at which time he was diagnosed with a herniated lumbar disc. He was involved in an auto accident in 1993 where he sustained fractured ribs.

**ALLERGIES:** None known.

**PHYSICAL EXAMINATION:** Veit, Romberg, and Trendelenburg maneuvers were negative. The patient complained of pain in the lower dorsal and lumbar areas with attempted flexion, extension, and side bending of the lumbar spine. His range of motion was slightly limited secondary to complaints of pain. Heel and toe step were good. Reflexes of the lower extremities appeared to be physiological. Bowstring maneuver on the right produced complaints of pain in the lumbar area radiating to the right leg. He complained of pain down the entire right leg on this examination. Bowstring maneuver on the left produced some mild pain in the lumbar area. Extensor hallucis was intact bilaterally. The right Lasegue maneuver produced pain in the lumbar area with pain radiating down his right leg. Patrick maneuver was negative. Sitting Lewins and Lindner's maneuver produced pain in the lumbar area.

The patient complained of some pain in the neck and upper back with attempted flexion, extension, and rotation of the cervical spine. His range of motion was fair. Spurling maneuver produced local muscle pain in the neck and upper back without radiation of pain numbness or paresthesias into his upper extremities. Reflexes of the upper extremities appeared to be physiological. Finger and hand grasp were good. There was no weakness of flexion, extension, abduction or adduction of the upper extremities.

John Shipley                    -3-                    July 12, 2004

The patient complained of some discomfort with attempted flexion and extension of the left wrist. There was some discomfort elicited to palpation over the flexor tendons of the left wrist joint.

There did not appear to be any swelling or joint effusion of the right knee; however, the patient complained of acute pain to palpation over the right infrapatellar tendon and bursa.

## IMPRESSIONS:

1. Closed head trauma
2. Cervical dorso-lumbar strain mechanism
3. Lumbar radiculitis with right sciatic neuritis
4. Old herniated lumbar disc aggravated by trauma
5. Traumatic burso-tendonitis of the right knee
6. Strain mechanism of the left wrist
7. Degenerative arthritis of the neck and back aggravated by trauma

## RECOMMENDATIONS:

1. I injected the right knee in the area of the right infrapatellar tendon and bursa with Lidocaine and Kenalog.
2. He was told to continue taking his Ibuprofen, 800 mgs., three times a day, for its anti-inflammatory effect.
3. He was instructed in stretching exercises for his back and advised to perform these on a regular daily basis.
4. The patient was given a prescription for x-ray studies of his neck and back to rule out osseous pathology.
5. The patient was also given a prescription for an MRI study of the lumbar spine.
6. I will see him again in two weeks and hopefully improvement will be noted.

Thank you for the opportunity of participating in this patient's care.

Sincerely yours,


Nicholas R. Pagliei, D.O.

NRP/fa

PLEASE DO NOT
STAPLE IN
THIS AREA

215-580-7470

1234 Market St., 5th Fl
Philadelphia, PA 19107-3780

## HEALTH INSURANCE CLAIM FORM

FORM APPROVED OMB NO. 0938-0008

READ INSTRUCTIONS BEFORE COMPLETING OR SIGNING THIS FORM (CHECK APPLICABLE PROGRAM BLOCK BELOW)

|  | MEDICARE (MEDICARE NO.) | | MEDICAID (MEDICAID NO.) | | CHAMPUS (SPONSOR'S SSN) | | CHAMPVA (VA FILE NO.) | | FECA BLACK LUNG (SSN) | | OTHER (CERTIFICATE SSN) |

### PATIENT AND INSURED (SUBSCRIBER) INFORMATION

**1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**
Shipley, John

**2. PATIENT'S DATE OF BIRTH**
3  4  58

**3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**
Septa

**4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**
609 Wildel Road
New Castle, DE 19720

**5. PATIENT'S SEX**
MALE XX  FEMALE

**6. INSURED'S I.D. NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)**
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

**7. PATIENT'S RELATIONSHIP TO INSURED**
SELF  SPOUSE  CHILD  OTHER XX

**8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)**
2004-001149-001

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

TELEPHONE NO

**9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)**

**10. WAS CONDITION RELATED TO**

**A. PATIENT'S EMPLOYMENT**
YES  NO

**B. ACCIDENT**
AUTO  OTHER XX

**11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**

TELEPHONE NO.

**11A.  CHAMPUS SPONSOR'S**
STATUS  ACTIVE DUTY  DECEASED  BRANCH OF SERVICE
RETIRED

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING)**
I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW.

SIGNED _John J. Shipley_  DATE 7/12/04

**13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW.**
SIGNED (INSURED OR AUTHORIZED PERSON) _John J. Shipley_

### PHYSICIAN OR SUPPLIER INFORMATION

**14. DATE OF ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)**
4/22/04

**15. DATE FIRST CONSULTED YOU FOR THIS CONDITION**
7/12/04

**16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES**

**18A. IF EMERGENCY CHECK HERE**

**17. DATE PATIENT ABLE TO RETURN TO WORK**

**18. DATES OF TOTAL DISABILITY**
FROM  THROUGH

DATES OF PARTIAL DISABILITY
FROM  THROUGH

**19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (E.G., PUBLIC HEALTH AGENCY)**
Dr. Paul Epstein

**20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES**
ADMITTED  DISCHARGED

**21. NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN OFFICE)**

**22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?**
YES  NO  CHARGES

**23. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COL. D BY REFERENCE NOS. 1, 2, 3, ETC. OR DX CODE**
1. Closed head trauma 907.0 2. Cervical dorso-lumbar strain mechanism 847.1,847.2 (3) Lumbar radiculitis with right sciatic neuritis 725.4,724.3 (4) Old herniated lumbar disc aggravated by trauma 722.3 (5) Traumatic burso-tendonitis of the right knee 726.60 6. Strain mechanism of left wrist 842.0 (7) Degenerative arthritis of the neck & back aggravated by trauma 721.1,721.3

EPSDT  YES  NO
FAMILY PLANNING  YES  NO

PRIOR AUTHORIZATION NO.

| 24. A. DATE OF SERVICE FROM  TO | B. PLACE OF SERVICE | C. FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN PROCEDURE CODE IDENTIFY  (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D. DIAGNOSIS CODE | E. CHARGES | F. DAYS OR UNITS | G. T.O.S. | H. PROVIDER IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|
| 7/27/04 | 0 | 99215-25  Extended visit & re-eval. | 5,6,2,3,4, | 145.00 | | | |
| 7/27/04 | 0 | 20610  Injection to right knee in area of infrapatellar tendon & bursa | 5 | 100.00 | | | |

_(left margin, vertical:)_ COLWELL SYSTEMS INC CHAMPAIGN IL

**25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREES) OR CREDENTIALS) I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF.**

DATE 8/3/04

**26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)**
YES  NO

**27. TOTAL CHARGE**
245.00

**28. AMOUNT PAID**

**29. BALANCE DUE**

**30. YOUR SOCIAL SECURITY NO.**
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

**31. PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.**
21  003  **PA41311**
NICHOLAS R. PAGLIEI, D.O.
4810 STATE RD.
DREXEL HILL, PA 19026
Telephone (215) 259-1400

**32. YOUR PATIENT'S ACCOUNT NO.**

**33. YOUR EMPLOYER I.D. NO.**
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

ID NO.  610

*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK
REMARKS.

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/83  038252

FORM HCFA-1500 (1-84) FORM OWCP-1500
FORM CHAMPUS-501 (1-84) FORM RRB-1500
APPROVED BY THE HEALTH CARE FINANCING ADMINISTRATION AND CHAMPUS

# NICHOLAS R. PAGLIEI, D.O.

## 4610 STATE ROAD
### DREXEL HILL, PENNSYLVANIA 19026-4397

ORTHOPEDIC SURGERY

610-259-1400
FAX  610-259-4999

July 27, 2004

Paul G. Epstein, D.O. P.C.
Community Hospital Office Building
Suite 103
2602 W. 9th Street
Chester, PA 19013

RE:   John Shipley
AGE: 45
DATE OF ACCIDENT: 4/22/04

Dear Dr. Epstein:

I re-examined John Shipley on July 27th, 2004.

**CHIEF COMPLAINT:**   Continued pain in the neck and back. Intermittent pain in the right leg. Flare-up of pain in the right knee.

**HISTORY OF CHIEF COMPLAINT:**   The patient relates that following the injection that he received into his right knee, he felt marked improvement. However he states over the past few days, he has had a return of pain in the knee.

He continues to complain of pain in his neck and back with intermittent pain radiating into the right leg.

He was scheduled for x-rays of his neck and back and is also scheduled for an MRI of his lumbar spine. These have not been done to date.

He has some residual discomfort in the left wrist but this seems to be improving.

He continues taking his Motrin on a regular daily basis as prescribed.

The patient continues also treatment with physical modalities by you at your office.

**PHYSICAL EXAMINATION:**   The patient had some residual pain in the neck and upper back with attempted flexion, extension, and rotation of the cervical spine. His range of motion was fair. Spurling maneuver continues to produce local pain in the neck and upper back without radiation of pain, numbness or paresthesias into his upper extremities. Reflexes appear to be physiological. Finger and hand grasp were good. There was no weakness of flexion, extension, abduction, or adduction of the upper extremities.

John Shipley                      -2-                      July 27, 2004

There was some residual discomfort in the left wrist with flexion and extension of the wrist joint.

There was no evidence of swelling or joint effusion of the right knee; however, the patient continued to experience some pain to palpation over the right infrapatellar tendon and bursa.

Flexion, extension, and side bending of the lumbar spine continued to produce complaints of pain in the lumbar area. His range of motion was still slightly limited. Heel and toe step were good. Reflexes of the lower extremities seemed to be physiological. Bowstring maneuver on the right continues to produce pain in the lumbar area and right leg. Extensor hallucis was intact bilaterally. The Lasegue maneuver on the left produced pain in the lumbar area. On the right, it produced some pain in the lumbar area radiating down his right leg. Patrick maneuver was negative. Sitting Lewins and Lindner's maneuver continued to produce pain in the lumbar area.

**IMPRESSIONS:**
1   Closed head trauma
2.   Cervical dorso-lumbar strain mechanism
3.   Lumbar radiculitis with right sciatic neuritis
4.   Old herniated lumbar disc aggravated by trauma
5.   Traumatic burso-tendonitis of the right knee
6.   Strain mechanism of the left wrist
7.   Degenerative arthritis of the neck and back aggravated by trauma

**RECOMMENDATIONS:**
1.   I again injected the right knee in the area of the right infrapatellar tendon and bursa with Lidocaine and Kenalog.
2.   He is to continue taking his Ibuprofen on a regular daily basis.
3.   He is to continue with his home stretching exercise program.
4.   He is to have the MRI study as requested.
5.   Further treatment with physical modalities as already instituted.
6.   Osteopathic manipulative therapy as indicated.
7.   I will re-evaluate him again in three weeks. Hopefully improvement will be noted.

Thank you for the opportunity of participating in this patient's care.

Sincerely yours,

Nicholas R. Pagliei, D.O.

NRP/fa

SEPTA
1234 Market St., 5th Fl
Philadelphia, PA 19107-3780

PLEASE DO NOT
STAPLE IN
THIS AREA

215-580-7470

## HEALTH INSURANCE CLAIM FORM

FORM APPROVED OMB NO. 0938-0008

READ INSTRUCTIONS BEFORE COMPLETING OR SIGNING THIS FORM (CHECK APPLICABLE PROGRAM BLOCK BELOW)

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO) | FECA BLACK LUNG (SSN) | OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Shipley, John

2. PATIENT'S DATE OF BIRTH
3  4  58

3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Septa

6. PATIENT'S ADDRESS (NO., STREET, CITY, STATE, ZIP CODE)
609 Wildel Road
New Castle, DE 19720

5. PATIENT'S SEX
MALE [XX]   FEMALE [ ]

4. INSURED'S I.D. NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)
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

7. PATIENT'S RELATIONSHIP TO INSURED
SELF [ ]  SPOUSE [ ]  CHILD [ ]  OTHER [XX]

8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)
2004-001149-001

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

TELEPHONE NO.

9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)

10. WAS CONDITION RELATED TO

A. PATIENT'S EMPLOYMENT
YES [ ]  NO [ ]

B. ACCIDENT
AUTO [ ]  OTHER [XX]

11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)

TELEPHONE NO.

11A. CHAMPUS SPONSOR'S
STATUS [ ] ACTIVE DUTY  [ ] RETIRED  [ ] DECEASED   BRANCH OF SERVICE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW.
SIGNED _John S Shiply_  DATE 7/12/04

13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW.
SIGNED (INSURED OR AUTHORIZED PERSON) _John S Shiply_

## PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF
4/22/04
ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. DATE FIRST CONSULTED YOU FOR THIS CONDITION
7/12/04

16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY GIVE DATES

16A. IF EMERGENCY CHECK HERE

17. DATE PATIENT ABLE TO RETURN TO WORK

18. DATES OF TOTAL DISABILITY
FROM                THROUGH

DATES OF PARTIAL DISABILITY
FROM                THROUGH

19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (E.G., PUBLIC HEALTH AGENCY)
Dr. Paul Epstein

20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES
ADMITTED               DISCHARGED

21. NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN OFFICE)

22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?
[ ] YES  [ ] NO     CHARGES

23A. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COL. D BY REFERENCE NOS. 1, 2, 3, ETC. OR DX CODE)
1. Closed head trauma 907.0 2. Cervical dorso-lumbar strain mechanism 847.1,847.2 (3) Lumbar radiculitis with right sciatic neuritis 725.4,724.3 (4) Old herniated lumbar disc aggravated by trauma 722.3 (5) Traumatic burso-tendonitis of the right knee 726.60 6. Strain mechanism of left wrist 842.0 (7) Degenerative arthritis of the neck & back aggravated by trauma 721.1,721.3

EPSDT  [ ] YES  [ ] NO

FAMILY PLANNING  [ ] YES  [ ] NO

PRIOR AUTHORIZATION NO.

| 24. A. DATE OF SERVICE FROM — TO | B. PLACE OF SERVICE | C. PROCEDURE CODE (IDENTIFY) FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D. DIAGNOSIS CODE | E. CHARGES | F. DAYS OR UNITS | G. T.O.S. | H. PROVIDER IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|
| 7/12/04 | 0 | 99245-25 Comprehensive Orthopedic history & physical exam. | 1,2,3,4, 5,6,7, | 310:00 | | | |
| 7/12/04 | 0 | 20610 Injection to right knee in area of infrapatellar tendon & bursa | 5 | 100:00 | | | |
| 7/12/04 | 0 | 97530 Instruction in stretching exercises for back | 2 | 50:00 | | | |

25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREES OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)
7/20/04 DATE

26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)
YES [ ]  NO [ ]

30. YOUR SOCIAL SECURITY NO.
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

27. TOTAL CHARGE
460:00

28. AMOUNT PAID

29. BALANCE DUE

31. PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.
21  003  **PA41311**
NICHOLAS R. PAGLIEI, D.O.
4610 STATE RD.
DREXEL HILL, PA 19026
Telephone 259-1400

32. YOUR PATIENT'S ACCOUNT NO.

33. YOUR EMPLOYER ID NO.
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

ID NO. 610

PLACE OF SERVICE AND TYPE OF SERVICE (Y.O.S.) CODES ON BACK
REMARKS:

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 6/83   038252

FORM HCFA-1500 (1-84) FORM OWCP-1500
FORM CHAMPUS-601 (1-84) FORM RRB-1500
APPROVED BY THE HEALTH CARE FINANCING ADMINISTRATION & CHAMPUS

1234 Market Street
Ilsdelphia, PA 19107-3780

Southeastern Pennsylvania Transportation Authority
Safety • Service • Continuous Improvement

04-008596

# Telecopier Message



SEPTA

Claims Dept.

Date          :   6-29-04

To            :   Annette Irons.

From          :   Ken Orfe   Septa
                  Fax 215-580-7058.

Pages         :   1.     (Including this page)

Notes to
Receiver          Pless fax Polke Report Involving Johns, Shipley
                  DOA. 4-22-04  8:43 AM.
                  Wilniyton station
                  Track #2.

* * * Transmission Result Report(MemoryTX) ( Jun.29. 2004 10:28AM ) * * *

1)
2)

Date/Time: Jun.29. 2004 10:28AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0644 | Memory TX | 912153492630 | P. 1 | OK | |

Reason for error
E.1) Hang up or line fail                    E.2) Busy
E.3) No answer                               E.4) No facsimile connection



Southeastern Pennsylvania Transportation Authority
Safety • Service • Continuous Improvement
1234 Market Street
Philadelphia, PA 19107-3780

## Telecopier Message

Claims Dept.

Date        :    6-29-04

To          :    Annette Ittons

From        :    Ken Ode  Septa
                 fax 215-580-7058.

Pages       :    1.          (Including this page)

Notes to    :    Pleas fax Police Report involving Johns Shipley
Receiver         D.O.A. 4-22-04 8:43AM.
                 Wilnington Station
                 TRAIN #2.

Sending incoming Telecopies to (215) 580-7058



1234 Market Street
Philadelphia, PA. 19107-3780

**Southeastern Pennsylvania Transportation Authority**
*Safety • Service • Continuous Improvement*

# Telecopier Message



SEPTA

Claims Dept.

Date            :    6-29-04

To              :    Annette Irons.

From            :    Ken Orfe   Septa
                     FAX 915-580-7058.

Pages           :    1.          [Including this page]

Notes to        :    Pleas fax Polke Report Involving Johns. Shipley
Receiver             D.O.A. 4-22-04 8:43 AM.
                     Wilmington station
                     Track #2.

Sending Incoming Telecopies to (215) 580-7058

```
user-id: DQC                 septa claims risk system                    s65c300
                                accident details                         o65c300

today  06/28/2004    date reported  05 / 10 / 2004   claim date  06 / 28 / 2004
written notification 00 / 00 / 0000        diary date  00 / 00 / 0000   nc
year  2004        number  001149          sequence  001            person  C
division  Y       subdivision  R          fpb              status  OPEN
last name  SHIPLEY           first  JOHN              middle initial
umta  86221R             cat yr 0000 cat num 000000 cat seq 000 cat per
acc date 04 / 22 / 2004      acc time  08 : 41  A          acc class  0081
route         dir     block         veh no         veh class      depot  RAIL
weather           visibility             highway         passengers      0
operator no  0000000000    police inv      police type  ICA    badge  00000000
supervisor  S006           adjuster        atty code            oc
location WILMINGTON
explanation    PASSENGER TIRED TO BAORD TRAIN AND FELL
INJURY RIGHT ARM AND LEFT LEG
WIMINGTON HOSP FOR TREATMENT
extraordinary            fatal             pol name
tot res $      3,999.00   tot pay $          0.00  out res $        3,999.00
messages:   ACCIDENT DETAILS HAVE BEEN UPDATED
enter-add  1-upd  2-inq  3-dt-bws  4-ntd  5-del  6-menu  7-per-dtl  8-lit-dtl
10-stat-hst 11-letters 12-add-clms 13-fpb-bws 14-inv-hdr 15-res-hst 16-spv-hst
```

Mon Jun 28 10:39:58

Southeastern Pennsylvania Transportation Authority

# Claims Form

FILE NO. 04-004410-999

| NAME OF CLAIMANT: | DATE OF BIRTH: | SOCIAL SEC. NO.: |
|---|---|---|
| John S Shipley | 03-04-1958 | 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 |

**ADDRESS:** 609 Wildel Avenue
New Castle De 19720    19720

**PHONE NUMBER:** 610-872-7338

### ACCIDENT / INCIDENT DETAILS:

| DATE: | TIME: | LOCATION: |
|---|---|---|
| April 22, 2004 | 08:43 Am | Wilmington Train Station |

| IF SEPTA VEHICLE INVOLVED: ROUTE: | VEHICLE NO. | WHERE YOU HAD BOARDED: | DIRECTION: |
|---|---|---|---|
| Septa Regional Rail line Railtrain | 4730 | Track 2 | North |

**NAME OF SEPTA (EMPLOYEE, DRIVER, CONDUCTOR, CASHIER) INVOLVED IN ACCIDENT / INCIDENT:**
Unknown There was a Septa report filed

IF NAME OF INVOLVED SEPTA EMPLOYEE IS UNKNOWN, PLEASE ANSWER THE FOLLOWING:

| SEX | RACE | AGE | HEIGHT APX | WEIGHT APX | OTHER DESCRIPTION: |
|---|---|---|---|---|---|
| M | W | N/A | 5'10 | 170-180 | Blk Hair |

**PLEASE DESCRIBE ACCIDENT / INCIDENT AS FULLY AS POSSIBLE. (USE BACK OF THIS SHEET IF NEEDED. MAKE CERTAIN IT IS SIGNED & DATED)**

I approached the ticket booth at 8:40am and requested a ticket. I looked at the time and I began to run for the train because I knew that it was scheduled to

**NAME, ADDRESS, AND TELEPHONE NUMBER OF ANY WITNESSES:**

See Septa police report

### INJURIES (IF APPLICABLE)

| NAME(S) OF TREATING DOCTOR(S) | NAME(S) OF HOSPITAL(S) |
|---|---|
| Dr. Paul Epstein, MD & others | Christiana Care Wilmington Hospital |

**WHAT INJURIES DID YOU SUSTAIN**
Elbows, arms, knees, legs, back and head and mouth

### EMPLOYMENT

| NAME OF EMPLOYER | PHONE NUMBER |
|---|---|
| Self-employed John's Auto Service & Shipley Seafood | 610-872-7338 |

| TYPE OF JOB | SALARY: TIME OUT OF WORK: |
|---|---|
| auto mechanic & auto bodywork | varies |

I certify that the above statements are true to the best of my knowledge, information and belief. I understand that the giving of false statements regarding a claim is a crime and that if I do give false statements, I may be subject to criminal prosecution.

| SIGNATURE: | DATE: |
|---|---|
| John S Shipley | 6-20-04 |

Date/Time: 6/29/04 13:5 59

```
------------------------------------------------------------
                         Crimes Management System           Page:     1
Progrm: CMS301               Incident Report
------------------------------------------------------------
```

Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT

| | | |
|---|---|---|
| Date of Occurrence.: | 4/22/04 thru 4/22/04 | Time of Occur.: 8:41 thru 8:41 |
| Date of Report.....: | 4/22/04 | Time of Report: 8:46 |
| Dispatched.........: | 4/22/04 @ 8:49 | Responded....: @ 0:00 |
| Arrived............: | 4/22/04 @ 9:17 | Cleared......: 4/22/04 @ 10:36 |

Day of the Week...: THURSDAY
Common Name.......: TRACK 2 WILMINGTON STATION
Incident Location.: 2680 MAIN LINE SOUTH WIL         APT: .58
Incident Cty/ST/PR: WILMINGTON F/O                   ZIP:
County...........: DE-NEW CASTLE
Location Type.....: AMTRAK STATION                    319
Beat Assignment...: WILMINGTON DE                     MILE POST: SWILS0301
District.........: MID ATLANTIC NORTH DIVISION
Patrol Area  :     WILMINGTON-STATION(MP 26.8)
Department Classif: MEDICAL/ INJURY PATRON/PASSENGER
Reporting Officer.: BRIAN V LARKIN
  CASE STATUS.....: CLOSED
                                                      Date:   4/22/04
Alcohol Related...: NO
Drugs Related.....: NO

*********** V E R I F I C A T I O N   I N F O R M A T I O N ***********
DATA ENTRY CLERK..: 6/29/04   Employee: DANIEL FORTE
REPORT OFCR REVIEW:          Employee:
APPROVED.........: 5/06/04   Employee: WALTER W WAHLERS

*********** C A S E   M A N A G E M E N T   I N F O R M A T I O N ***********

Case Disposition.: CLOSED
Case Forwarded To:                                    CLOSED   Date: 4/22/0

*************** V E H I C L E   I N F O R M A T I O N ***********

     OTHER                                      V E H I C L E   #  1
   UCR PROPERTY.: VEHICLES
UCR VEHICLE TYPE: ENGINE/LOCOMOTIVE                Year: 0000
Make.:                       Model:                Permit#:
Style: TRAIN - PASSENG       Color:
LIC/TRN #: SEPTA 4730        ST:        DATE: Country....:
VIN/CAR #
Vehicle Damaged Code:
Damaged/Stolen Value:        $0.        Disposit'n: OTHER (SEE NARRATIVE)
Insured (Y/N).......:                   Insured By:
Controlling Officer.: BRIAN V LARKIN
Veh Feature/Oddity..:
Keys in Vehicle.....:                   Vehicle Locked:
Lein Holder........:
Stolen Location....:
        City/ST/PR...:
NCIC #.......:                          STATE#:
NCIC ENT DATE:                          NCIC CAN DATE:
Misc. ID #...:
```

COPY NOT OFFICIAL
This copy consists of...
is furnished for the...
Septa, Ken...
and is not to be...
furnished to any...
agency, except...
without the exp...
AMTRAK POL...
and is to be...
upon demand.

BY: [signature] 6/29/04
Chief of Police

Date/Time:   6/29/04   13:5  59

```
----------------------------------------------------------------------
                            Crimes Management System        Page:     2
Progrm: CMS301                  Incident Report
----------------------------------------------------------------------
  Case No.: 1-04-008596  AMTRAK POLICE DEPARTMENT              (Continued)

  Recovered By.:
  Recovery Loc.:
     City/ST/PR:                                      Date:
                                                      Time:   0:00
                                                      $Value:      $0.
  Recovery Code:
  Owner Notifd.:               By Whom:
```

****************** P E R S O N    I N F O R M A T I O N ****************

```
     * C O M P L A I N A N T *              INFORMATION   #    1
Name: JOHN SHIPLEY                                     DOB.: ████████
Addr: ████████████████                                SSN.: ████████████
City: ████████████      ST: ███   ZIP: ███████        Phn#: █████████████
POB.:                   ST:          Country:
Empl:                                                 Bus#:
Occp:
Race.......: BLACK                       Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #.......: ███████████       OL ST: DE  Country:
Age........: 46                                        Misc#:
Height.....: 000 FT./IN.
Weight.....:      LBS.

     * P E R S O N   R E P O R T I N G *     INFORMATION   #    1
Name: COREY F. SHAW                                    DOB.: ████████
Addr:                                                 SSN.: 000000000
City:                   ST:       ZIP: 000000000      Phn#: ████████████
POB.:                   ST:          Country:
Empl:                                                 Bus#: ████████
Occp: CONDUCTOR
Race.......: WHITE                       Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #.......:                   OL ST:     Country:
Age........: 44                                        Misc#:
Height.....: 000 FT./IN.
Weight.....:      LBS.

     * W I T N E S S *                      INFORMATION   #    1
Name: NORRIS PAYNE                                     DOB.: ████████
Addr:                                                 SSN.: 000000000
City:                   ST:       ZIP: 000000000      Phn#: ████████████
POB.:                   ST:          Country:
Empl:                                                 Bus#: ████████
Occp: CONDUCTOR
Race.......: BLACK                       Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #.......:                   OL ST:     Country:
Age........: 67                                        Misc#:
Height.....: 000 FT./IN.
Weight.....:      LBS.

     * W I T N E S S *                      INFORMATION   #    2
```

Date/Time:    6/29/04  13:54 09
-------------------------------------------------------------------------

Progrm: CMS301                Crimes Management System            Page:    3
                                  Incident Report
-------------------------------------------------------------------------
  Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT                (Continued)

Name: ALICE HUTCHINSON                          DOB.: ███████
Addr:                                           SSN.: 000000000
City:                    ST:      ZIP: 000000000  Phn#: ███████
POB.:                    ST:        Country:
Empl:                                           Bus#:
Occp:
Race.......: WHITE                    Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
OL #.......:                   OL ST:    Country:
Age........: 44                                 Misc#:
Height.....: 000 FT./IN.
Weight.....:     LBS.

        * W I T N E S S *                  INFORMATION  #   3
Name: PEGGY HEINS                               DOB.: ███████
Addr:                                           SSN.: 000000000
City:                    ST:      ZIP: 000000000  Phn#: ███████
POB.:                    ST:        Country:
Empl:                                           Bus#:
Occp:
Race.......: BLACK                    Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
OL #.......:                   OL ST:    Country:
Age........: 41                                 Misc#:
Height.....: 000 FT./IN.
Weight.....:     LBS.

*************************** N A R R A T I V E   # 1 **********************
CAD Information          Reported By:                          4/22/0-

    Call#: 041130134      Beat: SECTOR 3
    Units.: 404WIL     Employees: 0000001732 LARKIN, BRIAN
    UNIT RPTS M/A REFUSED MEDICAL ATTENTION AND WISH TO CONTINUE
    WITH TRAVEL.
    CLEAR
    EMS REQUESTED FOR M/A COMPLAINING OF PAIN TO THE LEGS
    AND KNEES AND A POSSIBLE BROKEN ARM.
    EMS ON SCENE
    RPT TO FOLLOW
    R/P STATES M/A WAS INJURED TRYING TO BOARD A SEPTA R2 TRAIN
    *
    *
    *
    *
    *

    ON APRIL 22, 2004, AT APPROXIMATELY 0843 HOURS, THIS OFFICER ARRIVED
    ON THE PLATFORM OF THE WILMINGTON TRAIN STATION, TRACK TWO (2), AND
    SPOKE WITH REPORTING PERSON (R/P) SHAW, COREY, WHO IS THE CONDUCTOR
    OF SEPTA TRAIN #4730.

    R/P SHAW'S STATEMENT TO THIS OFFICER WAS THAT HE WAS WORKING TRAIN

Date/Time:  6/29/04  13:54:59

Progrm: CMS301

Crimes Management System
Incident Report

Page:   4

Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT                    (Continued)

#4730.  HE SAID THE TRAIN HAD JUST PULLED INTO THE WILMINGTON TRAIN
STATION AT 0839 HOURS.  AT 0841 HOURS, HE WAS STANDING ON THE SECOND
CAR IN FRONT OF THE OPEN DOOR AS THE TRAIN WAS STARTING TO PULL OUT.
WHILE THE TRAIN WAS MOVING ALONGSIDE THE PLATFORM, A MAN (SHIPLEY,
JOHN) JUMPED ON THE TRAIN THROUGH THE DOOR HE WAS STANDING IN FRONT
OF.  HE TOLD SHIPLEY TO GET OFF THE TRAIN AND EXTENDED HIS ARM IN
FRONT OF SHIPLEY'S CHEST WHILE SHIPLEY WAS STILL STANDING IN FRONT OF
THE DOOR TO BLOCK HIM FROM GETTING ON THE TRAIN.  WHILE HIS ARM
REMAINED OUT, THE TRAIN WAS BEGINNING TO STOP, AND AT THAT TIME,
SHIPLEY FELL OFF THE TRAIN AND ON TO THE PLATFORM.

SHIPLEY'S STATEMENT TO THIS OFFICER WAS THAT HIS RIGHT ARM, RIGHT
KNEE, AND LEFT LEG WERE VERY SORE.  SHIPLEY TOLD THIS OFFICER THAT
THE TRAIN WAS NOT MOVING WHEN HE JUMPED ON.  THE TRAIN STARTED TO
MOVE RIGHT AFTER HE STEPPED ON AND THAT REPORTING PERSON (R/P) SHAW
TOOK BOTH HANDS AND PUSHED HIM IN THE CHEST WHILE HE WAS STANDING IN
THE DOORWAY ON THE TRAIN.  AT THAT TIME HE FELL OFF THE TRAIN.

THERE WERE THERE (3) WITNESSES (NORRIS PAYNE, WHO IS ANOTHER
CONDUCTOR THAT WAS ON TRAIN #4730, ALICE HUTCHINSON, WHO WAS STANDING
ON THE PLATFORM, AND PEGGY HAINS, WHO WAS ALSO STANDING ON THE
PLATFORM).  NORRIS PAYNE SAID THE TRAIN WAS MOVING WHEN SHIPLEY
JUMPED ON AND SHAW DID EXTEND HIS ARM BLOCKING SHIPLEY FROM COMING
FURTHER INTO THE TRAIN.  PEGGY HEINS SAID THE TRAIN WAS MOVING WHEN
SHIPLEY JUMPED ON AND THAT SHAW EXTENDED HIS ARM PUSHING SHIPLEY OFF
THE TRAIN.  ALICE HUTCHINSON SAID THE TRAIN WAS MOVING WHEN SHIPLEY
JUMPED ON AND THAT SHAW DID EXTEND HIS ARM BLOCKING SHIPLEY FROM
COMING FURTHER INTO THE TRAIN, BUT DID NOT PUSH HIM OFF THE TRAIN.

EMS WAS CALLED TO THE SCENE, AND SHIPLEY TOLD THEM THAT HE WAS IN
PAIN BUT DID NOT WANT ANY MEDICAL ATTENTION AT THIS TIME.  THIS
OFFICER ASKED SHIPLEY IF HE HAD TICKET FOR TRAIN #4730, AND HE SAID
NO, HE WAS GOING TO BUY ONE ON THE TRAIN.  THERE IS A CAMERA ON THE
PLATFORM WHERE THE INCIDENT OCCURRED.  UPON THIS OFFICER'S REVIEW OF
THE TAPE, THE TRAIN WAS MOVING WHEN SHIPLEY JUMPED ON.  THE R/P SHAW
WAS OUT OF VIEW FROM THE CAMERA.

NOTHING FURTHER.

APD INCIDENT NO. 04-008596 CLOSED.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

he didn't have to do him like that"!!
As I fell from the moving train,
the force from the movement caused
my body to be sucked back to the side
of the train like a magnet. My
body lingered along the side of
the train and then was slammed
to the ground. I then heard people
screaming and hollering, "oh my
God is he bleeding. Help him!!!"
As I looked up and saw the end of
the train, I said to myself "God
is good and he is with me." The
united PEOPLE tried to help me
up but I said no. I can get up. The
train police then arrived ONE LADY TOLD POLICE
THAT LADY COULD NOT SEE FROM THAT ANGLE FROM WERE SHE WAS
AND stood but I SAW the conductor POSH him off he did NOT FAIL off
the Moving TRAIN
I do not have an attorney at this
time, however. if I need one please
advise and I will take the
necessary legal steps if we cannot
agree upon settlement to this matter

Date 6-20-04          John S Shipls



1234 Market Street
Philadelphia, PA 19107-3780

**Southeastern Pennsylvania Transportation Authority**
*Safety • Service • Continuous Improvement*

May 12, 2004

John Shipley
609 Wildel Avenue
New Castle, DE 19720

**Re:**            **File No.: Y04-004410-999**

Dear Mr. Shipley:

In reply to your recent communication, we are enclosing a claim application
to be filled out and returned to this office.  Upon receipt of the same, we will
advise you further.

Very truly yours,

SEPTA CLAIMS DEPARTMENT

/dk
Enclosures

(Continued from reverse side…)

## TRAIN CREW INFORMATION

| | |
|---|---|
| Engineer: George Walters | Position on train at time of occurrence: |
| Conductor: Norris R Payne | Position on train at time of occurrence: 2nd Car # 140 |
| Assistant Conductor: Corey Shaw | Position on train at time of occurrence: 1st Car # 139 |
| Assistant Conductor: | Position on train at time of occurrence: |

## WITNESS INFORMATION

Was accident/incident or injury witnessed? ☑ YES ☐ NO   If yes, by whom? ☐ Employee(s) ☐ Passenger(s) ☐ Other(s)

Name, Address, Phone #: ☐ employee ☑ non-employee

Name, Address, Phone #: ☐ employee ☑ non-employee

Name, Address, Phone #: Amtrak Police mr Bv Carkins Interview witness ☐ employee ☑ non-employee

Did YOU witness this accident/incident or injury? ☑ YES ☐ NO   State exactly what you observed; if you did not observe anything or do not know of anything that may have contributed, please state this in your own words:

Passenger Tried To Board A moving Train

## INFORMATION ON ACCIDENT/INCIDENT OR INJURIES

Injury occurred to… ☑ Passenger(s) ☐ Trespasser(s) ☐ Employee(s)   If employee, was injury to yourself? ☐ YES ☑ NO

Did supervision arrive at the scene to investigate? ☑ YES ☐ NO   If yes, indicate whom: Amtrak Police

Give a detailed account of the accident/incident or description of the injury; include any other pertinent information you may want to offer:

Mr John Shipy Tried To Board A moving Train
He Fell And Hort His Right Arm & Left Leg
He said He did not Need medical Help

Mr John Shipy Addres
609 Wildel Ave
New Castel Del
Phone 610 8727382

Employee Signature: Norris R Payne Sr    Date: 4-22-4

# CLAIMANT'S TELEPHONE REPORT

Name of Claimant _John Shipley_

Address _609 Wildel Ave New Castle DE 19720_

Telephone Number _(610) 872-7338_ Date of Accident _4/22/04_ Time _9:43 Am_

Property Damage _____ (Ask who is the owner/make & model)

Personal Injury _____X_____ Both _____

Location _Wilmington Station_

Route_____ Block_____ Direction_____ Vehicle No._____ Acct. No._____

Description of Operator _____ Did he take name? _____

Did you use a Transpass/Trailpass# _____ Weekly/Monthly/Zone# _____

How Accident Happened ~~Stood fell + broke~~
~~teeth~~ Train Normally on track #1 — Switched
it to track #2 / Running for train / Jump
on train behind Conductor / Claims Conducto
Pushed him off train while train was in moti
He fell + rolled Injury Legs / Back / Arms Claims train backed u
Able to get up on his own

Name & Address of Witnesses: Claim conductor told him NO off then pushed him off the train    Police Report Made
Got off

Name of Attending Physician or Hospital _Wilmington Hosp —_

Name of person calling _Same As Above_

Address _____ Telephone No. _____

Received By _D. Keels_ Date _5/10/04_ Time _2:49 pm_

```
user id: DLK    s e p t a   c l a i m s / r i s k   s y s t e m        s65c200
                   claimant/incident information                        o65c200
                        personal details

today 05/12/2004 report 05 10 2004 claim 00 00 0000 written notice 00 00 0000
year 2004          number 004410              sequence 999             person C

catalog yr _____      catalog num _____     catalog seq ___     catalog per _
division  Y      sub-division  R          source  STAT          damage  BI
employee number  0000000000  job code        social security  999 - 99 - 9999
occ                                       title
last name  SHIPLEY                        first  JOHN                    mi
add 1   609 WILDEL AVENUE                 add 2
city  NEW CASTLE                          state  DE        zip  19720    0000
home phone  610 - 872 - 7338   other phone  000 - 000 - 0000   ext  0000
age  000 birth  00 / 00 / 0000 sex  M  marital stat         vendor no  _____
plaintiff: atty name                                       atty code
           atty firm
incoming caller  MR. SHIPLEY 5/10/04              telephone  000 - 000 - 0000
address  C/A SENT:5/12/2004
messages:  *** RECORD HAS BEEN SUCCESSFULLY UPDATED ***
clear-exit   enter-add      pf1-update      pf2-inquiry    pf3-browse   pf5-delete
pf6-menu     pf7-back scr   pf8-next scr   pf10-atty code            pf11-letters
```

Wed May 12 10:34:38

```
user-id:  DLK                septa claims risk system              s65c300
                             accident details                      o65c300

today  05/10/2004   date reported  05 / 10 / 2004   claim date  00 / 00 / 0000
written notification 00 / 00 / 0000        diary date  00 / 00 / 0000    nc
year  2004        number  004410          sequence  999            person  C
division  Y       subdivision  R          fpb              status
last name  SHIPLEY          first  JOHN              middle initial
umta  86221R                cat yr 0000 cat num 000000 cat seq 000 cat per
acc date 04 / 22 / 2004     acc time  08 : 41  A        acc class  0081
route        dir      block        veh no        veh class      depot  RAIL
weather           visibility           highway           passengers     0
operator no  0000000000   police inv      police type  WTH   badge  00000000
supervisor           adjuster           atty code         oc
location WILMINGTON
explanation    PASSENGER TIRED TO BAORD TRAIN AND FELL
INJURY RIGHT ARM AND LEFT LEG
WIMINGTON HOSP FOR TREATMENT
extraordinary          fatal              pol name
tot res $        0.00   tot pay $        0.00   out res $          0.00
messages:  ACCIDENT DETAILS HAVE BEEN UPDATED
enter-add  1-upd  2-inq  3-dt-bws  4-ntd  5-del  6-menu  7-per-dtl  8-lit-dtl
10-stat-hst  11-letters  12-add-clms  13-fpb-bws  14-inv-hdr  15-res-hst  16-spv-hst
```

Called
5/10/04
@ 2:49pm    from
Please    Pall    WTH

Mon May 10 15:58:53

# ATTACHMENT 3

# ATTACHMENT 3

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY
LEGAL DEPARTMENT

SUBPOENA AND ACCEPTANCE FORM

# 002878

*George Walters IV*

WITNESS NAME & ACCOUNT

*Pac* COPY

LOCATION

*1/26/06 @ 10:30 AM*

DATE AND TIME

1234 Market Street, 5th Floor

PLACE

*Shipley*

PLAINTIFF

*04-1149-1*

SEPTA FILE NUMBER

VS.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY

DEFENDANT

*E. Katz*

ATTORNEY

EMPLOYEE SIGNATURE                    DATE

CHECK WITH THE DISTRICT DISPATCHER AT 7:00 P.M. ON THE DAY PRIOR TO
THE TRIAL DATE TO LEARN THE STATUS OF THE CASE.

PLEASE REMEMBER TO WEAR YOUR UNIFORM FOR THIS COURT APPEARANCE.

DISPATCHER SIGNATURE                    DATE

SEND SIGNED COPY TO THE WITNESS UNIT, 1234 MARKET STREET, 5TH FLOOR

REMARKS:  DISPATCHER: PLEASE HAVE THE EMPLOYEE SIGN THIS SUBPOENA
AND FAX SUBPOENA TO THE SEPTA WITNESS UNIT ON FAX 7073.  PLEASE
NOTIFY EMPLOYEE AS SOON AS POSSIBLE.  ANY QUESTIONS, PLEASE CALL
THE ATTORNEY LISTED ABOVE AT EXTENSION _____

PLEASE RETAIN A COPY FOR THE OPERATOR AND THE DISTRICT FILE.

```
user: AMLD                          Workers' Compensation System              s261100
                                    Current Personnel Profile

           emp# 002874        ssn 207 - 64 - 4990        location 012???????

last WALTERS IV         first GEORGE              mi P
job# 2534   title ENGINEER                                    pr lvl      62
                                                             company     3100
address 1                                                    mgmt ctr   18737
address 2  3241 GUILFORD STREET                              cost ctr    9900
city/state PHILADELPHIA            PA   zip 19136            pay type     T

work 215 580 - 5737         home 215 331 - 5521       last incr 01 / 07 / 2006
date hired 06 / 03 / 1996   sex M                     age 034
date terminated   /   /     employee status          birth date 08 / 22 / 1971
length of service: yymm 0907                          pay frequency 1

union cd BLE                         supervisor cd  000922    marital status S
health code P1          health type 1                        health num 000074256
                                                             employment code

messages:
clear-exit   pf2-inq   pf3-emp brw   pf4-return   pf6-menu   pf9-refresh   pf10-wage
```

04-48



## Southeastern Pennsylvania Transportation Authority
### Railroad Division

# EMPLOYEE ACCIDENT/INCIDENT REPORT FORM

**INSTRUCTIONS:** This form must be used to report all accidents/incidents or injuries. Form must be completed by each employee involved and turned in to either the requesting supervisor or to the designated location as soon as possible. This does NOT eliminate the employee from filling out the *Railroad Employee Injury and/or Illness Record SEPTA Form 6180.97* in the event of a personal injury.

Check ALL items that are applicable. Where required to enter information, print or write legibly. Where written information is not applicable, enter "*N/A*". If information is not known, enter "*UKN*". Attach additional sheets if necessary. Upon completion of this form, enter your *signature* and the *date of completion* in the space provided on the reverse side.

Name (please print): **COREY F. SHAW**    Acct #: **002217**    Craft: **CNDR.**

| GENERAL INFORMATION |
|---|

**Day and Date of Occurrence:** *THURSDAY 4-22-04*    **Time of Occurrence:** *8:41*    (A.M./P.M.)

**Location of Occurrence:**

[✓] On-board Train No. **4730**    Engine and Car No(s). **139-140**

[✓] Station (specify): **WILMINGTON, DE. (TRACK # 2)**

[ ] Yard (specify): _____

[ ] Other (specify): _____

APR 26 2004

**Indicate Type of Occurrence:**

[ ] Trespasser    [✓] Passenger Injury    [ ] Employee Injury    [✓] Passenger Incident

[ ] Highway Grade Crossing    [ ] Derailment    [ ] Collision    [ ] Other (specify)

**Were *Emergency Responder* personnel on the scene?** [✓] YES [ ] NO

If yes, were they ... [ ] SEPTA Police [✓] Municipal Police [ ] Fire & Rescue Department [ ] Emergency Medical Services
[✓] Other (specify): **OFFICER LARKIN (AMTRAK POLICE)**    Badge Number: _____    Vehicle Number: _____

**Approximate number of passengers on train:** _____    **Approximate number of passengers in car:** _____

**Visibility:** [ ] Dawn [✓] Day [ ] Dusk [ ] Dark    **Weather:** [✓] Clear [ ] Cloudy [ ] Rain [ ] Fog [ ] Snow [ ] Sleet

Approximate temperature _____ °F

| RAILROAD OPERATIONAL INFORMATION |
|---|

**Direction of movement** [✓] N [ ] S [ ] E [ ] W    **Track No.** *2*    Estimated speed of train at time of occurrence *5* MPH

Last station passed _____    Time last station was passed _____ [ ] On-Time [ ] _____ Minutes Late

Were you operating with FORM D or other instructions? [ ] YES [✓] NO

If *yes*, indicate FORM D Nos. or specific instructions: _____

**(Continued on reverse side...)**    **CONTROL No.** _____    (Assigned by Administrator)

(Continued from reverse side...)

04-48

## TRAIN CREW INFORMATION

**Engineer:** GEORGE WALTERS
**Position on train at time of occurrence:** CAB

**Conductor:** NORRIS PAYNE
**Position on train at time of occurrence:** CENTER DOOR - CAR # 140 (SECOND CAR)

**Assistant Conductor:** COREY SHAW
**Position on train at time of occurrence:** CENTER DOOR - CAR #139 (FIRST CAR)

**Assistant Conductor:**
**Position on train at time of occurrence:**

## WITNESS INFORMATION

Was accident/incident or injury witnessed? ☑ YES ☐ NO  If yes, by whom? ☐ Employee(s) ☑ Passenger(s) ☐ Other(s)

Name, Address, Phone #:                              ☐ employee ☐ non-employee

Name, Address, Phone #:                              ☐ employee ☐ non-employee

Name, Address, Phone #:                              ☐ employee ☐ non-employee

Did YOU witness this accident/incident or injury? ☑ YES ☐ NO  State *exactly* what you observed; if you did not observe anything or do not know of anything that may have contributed, please state this in your own words:

TRAIN #4730 WILMINGTON STATION. AS THE TRAIN STARTED MOVING, A PASSENGER RAN, AND TRIED TO BOARD. HE TRIED TO ENTER THE FIRST CAR (#139) WHERE I WAS STANDING OBSERVING THE PLATFORM. I REPEATEDLY TRIED TO WARN HIM NOT TO BOARD. THE PASSENGER RAN RIGHT TOWARDS HE. ←

## INFORMATION ON ACCIDENT/INCIDENT OR INJURIES

Injury occurred to... ☑ Passenger(s) ☐ Trespasser(s) ☐ Employee(s)  If employee, was injury to yourself? ☐ YES ☑ NO

Did supervision arrive at the scene to investigate? ☐ YES ☑ NO  If yes, indicate whom:
— ONLY AMTRAK POLICE —

Give a detailed account of the accident/incident or description of the injury; include any other pertinent information you may want to offer:

IN A DEFENSE POSTURE, I PUT MY HANDS UP PROTECTING MYSELF. THE PASSENGER BOUNCED OFF MY HANDS AND FELL FIRST BETWEEN THE CAR AND PLATFORM, AND THEN ROLLED BACK ONTO THE PLATFORM ONLY. I THEN STOPPED THE TRAIN (BY RADIO COMMUNICATION), AND SUMMONED THE POLICE.

**Employee Signature:** Cory F. Shaw   **Date:** 4-22-04

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY
LEGAL DEPARTMENT

SUBPOENA AND ACCEPTANCE FORM

*Corey Shaw #002217*

WITNESS NAME & ACCOUNT

*Pac*

LOCATION

*1/26/06 @ 10:30AM*

DATE AND TIME

1234 Market Street, 5ᵗʰ Floor
PLACE

*Shipley*

PLAINTIFF

*01-1149-1*

SEPTA FILE NUMBER

vs.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY
DEFENDANT

*E. Katz*

ATTORNEY

EMPLOYEE SIGNATURE                    DATE

CHECK WITH THE DISTRICT DISPATCHER AT 7:00 P.M. ON THE DAY PRIOR TO
THE TRIAL DATE TO LEARN THE STATUS OF THE CASE.

PLEASE REMEMBER TO WEAR YOUR UNIFORM FOR THIS COURT APPEARANCE.

DISPATCHER SIGNATURE                    DATE

SEND SIGNED COPY TO THE WITNESS UNIT. 1234 MARKET STREET, 5ᵀʰ FLOOR

REMARKS:  DISPATCHER:  PLEASE HAVE THE EMPLOYEE SIGN THIS SUBPOENA
AND FAX SUBPOENA TO THE SEPTA WITNESS UNIT ON FAX 7073.  PLEASE
NOTIFY EMPLOYEE AS SOON AS POSSIBLE.  ANY QUESTIONS, PLEASE CALL
THE ATTORNEY LISTED ABOVE AT EXTENSION _____

PLEASE RETAIN A COPY FOR THE OPERATOR AND THE DISTRICT FILE.

```
user: AMLD          Workers' Compensation System                      s261100
                     Current Personnel Profile

          emp# 002217      ssn 185 - 56 - 4562          location 01????????

last SHAW        first COREY            mi F             pr lvl        62
job# 2533     title CONDUCTOR                            company     3100
                                                         mgmt ctr    18734
address 1                                                cost ctr     9900
address 2  700 LOWER STATE RD #19A1                      pay type        T
city/state NORTH WALES          PA      zip 19454

work 215 580 - 5737      home 215 643 - 1514    last incr 12 / 10 / 2005
date hired 06 / 04 / 1990    sex M             age 046
date terminated      /   /      employee status  birth date 11 / 23 / 1959
length of service: yymm 1507                     pay frequency 1

union cd UTU B          supervisor cd      000922   marital status M
health code P1          health type 5               health num 00073219
                                                    employment code

messages:
clear-exit    pf2-inq    pf3-emp brw    pf4-return    pf6-menu    pf9-refresh    pf10-wage
```



**Memo from**

# Peter Diaczenko

**To** _____ _File_ _____

**Date** ____ _1 - 27 - 06_ _____

Bruce Dietrick

610 736 - 2413

Left Message 1:45 pm

2 - 6 - 06

Feb. 14,

9 am



**ST PAUL TRAVELERS**

Bruce H. Dietrich
Investigation
Special Investigations Unit
Investigative Services Division
Tel: (610-736-2413
Fax: (610-)736-2460
E-mail: bdietric@stpaultravelers.com

**1105 Berkshire Blvd**
P.O. Box 13485
Reading, PA 19612-3485

*Louis Vassel (ins)*
*(215) 619-8594*

SEPTA
Claims Division
Attn: Frank Cornelly
1235 Market Street
5th floor
Philadelphia, PA 19107

RECEIVE
OCT 4 - 20
CLAIMS DEF

*Bruce Dietrich*
*(610) 736-2413*

RE: Claim number ES11793
Claimant: John Shipley
DOA: 04/22/2004

Dear Mr. Cornelly,

Pursuant to our phone conversation on September 29, 2005, I am requesting that a date and time be secured for the purpose of a recorded statement with train conductor Shaw and train conductor Norris Pane. These statements are relative to an alleged incident that occurred on April 22, 2004 at 8:30 AM. This alleged incident occurred at the Wilmington Station, track 2.

I was told by the claimant that this alleged incident was captured on video by a security camera located at the station. I would like to view the tape following the statements from the conductors. Thank you in advance for your anticipated cooperation.

Very truly yours,

Bruce H. Dietrich



PHONE CALL

FOR · Eileen C
M John Shipley
OF
PHONE 610-872-7338
MESSAGE
#2004-1149-1
I can be reached after noontime
SIGNED

DATE 1-6-6   TIME 11:51

PHONED ✓
RETURNED YOUR CALL
PLEASE CALL
WILL CALL AGAIN
WANTS TO SEE YOU

Office DEPOT   Item OD1154

04-4.7

**Southeastern Pennsylvania Transportation Authority**
**Railroad Division**

# EMPLOYEE ACCIDENT/INCIDENT REPORT FORM

**INSTRUCTIONS:** This form must be used to report all accidents/incidents or injuries. Form must be completed by each employee involved and turned in to either the requesting supervisor or to the designated location as soon as possible. This does NOT eliminate the employee from filling out the *Railroad Employee Injury and/or Illness Record SEPTA Form 6180.97* in the event of a personal injury.

Check ALL items that are applicable. Where required to enter information, print or write legibly. Where written information is not applicable, enter *"N/A"*. If information is not known, enter *"UKN"*. Attach additional sheets if necessary. Upon completion of this form, enter your *signature* and the *date of completion* in the space provided on the reverse side.

Name (please print): _____  Acct #: _____  Craft: _____

| GENERAL INFORMATION | |
|---|---|
| Day and Date of Occurrence:  Thursday  4-22-4 | Time of Occurrence:  8:41  (A.M.) P.M. |

Location of Occurrence:

☐ On-board Train No. __4730__    Engine and Car No(s). __139__

☐ Station (specify): __Wilmington Del.__

☐ Yard (specify): _____

☐ Other (specify): _____

APR 26 2...

Indicate Type of Occurrence:

☐ Trespasser    ☐ Passenger Injury    ☐ Employee Injury    ☐ Passenger Incident

☐ Highway Grade Crossing    ☐ Derailment    ☐ Collision    ☐ Other (specify):

Were *Emergency Responder* personnel on the scene?  ☐ YES  ☐ NO

If *yes*, were they ...  ☐ SEPTA Police  ☐ Municipal Police  ☐ Fire & Rescue Department  ☐ Emergency Medical Services
☐ Other (specify): ☑ Amtrak Police    Badge Number: _____    Vehicle Number: _____

| Approximate number of passengers on train: | Approximate number of passengers in car: |
|---|---|

Visibility: ☐ Dawn ☐ Day ☐ Dusk ☐ Dark    Weather: ☐ Clear ☐ Cloudy ☐ Rain ☐ Fog ☐ Snow ☐ Sleet

Approximate temperature _____ °F

| RAILROAD OPERATIONAL INFORMATION |
|---|

Direction of movement ☑ N ☐ S ☐ E ☐ W  Track No. __2__  Estimated speed of train at time of occurrence __5__ MPH

Last station passed _____  Time last station was passed _____  ☐ On-Time  ☐ __ Minutes Late

Were you operating with FORM D or other instructions?  ☐ YES  ☑ NO

If *yes*, indicate FORM D Nos. or specific instructions: _____

**(Continued on reverse side...)**    **CONTROL No.** _____ **(Assigned by Administrator)**

# ACTIVITY LOG

001149-0

| DATE | | CLAIM NO. 04-004407-7 |
|------|---|---|

**5/12/04** — C/A Sent

**6/29/04** — 1:00 ① Contact clmt – held in line pending investigations – returns file
② Contact Annette Irons at Amtrak 349-280. (FAX 349-2630) + request Amtrak police report                                                   utt

**7-16-04** — R/c from clmt   See Short

**8-10-** — R/c from Backolozy – still Inv– gave names of Dr Packies  Tlk to Dr, got reports  Tlk to Epstein  well for reports.

**3-11-04** — R/c from clmt adised him of our position – stated show may be one that killed his cousin, stay payd people off, and this is a conspiracy, stated in a loud voice were he was coming to this office to talk to me in person he would get even for this conspiracy, He was not going out like this

**3-1-** — M/c from Gene Border. Went over file mtd to her. They recvd a disturbing call from clmt as well. Adised Supr





ST PAUL FIRE AND MARINE
INSURANCE COMPANY
The St. Paul Travelers Companies,
I, MC 9316-BBEC
460 Norristown Rd.
Blue Bell, PA 19422
Telephone: (610) 941-5773
Fax: (610) 941-5790

January 26, 2005

FRANCIS CORNELY
1234 MARKET STREET
SEPTA
PHILADELPHIA PA 19107

RE:    **Tracking Number**:    ES11793
       **Claimant**:           John Shipley
       **Insured**:            Delaware Transit Corp
       **Claim No.**:          GP06301393 09T431
       **Date of Loss**:       April 22, 2004

Dear Francis Cornely:

We received your notice of the captioned claim on October 11, 2004, and I have made numerous telephone calls to you office without response.

In order to investigate this claim, we need the cooperation of you and the conductor on the Septa train that was departing from Wilmington DE.  It has come to my attention that the plaintiff is intending to file charges against the conductor because he intentionally pushed Mr. Shipley off the train.  While we currently provide coverage for Septa under the DART policy, Dart's coverage will be in jeopardy if Septa does not cooperate in the investigation of this claim, hence Septa's coverage will also come at risk

I would appreciate it if you would contact me office to discuss interviewing the conductor and also reviewing any videotapes of the incident.

Sincerely,

ST PAUL FIRE AND MARINE INSURANCE COMPANY
Eugenie M. Bartler
Technical Spec, Liability
Telephone: (610) 941-5773
Fax: (610) 941-5790

Enclosure

FC01943 2/2000





**Southeastern Pennsylvania Transportation Authority**
*Safety • Service • Continuous Improvement*

1234 Market Street
Philadelphia, PA 19107-3780

October 11, 2004

Executive Director
Delaware Transit Corporation
900 Public Safety Boulevard
Dover, DE 19901

**RE:     *Shipley v. SEPTA***
**        *Our File No.: 04-001149-001***

Dear Sir or Madam:

Please be advised that I represent SEPTA and we have been put on notice of a claim as captioned above.  Pursuant to the current agreement between SEPTA and the Delaware Transit Corporation, SEPTA should be indemnified and defended by the Delaware Transit Corporation in this matter.  It would appear that this claim falls within the responsibility of DTC.

Enclosed please find our file containing all the information we have on this matter.  Would you kindly review this matter and contact me if you have any questions.  I can be reached at (215) 580-7835.

Sincerely,

Francis X. Cornely
Director, Claims

FXC/lew
Enclosure

cc:  John Shipley

## Paul G. Epstein, D.O.

**07/12/04     John Shipley     #04078**

**S:**  Patient came into the office stating that he has aches, stiffness and pain in his neck and back. The rainy weather is really affecting him. He has headaches. The pain radiates from his neck into his arms and from his back into his legs. His right knee and ankle really hurt him a lot especially if he puts to much stress on it. In fact he uses a quad cane a lot of the times. He is limited all the time. Patient has found that bending, lifting, reaching, carrying, pushing, pulling, stretching, straining, repeat stair climbing, being on his feet for extended periods and reaching above shoulder height are some of the activities that make one or several of the affected areas feel worse. Patient would try to avoid these activities but in a normal day that is very hard to do.

**O:**  Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 25% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 25% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5. Examination of the right ankle tender on palpation, and muscle strength today was approximately 4 over 5.

**A:**  Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain.
After treatment patient reports a significant relief of symptoms. The short term goal to improving soft tissue integrity, increasing strength and mobility and improving range of motion is slowly taking place. The long term goal to independence without treatment or symptoms has not yet been achieved.

**P:**  Physiotherapy and manipulative therapy will be given to patient. Medication will be given on a PRN basis. The response to treatment has been rehabilitative not palliative. It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises. Patient's goal is still to be pain free, spasm free, and normal range of motion on a constant basis.

071104.d04

## Paul G. Epstein, D.O.

**07/06/04    John Shipley      #04078**

S:   Patient came into the office stating that he has aches, stiffness and pain in his neck and back. His right knee and ankle still gives him a lot of problems. The pain in his neck radiates into his right arm and from his back into his right leg. He has difficulty sleeping because of the discomfort. The physiotherapy program was evaluated at this time with patient as to whether it was palliative or curative. Patient states the physiotherapy was extremely important since it helps so much and decreases the number of severe exacerbations.

O:   Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 25% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 25% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5. Examination of the right ankle tender on palpation, and muscle strength today was approximately 4 over 5.

A:   Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain.
Patient is benefiting from treatment in that the severity of the symptoms are less today after treatment. The short term goal to increased functional capabilities, reduced pain level and improving mobility and flexibility is slowly taking place. The long term goal to restore functional activity to the highest level without pain or discomfort has not yet been achieved.

P:   Physiotherapy and manipulative therapy will be given to patient. Medication will be given on a PRN basis. The response to treatment has been rehabilitative not palliative. It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises. Advised the patient to do this to the best of the patient's tolerance.

## Paul G. Epstein, D.O.

**06/21/04    John Shipley        #04078**

S:    Patient came into the office stating that he has headaches, aches, stiffness and pain in his neck and back.  The pain in his neck radiates into his arms and from his back into his legs.  His right knee and ankle gives him a lot of problems especially if he puts to much stress on it.  He is limping because of the discomfort.    He finds it difficult to function.    Patient likes the physiotherapy because he gets relief.

O:    Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 30% and muscle spasms.
Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 30% and muscle spasms.
Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5.  Examination of the right ankle tender on palpation, and muscle strength today was approximately 4 over 5.

A:    Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain.
After treatment, patient's symptoms have decreased on this date.  The short term goal to decreasing frequency and intensity of pain, relaxation techniques and independence in home progress is slowly taking place.  The long term goal to return to all activity of daily living without pain or discomfort has not yet been achieved.

P:    Physiotherapy and manipulative therapy will be given to patient.  Medication will be given on a PRN basis.   The response to treatment has been rehabilitative not palliative.  It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises.  Advised the patient to do this to the best of the patient's tolerance.

## Paul G. Epstein, D.O.

**06/07/04   John Shipley        #**

S:   Patient came into the office stating that he has aches, stiffness and pain in his neck and back. He has occasional headaches. The pain in his neck radiates into his right arm and from his back into his left leg. His right knee and ankle still gives him a lot of problems. He has to use a cane to get around. Patient has found that bending, lifting, reaching, carrying, pushing, pulling, stretching, straining, repeat stair climbing, being on his feet for extended periods and reaching above shoulder height are some of the activities that make one or several of the affected areas feel worse. Patient would try to avoid these activities but in a normal day that is very hard to do.

O:   Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 40% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 40% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5. Examination of the right ankle tender on palpation, and muscle strength today was approximately 4 over 5.

A:   Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right shoulder strain, right ankle strain.
After treatment patient reports a significant relief of symptoms. The short term goal to improving soft tissue integrity, increasing strength and mobility and improving range of motion is slowly taking place. The long term goal to independence without treatment or symptoms has not yet been achieved.

P:   Physiotherapy and manipulative therapy will be given to patient. Medication will be given on a PRN basis. The response to treatment has been rehabilitative not palliative. It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises. Patient's goal is still to be pain free, spasm free, and normal range of motion on a constant basis.

061204.d04

# Paul G. Epstein, D.O.

**05/24/04    John Shipley        #**

S:   Patient came into the office stating that he has some headaches, dizziness and blurry vision. Patient is using a quad cane in order to be able to ambulate. He has aches, stiffness and pain in his neck and back. The pain in his neck radiates into his right arm and from his back into his legs. His right ankle also gives him a lot of problems. He finds it difficult to function. I gave patient a prescription for Darvocet N100 to help with the pain. He likes the physiotherapy because he gets relief.

O:   Examination of the cervical spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 45% and muscle spasms. Examination of the lumbar spine reveals pain and tenderness on palpation, a decreased range of motion of approximately 45% and muscle spasms. Examination of the right knee tender on palpation, and muscle strength today was approximately 4 over 5. Examination of the right ankle tender on palpation, and muscle strength today was approximately 5 over 5.

A:   Acute cervical strain, cervical radiculopathy, acute lumbar strain, lumbar radiculopathy, right knee strain, right ankle strain.
     After treatment, patient's symptoms have decreased on this date. The short term goal to decreasing frequency and intensity of pain, relaxation techniques and independence in home progress is slowly taking place. The long term goal to return to all activity of daily living without pain or discomfort has not yet been achieved.

P:   Physiotherapy and manipulative therapy will be given to patient. Medication will be given on a PRN basis. The response to treatment has been rehabilitative not palliative. It was also stressed to patient to continue using the active home exercise program which includes stretching, strengthening and isometrics exercises. The goal is to continue decreasing symptoms on a consistent basis.

SS# 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 NKDA

Name John Shipley Age 46 M F S M W D W Sep.
Address 609 Wilddel Rd. New Castle, Del. 19720 Phone 878-7334
Nearest of Kin ______ Date of Birth ______
Employment ______ Address ______ Phone ______
Occupation ______ Insurance plan ______

5/7/04 177 3/4

Sign

[illegible handwritten clinical notes]

Today – headache – dizzy – [illegible]

– Neck – ↓ ROM SBFE ROT
– muscle spasm
– pain
– tender
Positive [illegible]

– LS – ↓ ROM SBFE
– muscle spasm
– pain
– tender

– difficulty [illegible]
– [illegible]
– [illegible]

– Right knee – [illegible]
Pain
[illegible]
4/5

– Right Ankle – [illegible]
– pain
– [illegible]
4/5

Beatty

# NICHOLAS R. PAGLIEI, D.O.

## 4610 STATE ROAD
### DREXEL HILL, PENNSYLVANIA 19026-4397

ORTHOPEDIC SURGERY

610-259-1400
FAX  610-259-4999

July 12, 2004

Paul G. Epstein, D.O. P.C.
Community Hospital Office Building
Suite 103
2602 W. 9th Street
Chester, PA  19013

RE:   John Shipley

Dear Dr. Epstein:

I examined  your patient, John Shipley, age  45, at your request  on July 12th, 2004.

**CHIEF COMPLAINT:**  Pain in the  neck, back,  right leg,  right knee,  left wrist, and  right rib cage.

**DATE OF ONSET:**   4/22/04.

**HISTORY OF CHIEF COMPLAINT:**    The patient  relates  that  he had  just boarded a train that began  pulling out of the railroad  station  when a conductor  pushed  him off and forced him to hit the platform and  side of the train.

The patient  states  that he struck his head  and  entire body on the  ground  and the train. He however denies  loss of consciousness.

He refused  going to the  hospital  immediately  after the accident;  however, the  next day because  of neck,  back, and knee pain, he went to a hospital in Wilmington, Delaware. He was examined  in the emergency  room and released.

The patient  continued  experiencing  pain and came  under your care.

The patient is currently complaining  of pain in his neck and back with pain radiating  into his right leg. He states  that he experiences  weakness  in the right leg when ambulating. His pain is aggravated  by coughing and sneezing.  There has been  no change  at the present  time in his urine or bowel habits.

He is experiencing  localized  pain in the neck.  He denies  radiation of pain into his upper extremities.

John Shipley                        -2-                        July 12, 2004

The patient experiences pain in the left wrist with joint motion.

He is experiencing pain in the right knee with ambulation.

The patient relates that he is currently taking Motrin, 800 mgs., three times a day. He had taken some Percocet that had been given to him by a dentist.

The patient also is being treated with physical modalities by you at your office.

**SYSTEMS REVIEW:** As described above, remainder non-contributory.

**SOCIAL HISTORY:** The patient relates that he is divorced. He is an auto mechanic and a restaurant owner. He denies use of tobacco. He is a social drinker.

**FAMILY HISTORY:** Mother is alive and in good health. Father deceased, cause unknown.

**PAST PERSONAL HISTORY:** Fractured right arm in 1981 for which he underwent open reduction with internal metallic fixation of the fractured right arm in 1981. He was involved in an auto accident in 1986. He was involved in an auto accident in 1991 at which time he was diagnosed with a herniated lumbar disc. He was involved in an auto accident in 1993 where he sustained fractured ribs.

**ALLERGIES:** None known.

**PHYSICAL EXAMINATION:** Veit, Romberg, and Trendelenburg maneuvers were negative. The patient complained of pain in the lower dorsal and lumbar areas with attempted flexion, extension, and side bending of the lumbar spine. His range of motion was slightly limited secondary to complaints of pain. Heel and toe step were good. Reflexes of the lower extremities appeared to be physiological. Bowstring maneuver on the right produced complaints of pain in the lumbar area radiating to the right leg. He complained of pain down the entire right leg on this examination. Bowstring maneuver on the left produced some mild pain in the lumbar area. Extensor hallucis was intact bilaterally. The right Lasegue maneuver produced pain in the lumbar area with pain radiating down his right leg. Patrick maneuver was negative. Sitting Lewins and Lindner's maneuver produced pain in the lumbar area.

The patient complained of some pain in the neck and upper back with attempted flexion, extension, and rotation of the cervical spine. His range of motion was fair. Spurling maneuver produced local muscle pain in the neck and upper back without radiation of pain numbness or paresthesias into his upper extremities. Reflexes of the upper extremities appeared to be physiological. Finger and hand grasp were good. There was no weakness of flexion, extension, abduction or adduction of the upper extremities.

John Shipley                    -3-                    July 12, 2004

The patient complained of some discomfort with attempted flexion and extension of the left wrist. There was some discomfort elicited to palpation over the flexor tendons of the left wrist joint.

There did not appear to be any swelling or joint effusion of the right knee; however, the patient complained of acute pain to palpation over the right infrapatellar tendon and bursa.

## IMPRESSIONS:
1. Closed head trauma
2. Cervical dorso-lumbar strain mechanism
3. Lumbar radiculitis with right sciatic neuritis
4. Old herniated lumbar disc aggravated by trauma
5. Traumatic burso-tendonitis of the right knee
6. Strain mechanism of the left wrist
7. Degenerative arthritis of the neck and back aggravated by trauma

## RECOMMENDATIONS:
1. I injected the right knee in the area of the right infrapatellar tendon and bursa with Lidocaine and Kenalog.
2. He was told to continue taking his Ibuprofen, 800 mgs., three times a day, for its anti-inflammatory effect.
3. He was instructed in stretching exercises for his back and advised to perform these on a regular daily basis.
4. The patient was given a prescription for x-ray studies of his neck and back to rule out osseous pathology.
5. The patient was also given a prescription for an MRI study of the lumbar spine.
6. I will see him again in two weeks and hopefully improvement will be noted.

Thank you for the opportunity of participating in this patient's care.

Sincerely yours,

Nicholas R. Pagliei, D.O.

NRP/fa

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | | BODY AREAS | |
|---|---|---|---|---|---|---|---|
| ✓ | | 8/9/04 | | HP | | Rt knee Rt ankle | |
| | | | | HV | | | |
| | | | | MT | | Cervical lumb | |
| | | | | US | | | |
| ✓ | | 8/10/04 | | HP | | Rt knee Rt ankle | |
| | | | | HV | | | |
| | | | | MT | | cervical, lumbr | |
| | | | | US | | | |
| | | | | HP | | | |
| | | | | HV | | | |
| | | | | MT | | | |
| | | | | US | | | |
| | | | | HP | | | |
| | | | | HV | | | |
| | | | | MT | | | |
| | | | | US | | | |
| | | | | HP | | | |
| | | | | HV | | | |
| | | | | MT | | | |
| | | | | US | | | |
| | | | | HP | | | |
| | | | | HV | | | |
| | | | | MT | | | |
| | | | | US | | | |
| | | | | HP | | | |
| | | | | HV | | | |
| | | | | MT | | | |
| | | | | US | | | |

HP - Hot/Cold Packs, HV - High Voltage, MT - Diathermy, US - Ultrasound

NAME _John Dripley_                    ID#: _04078_                    Page: _14_

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS |
|---|---|---|---|---|---|
| y | | 7/20/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cervical Lumbar |
| y | | 7/23/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cervical Lumbar |
| y | | 7/26/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cervical Lumbar |
| y | | 7/30/04 | ✓ | HP / HV / MT / US | Right Knee Rt ankle / Cervical Lumbar |
| y | | 8/2/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cervical Lumbar |
| y | | 8/3/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cervical Lumbar |
| y | | 8/6/04 | ✓ | HP / HV / MT / US | Rt Knee Rt ankle / Cervical Lumbar |

HP - Hot/Cold Pack    HV - High Voltage    MT - Diathermy    US - Ultrasound

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS |
|---|---|---|---|---|---|
| Y | | 6/15/04 | ✓ | HP / HV / MT / US | Rt Knee, Rt ankle<br>Cervical Ramus |
| Y | | 6/18/04 | ✓ | HP / HV / MT / US | Rt Knee, Rt ankle<br>Cervical Ramus |
| Y | ✓ | 6/21/04 | ✓ | HP / HV / MT / US | Rt Knee, Rt ankle<br>Cervical Ramus |
| Y | | 6/22/04 | | HP / HV / MT / US | Rt Knee, Rt ankle<br>Cervical, Ramus |
| Y | | 6/25/04 | | HP / HV / MT / US | Rt Knee, Rt ankle<br>Cervical Ramus |
| Y | | 6/28/04 | ✓ | HP / HV / MT / US | Rt Knee, Rt ankle<br>Cervical Ramus |
| Y | | 6/29/04 | ✓ | HP / HV / MT / US | Rt Knee, Rt ankle<br>Cervical Ramus |

HP - Hot/Cold Pack    HV - High Voltage    MT - Diathermy    US - Ultra Sound

NAME (Jones, Danny J)   ID#: 040415   age: 7

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREAS |
|---|---|---|---|---|---|
| y | ✓ | 5/21/04 | ✓ | (HP) HV (MT) US | Right Knee, Rt side / Cervical Lumbar |
| y | | 5/5/04 | ✓ | (HP) HV (MT) US | Rt Knee, Rt ankle / Cervical Lumb |
| y | | 5/28/04 | ✓ | (HP) HV (MT) US | Rt Knee, Rt ankle / Cervical Lumb |
| y | ✓ | 6/7/04 | ✓ | (HP) HV (MT) US | Rt Knee, Rt ankle / Cervical Lumbar |
| y | | 6/8/04 | ✓ | (HP) HV (MT) US | Rt Knee, Rt ankle / Cervical Lumbar |
| y | | 6/11/04 | ✓ | (HP) HV (MT) US | Rt Knee, Rt ankle / Cervical Lumb |
| y | ✓ | 6/14/04 | ✓ | (HP) HV (MT) US | Rt Knee, Rt ankle / Cervical Lumb |

HP - Hot/Cold Pack   HV - High Voltage   MT - Diathermy   US - Ultrasound

| | | DATE | MANIPULATIVE THERAPY | PHYSICAL MODALITIES | BODY AREA |
|---|---|---|---|---|---|
| Y | | 7/2/04 | | HP, HV, MT, US | Right knee, Right ankle / Cerical · Lumb |
| | V | 7/6/04 | | HP, HV, MT, US | Cerical ®Knee ®ankle / lumbar |
| Y | | 7/9/04 | ✓ | HP, HV, MT, US | Cerical Rt Knee Rt ankle / Lumb |
| Y | V | 7/12/04 | | HP, HV, MT, US | Cerical Rt Knee ®ankle / Lumb |
| Y | | 7/13/04 | | HP, HV, MT, US | Cerical ®Knee ®ankle / lumbar |
| Y | | 7/16/04 | ✓ | HP, HV, MT, US | Cerical Rt Knee Rt ankle / Lumb |
| Y | | 7/19/04 | | HP, HV, MT, US | Cerical Rt Knee Rt ankle / Lumb |

```
user-id: MJT                    septa claims risk system                    s65c300
                                accident details                            o65c300

today  08/03/2004   date reported  05 / 10 / 2004   claim date  06 / 28 / 2004
written notification 00 / 00 / 0000          diary date  00 / 00 / 0000   nc
year  2004       number  001149              sequence  001                person  C
division  Y      subdivision  R              fpb                 status  OPEN
last name  SHIPLEY              first  JOHN              middle initial
umta  86221R               cat yr 0000 cat num 000000 cat seq 000 cat per
acc date 04 / 22 / 2004        acc time  08 : 41  A              acc class  0081
route       dir     block          veh no          veh class          depot  RAIL
weather             visibility              highway              passengers     0
operator no  0000000000    police inv      police type  ICA    badge  00000000
supervisor  S006           adjuster  J026     atty code            cc
location WILMINGTON
explanation   PASSENGER TIRED TO BAORD TRAIN AND FELL
INJURY RIGHT ARM AND LEFT LEG
WIMINGTON HOSP FOR TREATMENT
extraordinary           fatal              pol name
tot res $        3,999.00    tot pay $           0.00   out res $        3,999.00
messages:
enter-add  1-upd  2-inq  3-dt-bws  4-ntd  5-del  6-menu  7-per-dtl  8-lit-dtl
10-stat-hst 11-letters 12-add-clms 13-fpb-bws 14-inv-hdr 15-res-hst 16-spv-hst
```

KO
clent called
Advise him to send
his medical bills to us.
MT
8/4/04

Tue Aug 03 14:58:11

8-10. Spoke to Dr Epstein. Advised that we had no paper work. Will fax. He advised that from what he could see Mr Shipley is not hurt all injuries are old or Due to old age. He say Mr Shipley told the Dr. " He could write a novel on this incident." Mr Shipley has been in 3 auto accidents Dr Sent him to other Doctors. He is simply hurt from old injuries & Age.

# NICHOLAS R. PAGLIEI, D.O.

### 4610 STATE ROAD

### DREXEL HILL, PENNSYLVANIA 19026-4397

ORTHOPEDIC SURGERY

610-259-1400
FAX   610-259-4999

July 12, 2004

Paul G. Epstein, D.O. P.C.
Community Hospital Office Building
Suite 103      -610- 494- 4440.
2602 W. 9th Street
Chester, PA 19013                                     RE:   John Shipley

Dear Dr. Epstein:

I examined your patient, John Shipley, age 45, at your request on July 12th, 2004.

**CHIEF COMPLAINT:** Pain in the neck, back, right leg, right knee, left wrist, and right rib cage.

**DATE OF ONSET:** 4/22/04.

**HISTORY OF CHIEF COMPLAINT:** The patient relates that he had just boarded a train that began pulling out of the railroad station when a conductor pushed him off and forced him to hit the platform and side of the train.

The patient states that he struck his head and entire body on the ground and the train. He however denies loss of consciousness.

He refused going to the hospital immediately after the accident; however, the next day because of neck, back, and knee pain, he went to a hospital in Wilmington, Delaware. He was examined in the emergency room and released.

The patient continued experiencing pain and came under your care.

The patient is currently complaining of pain in his neck and back with pain radiating into his right leg. He states that he experiences weakness in the right leg when ambulating. His pain is aggravated by coughing and sneezing. There has been no change at the present time in his urine or bowel habits.

He is experiencing localized pain in the neck. He denies radiation of pain into his upper extremities.

John Shipley                      -2-                      July 12, 2004

The patient experiences pain in the left wrist with joint motion.

He is experiencing pain in the right knee with ambulation.

The patient relates that he is currently taking Motrin, 800 mgs., three times a day. He had taken some Percocet that had been given to him by a dentist.

The patient also is being treated with physical modalities by you at your office.

**SYSTEMS REVIEW:** As described above, remainder non-contributory.

**SOCIAL HISTORY:** The patient relates that he is divorced. He is an auto mechanic and a restaurant owner. He denies use of tobacco. He is a social drinker.

**FAMILY HISTORY:** Mother is alive and in good health. Father deceased, cause unknown.

**PAST PERSONAL HISTORY:** Fractured right arm in 1981 for which he underwent open reduction with internal metallic fixation of the fractured right arm in 1981. He was involved in an auto accident in 1986. He was involved in an auto accident in 1991 at which time he was diagnosed with a herniated lumbar disc. He was involved in an auto accident in 1993 where he sustained fractured ribs.

**ALLERGIES:** None known.

**PHYSICAL EXAMINATION:** Veit, Romberg, and Trendelenburg maneuvers were negative. The patient complained of pain in the lower dorsal and lumbar areas with attempted flexion, extension, and side bending of the lumbar spine. His range of motion was slightly limited secondary to complaints of pain. Heel and toe step were good. Reflexes of the lower extremities appeared to be physiological. Bowstring maneuver on the right produced complaints of pain in the lumbar area radiating to the right leg. He complained of pain down the entire right leg on this examination. Bowstring maneuver on the left produced some mild pain in the lumbar area. Extensor hallucis was intact bilaterally. The right Lasegue maneuver produced pain in the lumbar area with pain radiating down his right leg. Patrick maneuver was negative. Sitting Lewins and Lindner's maneuver produced pain in the lumbar area.

The patient complained of some pain in the neck and upper back with attempted flexion, extension, and rotation of the cervical spine. His range of motion was fair. Spurling maneuver produced local muscle pain in the neck and upper back without radiation of pain numbness or paresthesias into his upper extremities. Reflexes of the upper extremities appeared to be physiological. Finger and hand grasp were good. There was no weakness of flexion, extension, abduction or adduction of the upper extremities.

John Shipley                          -3-                          July 12, 2004

The patient complained of some discomfort with attempted flexion and extension of the left wrist. There was some discomfort elicited to palpation over the flexor tendons of the left wrist joint.

There did not appear to be any swelling or joint effusion of the right knee; however, the patient complained of acute pain to palpation over the right infrapatellar tendon and bursa.

## IMPRESSIONS:
1. Closed head trauma
2. Cervical dorso-lumbar strain mechanism
3. Lumbar radiculitis with right sciatic neuritis
4. Old herniated lumbar disc aggravated by trauma
5. Traumatic burso-tendonitis of the right knee
6. Strain mechanism of the left wrist
7. Degenerative arthritis of the neck and back aggravated by trauma

## RECOMMENDATIONS:
1. I injected the right knee in the area of the right infrapatellar tendon and bursa with Lidocaine and Kenalog.
2. He was told to continue taking his Ibuprofen, 800 mgs., three times a day, for its anti-inflammatory effect.
3. He was instructed in stretching exercises for his back and advised to perform these on a regular daily basis.
4. The patient was given a prescription for x-ray studies of his neck and back to rule out osseous pathology.
5. The patient was also given a prescription for an MRI study of the lumbar spine.
6. I will see him again in two weeks and hopefully improvement will be noted.

Thank you for the opportunity of participating in this patient's care.

Sincerely yours,

Nicholas R. Pagliei, D.O.

NRP/fa

PLEASE DO NOT
STAPLE IN
THIS AREA

215-580-7470

1234 Market St., 5th Fl
Philadelphia, PA 19107-3780

## HEALTH INSURANCE CLAIM FORM

FORM APPROVED OMB NO. 0938-0008

READ INSTRUCTIONS BEFORE COMPLETING OR SIGNING THIS FORM (CHECK APPLICABLE PROGRAM BLOCK BELOW)

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

| 1 PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) | 2. PATIENT'S DATE OF BIRTH | 3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) |
|---|---|---|
| Shipley, John | 3  4  58 | Septa |

| 4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE) | 5. PATIENT'S SEX | 6 INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS) |
|---|---|---|
| 609 Wildel Road New Castle, DE 19720 | MALE XX   FEMALE | 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 |

| TELEPHONE NO | 7. PATIENT'S RELATIONSHIP TO INSURED | 8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.) |
|---|---|---|
| | SELF  SPOUSE  CHILD  OTHER XX | 2004-001149-001  INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN |

| 9 OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER) | 10. WAS CONDITION RELATED TO | 11 INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE) |
|---|---|---|
| | A. PATIENT'S EMPLOYMENT    YES    NO | |
| | B. ACCIDENT   AUTO   XX OTHER | TELEPHONE NO. |
| | | 11A.   CHAMPUS SPONSOR'S |
| | | STATUS  ACTIVE DUTY  DECEASED  BRANCH OF SERVICE  RETIRED |

| 12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW. | 13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW. |
|---|---|
| SIGNED _John S Shipley_   DATE 7/12/04 | SIGNED INSURED OR AUTHORIZED PERSON _John S Shipley_ |

## PHYSICIAN OR SUPPLIER INFORMATION

| 14. DATE OF ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) | 15 DATE FIRST CONSULTED YOU FOR THIS CONDITION | 16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES | 16A. IF EMERGENCY CHECK HERE |
|---|---|---|---|
| 4/22/04 | 7/12/04 | | |

| 17 DATE PATIENT ABLE TO RETURN TO WORK | 18. DATES OF TOTAL DISABILITY | | DATES OF PARTIAL DISABILITY | |
|---|---|---|---|---|
| | FROM | THROUGH | FROM | THROUGH |

| 19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (E.G., PUBLIC HEALTH AGENCY) | 20 FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES |
|---|---|
| Dr. Paul Epstein | ADMITTED   DISCHARGED |

| 21 NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN OFFICE) | 22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE? |
|---|---|
| | YES   NO   CHARGES |

23. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COL. D BY REFERENCE NOS. 1, 2, ETC. OR DX CODE

1. Closed head trauma 907.0  2. Cervical dorso-lumbar strain mechanism 847.1,847.2 (3) Lumbar radiculitis with right sciatic neuritis 723.4,724.3 (4) Old herniated lumbar disc aggravated by trauma 722.3 (5) Traumatic burso-tendonitis of the right knee 726.60 6. Strain mechanism of left wrist 842.0 (7) Degenerative arthritis of the neck & back aggravated by trauma 721.1,721.3

| EPSDT | YES | NO |
|---|---|---|
| FAMILY PLANNING | YES | NO |

PRIOR AUTHORIZATION NO.

| 24 A DATE OF SERVICE FROM  TO | B PLACE OF SERVICE | C PROCEDURE CODE IDENTIFY | FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D DIAGNOSIS CODE | E CHARGES | F DAYS OR UNITS | G T.O.S. | H PROVIDER IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|---|
| 7/27/04 | 0 | 99215-25 | Extended visit & re-eval. | 5,6,273,4, | 145.00 | | | |
| 7/27/04 | 0 | 20610 | Injection to right knee in area of infrapatellar tendon & bursa | 5 | 100.00 | | | |

| 25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF) | 26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK) | 27. TOTAL CHARGE | 28. AMOUNT PAID | 29. BALANCE DUE |
|---|---|---|---|---|
| 8/3/04 DATE | YES   NO | 245.00 | | |
| | 30. YOUR SOCIAL SECURITY NO. 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 | 31. PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO. 21  003  **PA41311** NICHOLAS R. PAGLIEI, D.O. 4810 STATE RD. DREXEL HILL, PA 19026 Telephone (610) 259-1400 | | |
| 32. YOUR PATIENT'S ACCOUNT NO. | 33. YOUR EMPLOYER ID NO. 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 | ID NO.  610 | | |

(left margin vertical text) COLWELL SYSTEMS INC CHAMPAIGN IL

*PLACE OF SERVICE AND TYPE OF SERVICE (T) O S ) CODES ON BACK  REMARKS.

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/83   038252

FORM HCFA-1500 (1-84) FORM OWCP-1500
FORM CHAMPUS-501 (1-84) FORM RRB-1500
APPROVED BY THE HEALTH CARE FINANCING ADMINISTRATION & CHAMPUS

# NICHOLAS R. PAGLIEI, D.O.

## 4610 STATE ROAD

### DREXEL HILL, PENNSYLVANIA 19026-4397

ORTHOPEDIC SURGERY

610-259-1400
FAX  610-259-4999

July 27, 2004

Paul G. Epstein, D.O. P.C.
Community Hospital Office Building
Suite 103
2602 W. 9th Street
Chester, PA 19013

RE:   John Shipley
AGE: 45
DATE OF ACCIDENT: 4/22/04

Dear Dr. Epstein:

I re-examined John Shipley on July 27th, 2004.

**CHIEF COMPLAINT:** Continued pain in the neck and back. Intermittent pain in the right leg. Flare-up of pain in the right knee.

**HISTORY OF CHIEF COMPLAINT:** The patient relates that following the injection that he received into his right knee, he felt marked improvement. However he states over the past few days, he has had a return of pain in the knee.

He continues to complain of pain in his neck and back with intermittent pain radiating into the right leg.

He was scheduled for x-rays of his neck and back and is also scheduled for an MRI of his lumbar spine. These have not been done to date.

He has some residual discomfort in the left wrist but this seems to be improving.

He continues taking his Motrin on a regular daily basis as prescribed.

The patient continues also treatment with physical modalities by you at your office.

**PHYSICAL EXAMINATION:** The patient had some residual pain in the neck and upper back with attempted flexion, extension, and rotation of the cervical spine. His range of motion was fair. Spurling maneuver continues to produce local pain in the neck and upper back without radiation of pain, numbness or paresthesias into his upper extremities. Reflexes appear to be physiological. Finger and hand grasp were good. There was no weakness of flexion, extension, abduction, or adduction of the upper extremities.

John Shipley                     -2-                      July 27, 2004

There was some residual discomfort in the left wrist with flexion and extension of the wrist joint.

There was no evidence of swelling or joint effusion of the right knee; however, the patient continued to experience some pain to palpation over the right infrapatellar tendon and bursa.

Flexion, extension, and side bending of the lumbar spine continued to produce complaints of pain in the lumbar area. His range of motion was still slightly limited. Heel and toe step were good. Reflexes of the lower extremities seemed to be physiological. Bowstring maneuver on the right continues to produce pain in the lumbar area and right leg. Extensor hallucis was intact bilaterally. The Lasegue maneuver on the left produced pain in the lumbar area. On the right, it produced some pain in the lumbar area radiating down his right leg. Patrick maneuver was negative. Sitting Lewins and Lindner's maneuver continued to produce pain in the lumbar area.

**IMPRESSIONS:**
1      Closed head trauma
2.     Cervical dorso-lumbar strain mechanism
3.     Lumbar radiculitis with right sciatic neuritis
4.     Old herniated lumbar disc aggravated by trauma
5.     Traumatic burso-tendonitis of the right knee
6.     Strain mechanism of the left wrist
7.     Degenerative arthritis of the neck and back aggravated by trauma

**RECOMMENDATIONS:**
1.     I again injected the right knee in the area of the right infrapatellar tendon and bursa with Lidocaine and Kenalog.
2.     He is to continue taking his Ibuprofen on a regular daily basis.
3.     He is to continue with his home stretching exercise program.
4.     He is to have the MRI study as requested.
5.     Further treatment with physical modalities as already instituted.
6.     Osteopathic manipulative therapy as indicated.
7.     I will re-evaluate him again in three weeks. Hopefully improvement will be noted.

Thank you for the opportunity of participating in this patient's care.

Sincerely yours,

Nicholas R. Pagliei, D.O.

NRP/fa

SEPTA
1234 Market St., 5th Fl
Philadelphia, PA 19107-3780

**PLEASE DO NOT STAPLE IN THIS AREA →**

215-580-7470

## HEALTH INSURANCE CLAIM FORM

FORM APPROVED OMB NO. 0938-0008

READ INSTRUCTIONS BEFORE COMPLETING OR SIGNING THIS FORM (CHECK APPLICABLE PROGRAM BLOCK BELOW)

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

### PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Shipley, John

2. PATIENT'S DATE OF BIRTH
3 | 4 | 58

3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Septa

4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
609 Wildel Road
New Castle, DE 19720

5. PATIENT'S SEX
MALE [XX]    FEMALE [ ]

6. INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)
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

7. PATIENT'S RELATIONSHIP TO INSURED
SELF [ ]  SPOUSE [ ]  CHILD [ ]  OTHER [XX]

TELEPHONE NO.

8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)
2004-001149-001

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)

10. WAS CONDITION RELATED TO

A. PATIENT'S EMPLOYMENT
YES [ ]    NO [ ]

B. ACCIDENT
AUTO [ ]    OTHER [XX]

11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)

TELEPHONE NO.

11A. CHAMPUS SPONSOR'S

STATUS  ACTIVE DUTY [ ]  RETIRED [ ]  DECEASED [ ]

BRANCH OF SERVICE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW.

SIGNED  _John Shipley_    DATE  7/12/04

13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW.

SIGNED (INSURED OR AUTHORIZED PERSON)  _John Shipley_

### PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF
ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)
4/22/04

15. DATE FIRST CONSULTED YOU FOR THIS CONDITION
7/12/04

16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES

16A. IF EMERGENCY CHECK HERE

17. DATE PATIENT ABLE TO RETURN TO WORK

18. DATES OF TOTAL DISABILITY
FROM          THROUGH

DATES OF PARTIAL DISABILITY
FROM          THROUGH

19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (E.G. PUBLIC HEALTH AGENCY)
Dr. Paul Epstein

20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES
ADMITTED          DISCHARGED

21. NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN OFFICE)

22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?
YES [ ]   NO [ ]   CHARGES

23. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COL. D BY REFERENCE NOS. 1, 2, 3, ETC. OR DX CODE
1. Closed head trauma 907.0 2. Cervical dorso-lumbar strain mechanism 847.1,847.2 (3) Lumbar radiculitis with right sciatic neuritis 725.4,724.3 (4) Old herniated lumbar disc aggravated by trauma 722.3 (5) Traumatic burso-tendonitis of the right knee 726.60 6. Strain mechanism of left wrist 842.00 (7) Degenerative arthritis of the neck & back aggravated by trauma 721.1,721.3

EPSDT  YES [ ]  NO [ ]
FAMILY PLANNING  YES [ ]  NO [ ]

PRIOR AUTHORIZATION NO.

| 24. DATE OF SERVICE FROM | TO | B. PLACE OF SERVICE | C. PROCEDURE CODE (IDENTIFY) | FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D. DIAGNOSIS CODE | E. CHARGES | F. DAYS OR UNITS | G. T.O.S. | H. PROVIDER IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 7/12/04 | | 0 | 99245-25 | Comprehensive Orthopedic history & physical exam. | 1,2,3,4, 5,6,7, | 310.00 | | | |
| 7/12/04 | | 0 | 20610 | Injection to right knee in area of infrapatellar tendon & bursa | 5 | 100.00 | | | |
| 7/12/04 | | 0 | 97530 | Instruction in stretching exercises for back | 2 | 50.00 | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**COLWELL SYSTEMS INC CHAMPION IL**

25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREES) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF.)

7/20/04
DATE

26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)
YES [ ]   NO [ ]

27. TOTAL CHARGE
460.00

28. AMOUNT PAID

29. BALANCE DUE

30. YOUR SOCIAL SECURITY NO.
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

31. PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.
21  003  **PA41311**
NICHOLAS R. PAGLIEI, D.O.
4610 STATE RD.
DREXEL HILL, PA 19026
Telephone No. 259-1400

32. YOUR PATIENT'S ACCOUNT NO.

33. YOUR EMPLOYER ID NO.
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

ID NO
610

*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK
REMARKS.

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 6/83    038252

FORM HCFA-1500 (1-84) FORM OWCP-1500
FORM CHAMPUS-501 (1-84) FORM RRB-1500
APPROVED BY THE HEALTH CARE FINANCING ADMINISTRATION & CHAMPUS

Date/Time:  6/29/04  13:5 59
---------------------------------------------------------------------------

Progrm: CMS301
                        Crimes Management System          Page:    1
                             Incident Report
---------------------------------------------------------------------------

Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT

Date of Occurrence.:  4/22/04  thru  4/22/04  Time of Occur.:  8:41 thru  8:41
Date of Report.....:  4/22/04                Time of Report:  8:46
Dispatched.........:  4/22/04 @  8:49        Responded.....:           @  0:00
Arrived............:  4/22/04 @  9:17        Cleared.......:  4/22/04 @ 10:36

Day of the Week...:  THURSDAY
Common Name.......:  TRACK 2 WILMINGTON STATION
Incident Location.:  2680 MAIN LINE SOUTH WIL      APT: .58
Incident Cty/ST/PR:  WILMINGTON F/O                ZIP:
County............:  DE-NEW CASTLE
Location Type.....:  AMTRAK STATION                    319
Beat Assignment...:  WILMINGTON DE                      MILE POST: SWILS0301
District..........:  MID ATLANTIC NORTH DIVISION
Patrol Area   :  WILMINGTON-STATION(MP 26.8)
Department Classif:  MEDICAL/ INJURY PATRON/PASSENGER
Reporting Officer.:  BRIAN V LARKIN
   CASE STATUS......:  CLOSED                      Date:  4/22/04
Alcohol Related...:  NO
Drugs Related.....:  NO

************* V E R I F I C A T I O N    I N F O R M A T I O N *************
DATA ENTRY CLERK..:  6/29/04  Employee: DONALD FORTE
REPORT OFCR REVIEW:           Employee:
APPROVED..........:  5/06/04  Employee: WALTER W WAHLER

************* C A S E    M A N A G E M E N T    I N F O R M A T I O N *************

Case Disposition.: CLOSED                                 CLOSED      Date:  4/22/04
Case Forwarded To:

***************** V E H I C L E    I N F O R M A T I O N *****************

       OTHER
   UCR PROPERTY.: VEHICLES                         V E H I C L E  #    1
UCR VEHICLE TYPE: ENGINE/LOCOMOTIVE                         Year: 0000
Make.:                        Model:               Permit#:
Style: TRAIN - PASSENG        Color:
LIC/TRN #: SEPTA 4730         ST:    DATE: Country....:
VIN/CAR #
Vehicle Damaged Code:
Damaged/Stolen Value:         $0.         Disposit`n: OTHER (SEE NARRATIVE)
Insured (Y/N).......:                     Insured By:
Controlling Officer.: BRIAN V LARKIN
Veh Feature/Oddity..:
Keys in Vehicle.....:                     Vehicle Locked:
Lein Holder.........:
Stolen Location.....:
        City/ST/PR...:
NCIC #.......:                            STATE#:
NCIC ENT DATE:                                NCIC CAN DATE:
Misc. ID #...:

COPY
NOT TO BE DUPLICATED
This copy consists of
and is furnished for the
Septm key offices
and is not to be
furnished to any
agency, except
without the express
and is to be returned
upon demand.

```
Date/Time:  6/29/04  13:5  59
-----------------------------------------------------------------------
                         Crimes Management System          Page:    2
Progrm: CMS301               Incident Report
-----------------------------------------------------------------------
 Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT           (Continued)

 Recovered By.:
 Recovery Loc.:                                       Date:
    City/ST/PR:                                       Time:    0:00
                                                     $Value:      $0.
 Recovery Code:
 Owner Notifd.:            By Whom:
```

****************** P E R S O N   I N F O R M A T I O N ******************

```
      * C O M P L A I N A N T *          INFORMATION  #    1
Name: JOHN SHIPLEY                                  DOB.: ████████████
Addr:                                               SSN.: ████████████
City: ████████        ST: ████  ZIP: ████████       Phn#: ████████████
POB.:                 ST:        Country:
Empl:
Occp:                                                Bus#:
Race.......: BLACK
Ethnic Org.: NON-HISPANIC                 Sex.: MALE
OL #.......: ██████               OL ST: DE  Country:
Age........: 46                                      Misc#:
Height.....: 000 FT./IN.
Weight.....:     LBS.

      * P E R S O N   R E P O R T I N G *  INFORMATION  #    1
Name: COREY F. SHAW                                 DOB.: ████████████
Addr:                                               SSN.: 000000000
City:                 ST:        ZIP: 000000000     Phn#: ████████████
POB.:                 ST:        Country:
Empl:
Occp: CONDUCTOR                                      Bus#: ████████████
Race.......: WHITE                        Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #.......:                      OL ST:    Country:
Age........: 44                                      Misc#:
Height.....: 000 FT./IN.
Weight.....:     LBS.
      * W I T N E S S *                   INFORMATION  #    1
Name: NORRIS PAYNE                                  DOB.: ████████████
Addr:                                               SSN.: 000000000
City:                 ST:        ZIP: 000000000     Phn#: ████████████
POB.:                 ST:        Country:
Empl:
Occp: CONDUCTOR                                      Bus#: ████████████
Race.......: BLACK                        Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #.......:                      OL ST:    Country:
Age........: 67                                      Misc#:
Height.....: 000 FT./IN.
Weight.....:     LBS.
      * W I T N E S S *                   INFORMATION  #    2
```

Date/Time:    6/29/04   13:54 59
---------------------------------------------------------------------------
                        Crimes Management System
Progrm: CMS301              Incident Report                Page:    3
---------------------------------------------------------------------------
   Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT              (Continued)

Name: ALICE HUTCHINSON                        DOB.:
Addr:                                         SSN.: 000000000
City:                  ST:      ZIP: 000000000 Phn#:
POB.:                  ST:        Country:
Empl:                                         Bus#:
Occp:
Race.......: WHITE                  Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
OL #.......:                   OL ST:    Country:
Age........: 44                               Misc#:
Height.....: 000 FT./IN.
Weight.....:     LBS.

        * W I T N E S S *                INFORMATION   #   3
Name: PEGGY HEINS                             DOB.:
Addr:                                         SSN.: 000000000
City:                  ST:      ZIP: 000000000 Phn#:
POB.:                  ST:        Country:
Empl:                                         Bus#:
Occp:
Race.......: BLACK                  Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
OL #.......:                   OL ST:    Country:
Age........: 41                               Misc#:
Height.....: 000 FT./IN.
Weight.....:     LBS.

************************** N A R R A T I V E   # 1 ****************************
CAD Information              Reported By:                        4/22/04

    Call#: 041130134      Beat: SECTOR 3
    Units.: 404WIL      Employees: 0000001732 LARKIN, BRIAN
    UNIT RPTS M/A REFUSED MEDICAL ATTENTION AND WISH TO CONTINUE
    WITH TRAVEL.
    CLEAR
    EMS REQUESTED FOR M/A COMPLAINING OF PAIN TO THE LEGS
    AND KNEES AND A POSSIBLE BROKEN ARM.
    EMS ON SCENE
    RPT TO FOLLOW
    R/P STATES M/A WAS INJURED TRYING TO BOARD A SEPTA R2 TRAIN
    *
    *
    *
    *
    *

    ON APRIL 22, 2004, AT APPROXIMATELY 0843 HOURS, THIS OFFICER ARRIVED
    ON THE PLATFORM OF THE WILMINGTON TRAIN STATION, TRACK TWO (2), AND
    SPOKE WITH REPORTING PERSON (R/P) SHAW, COREY, WHO IS THE CONDUCTOR
    OF SEPTA TRAIN #4730.

    R/P SHAW'S STATEMENT TO THIS OFFICER WAS THAT HE WAS WORKING TRAIN

Date/Time:  6/29/04  13:54  9
```
--------------------------------------------------------------------------
                           Crimes Management System
Progrm: CMS301                 Incident Report               Page:    4
--------------------------------------------------------------------------
Case No.: 1-04-008596 AMTRAK POLICE DEPARTMENT               (Continued)
```

#4730.  HE SAID THE TRAIN HAD JUST PULLED INTO THE WILMINGTON TRAIN
STATION  AT 0839 HOURS.  AT 0841 HOURS, HE WAS STANDING ON THE SECOND
CAR IN FRONT OF THE OPEN DOOR AS THE TRAIN WAS STARTING TO PULL OUT.
WHILE THE TRAIN WAS MOVING ALONGSIDE THE PLATFORM, A MAN (SHIPLEY,
JOHN) JUMPED ON THE TRAIN THROUGH THE DOOR HE WAS STANDING IN FRONT
OF.  HE TOLD SHIPLEY TO GET OFF THE TRAIN AND EXTENDED HIS ARM IN
FRONT OF SHIPLEY'S CHEST WHILE SHIPLEY WAS STILL STANDING IN FRONT OF
THE DOOR TO BLOCK HIM FROM GETTING ON THE TRAIN.  WHILE HIS ARM
REMAINED OUT, THE TRAIN WAS BEGINNING TO STOP, AND AT THAT TIME,
SHIPLEY FELL OFF THE TRAIN AND ON TO THE PLATFORM.

SHIPLEY'S STATEMENT TO THIS OFFICER WAS THAT HIS RIGHT ARM, RIGHT
KNEE, AND LEFT LEG WERE VERY SORE.  SHIPLEY TOLD THIS OFFICER THAT
THE TRAIN WAS NOT MOVING WHEN HE JUMPED ON.  THE TRAIN STARTED TO
MOVE RIGHT AFTER HE STEPPED ON AND THAT REPORTING PERSON (R/P) SHAW
TOOK BOTH HANDS AND PUSHED HIM IN THE CHEST WHILE HE WAS STANDING IN
THE DOORWAY ON THE TRAIN.  AT THAT TIME HE FELL OFF THE TRAIN.

THERE WERE THERE (3) WITNESSES (NORRIS PAYNE, WHO IS ANOTHER
CONDUCTOR THAT WAS ON TRAIN #4730, ALICE HUTCHINSON, WHO WAS STANDING
ON THE PLATFORM, AND PEGGY HAINS, WHO WAS ALSO STANDING ON THE
PLATFORM).  NORRIS PAYNE SAID THE TRAIN WAS MOVING WHEN SHIPLEY
JUMPED ON AND SHAW DID EXTEND HIS ARM BLOCKING SHIPLEY FROM COMING
FURTHER INTO THE TRAIN.  PEGGY HEINS SAID THE TRAIN WAS MOVING WHEN
SHIPLEY JUMPED ON AND THAT SHAW EXTENDED HIS ARM PUSHING SHIPLEY OFF
THE TRAIN.  ALICE HUTCHINSON SAID THE TRAIN WAS MOVING WHEN SHIPLEY
JUMPED ON AND THAT SHAW DID EXTEND HIS ARM BLOCKING SHIPLEY FROM
COMING FURTHER INTO THE TRAIN, BUT DID NOT PUSH HIM OFF THE TRAIN.

EMS WAS CALLED TO THE SCENE, AND SHIPLEY TOLD THEM THAT HE WAS IN
PAIN BUT DID NOT WANT ANY MEDICAL ATTENTION AT THIS TIME.  THIS
OFFICER ASKED SHIPLEY IF HE HAD TICKET FOR TRAIN #4730, AND HE SAID
NO, HE WAS GOING TO BUY ONE ON THE TRAIN.  THERE IS A CAMERA ON THE
PLATFORM WHERE THE INCIDENT OCCURRED.  UPON THIS OFFICER'S REVIEW OF
THE TAPE, THE TRAIN WAS MOVING WHEN SHIPLEY JUMPED ON.  THE R/P SHAW
WAS OUT OF VIEW FROM THE CAMERA.

NOTHING FURTHER.

APD INCIDENT NO. 04-008596 CLOSED.

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```



1234 Market Street
Philadelphia, PA 19107-3780

**Southeastern Pennsylvania Transportation Authority**
*Safety • Service • Continuous Improvement*

*0 4 -008596*

# Telecopier Message

SEPTA

Claims Dept.

| | | |
|---|---|---|
| Date | : | 6-29-04 |
| To | : | Annette Irons. |
| From | : | Ken Orie    Septa    Fax 215- 580- 7058. |
| Pages | : | 1.    (Including this page) |
| Notes to Receiver | : | Pleas fax Polce Report Involving Johns, Shipley D.O.A. 4:22-04  8:43 AM. Wilmington Station Track #2. |

Sending Incoming Telecopies to (215) 580-7058.

\* \* \*  Transmission Result Report(MemoryTX)  ( Jun.29. 2004 10:28AM ) \* \* \*

1)
2)

Date/Time: Jun.29. 2004 10:28AM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 0644 Memory TX | 912153492630 | P. 1 | OK | |

--------------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail        E.2) Busy
E.3) No answer                   E.4) No facsimile connection



1234 Market Street
† Philadelphia, PA 19107-3380

Southeastern Pennsylvania Transportation Authority
Safety • Service • Continuous Improvement

## Telecopier Message

SEPTA

Claims Dept

Date        :    6-29-04

To          :    Aluette Ittons

From        :    Ken Ode  Septa
                 Fax 215-580-7058.

Pages       :    1.    (Including this page)

Notes to    :    Pleas fax Police Report Involving John's Shipley
Receiver         DOA 4-28-04 8:45 AM.
                 Wilnington Station
                 Trantn2.

Sending Incoming Telecopies to (215) 580-7058



**Southeastern Pennsylvania Transportation Authority**
*Safety • Service • Continuous Improvement*

1234 Market Street
Philadelphia, PA 19107-3780

# Telecopier Message



SEPTA

Claims Dept.

Date        :        6-29-04

To          :        Annette Irons.

From        :        Ken Offe    Septa
                     FAX 215-580-7058.

Pages       :        1.                    [Including this page]

Notes to    :        Pleas fax Police Report involving Johns, Shipley
Receiver             D.O.A. 4-22-04  8:43 AM.
                     Wilmington Station
                     Track #2.

Sending Incoming Telecopies to (215) 580-7058

```
user-id:  DQC                  septa claims risk system                    s65c300
                               accident details                            o65c300
today  06/28/2004   date reported  05 / 10 / 2004   claim date  06 / 28 / 2004
written notification 00 / 00 / 0000        diary date  00 / 00 / 0000   nc
year  2004        number  001149         sequence  001            person  C
division  Y       subdivision  R           fpb            status  OPEN
last name  SHIPLEY          first  JOHN              middle initial
umta  86221R           cat yr 0000 cat num 000000 cat seq 000 cat per
acc date 04 / 22 / 2004      acc time  08 : 41  A        acc class  0081
route       dir       block       veh no        veh class        depot  RAIL
weather            visibility            highway        passengers       0
operator no  0000000000    police inv    police type  ICA    badge  00000000
supervisor  S006          adjuster        atty code        oc
location WILMINGTON
explanation   PASSENGER TIRED TO BAORD TRAIN AND FELL
INJURY RIGHT ARM AND LEFT LEG
WIMINGTON HOSP FOR TREATMENT
extraordinary          fatal            pol name
tot res $        3,999.00   tot pay $          0.00  out res $        3,999.00
messages:  ACCIDENT DETAILS HAVE BEEN UPDATED
enter-add  1-upd  2-inq  3-dt-bws  4-ntd  5-del  6-menu  7-per-dtl  8-lit-dtl
10-stat-hst  11-letters  12-add-clms  13-fpb-bws  14-inv-hdr  15-res-hst  16-spv-hst
```

Mon Jun 28 10:39:58

Southeastern Pennsylvania Transportation Authority

# Claims Form

FILE NO. Y04-004410-999

| NAME OF CLAIMANT: | DATE OF BIRTH: | SOCIAL SEC. NO.: |
|---|---|---|
| John S Shipley | 03-04-1958 | 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 / 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 |

| ADDRESS: | PHONE NUMBER: |
|---|---|
| 609 Wildel Avenue | 610-872-7338 |
| New Castle De 19720    19720 | |

**ACCIDENT / INCIDENT DETAILS:**

| DATE: | TIME: | LOCATION: |
|---|---|---|
| April 22, 2004 | 08:43 Am | Wilmington Train Station |

| IF SEPTA VEHICLE INVOLVED: ROUTE: | VEHICLE NO.: | WHERE YOU HAD BOARDED: | DIRECTION: |
|---|---|---|---|
| Septa Regional Rail line Rathakawa | 4730 | Track 2 | North |

NAME OF SEPTA (EMPLOYEE, DRIVER, CONDUCTOR, CASHIER) INVOLVED IN ACCIDENT / INCIDENT:

Unknown there was a Septa report filed

IF NAME OF INVOLVED SEPTA EMPLOYEE IS UNKNOWN, PLEASE ANSWER THE FOLLOWING:

| SEX: | RACE: | AGE: | HEIGHT: APx | WEIGHT: APx | OTHER DESCRIPTION: |
|---|---|---|---|---|---|
| M | W | N/A | 5'10 | 170-180 | Blk Hair |

PLEASE DESCRIBE ACCIDENT / INCIDENT AS FULLY AS POSSIBLE. (USE BACK OF THIS SHEET IF NEEDED. MAKE CERTAIN IT IS SIGNED & DATED)

I approached the ticket booth at 8:40 Am and requested a ticket. I looked at the time and I began to run for the train because I knew that it was scheduled to

NAME, ADDRESS, AND TELEPHONE NUMBER OF ANY WITNESSES:

See Septa police report

**INJURIES (IF APPLICABLE)**

| NAME(S) OF TREATING DOCTOR(S): | NAME(S) OF HOSPITAL(S): |
|---|---|
| Dr. Paul Epstein MD & others | Christiana Care Wilmington Hospital |

WHAT INJURIES DID YOU SUSTAIN:

Elbous, arms, knees, legs, back and head and mouth

**EMPLOYMENT:**

| NAME OF EMPLOYER: | PHONE NUMBER: |
|---|---|
| Self employeel John's Auto Services & Shipley Seafood | 610-872-7338 |

| TYPE OF JOB: | SALARY, TIME OUT OF WORK: |
|---|---|
| auto mechanic & auto bodywork | varies |

I certify that the above statements are true to the best of my knowledge, information and belief. I understand that the giving of false statements regarding a claim is a crime and that if I do give false statements, I may be subject to criminal prosecution.

| SIGNATURE: | DATE: |
|---|---|
| John S Shipley | 6-20-04 |

© SEPTA 1992 2-92-09536-F0001/REV. 11/01

he didn't have to do him like that!!
As I fell from the moving train,
the force from the movement caused
my body to be sucked back to the side
of the train like a magnet. My
body lingered along the side of
the train and then was slammed
to the ground. I then heard people
screaming and hollering, "Oh my
God is he bleeding. Help him!!!"
As I looked up and saw the end of
the train, I said to myself "God
is good and he is with me." The
exited PEOPLE tried to help me
up but I said no I can get up. The
train police then arrived ONE LADY Told police
THAT LADY could NOT SEE FROM THAT ANGLE FROM WERE SHE WAS
ANd stood but I SAW tHE conductoR POSH him off he did NOT FAIL off
the MovingTRAIN

I do not have an attorney at this
time, however. if I need one please
advise and I will take the
necessary legal steps if we cannot
agree upon settlement to this matter

Date 6-20-04                    John S Shipl

 

Southeastern Pennsylvania Transportation Authority
*Safety • Service • Continuous Improvement*

1234 Market Street
Philadelphia, PA 19107-3780

May 12, 2004

John Shipley
609 Wildel Avenue
New Castle, DE 19720

**Re:**                    **File No.: Y04-004410-999**

Dear Mr. Shipley:

In reply to your recent communication, we are enclosing a claim application
to be filled out and returned to this office.  Upon receipt of the same, we will
advise you further.

Very truly yours,

SEPTA CLAIMS DEPARTMENT

/dk
Enclosures

(Continued from reverse side...)

## TRAIN CREW INFORMATION

Engineer: George Walters

Position on train at time of occurrence:

Conductor: Norris R Payne

Position on train at time of occurrence: 2nd Car #140

Assistant Conductor: Corey Shaw

Position on train at time of occurrence: 1st Car #139

Assistant Conductor:

Position on train at time of occurrence:

## WITNESS INFORMATION

Was accident/incident or injury witnessed? ☒ YES ☐ NO    If yes, by whom?    ☐ Employee(s) ☐ Passenger(s) ☐ Other(s)

Name, Address, Phone #:                                      ☐ employee ☒ non-employee

Name, Address, Phone #:                                      ☐ employee ☒ non-employee

Name, Address, Phone #: Amtrak Police Mr Roy Carkins Interview witness    ☐ employee ☒ non-employee

Did *YOU* witness this accident/incident or injury? ☒ YES ☐ NO    State *exactly* what you observed; if you did not observe anything or do not know of anything that may have contributed, please state this in your own words:

Passenger Tried To Board A moving Train

## INFORMATION ON ACCIDENT/INCIDENT OR INJURIES

Injury occurred to... ☒ Passenger(s) ☐ Trespasser(s) ☐ Employee(s)    If employee, was injury to yourself?  ☐ YES ☒ NO

Did supervision arrive at the scene to investigate? ☒ YES ☐ NO    If yes, indicate whom: Amtrak Police

Give a detailed account of the accident/incident or description of the injury; include any other pertinent information you may want to offer:

Mr John Shipy Tried To Board A moving Train
He Fell And Hurt His Right Arm & Left Leg
He Said He did not need medical Help


Mr John Shipy Address
609 Wildel Ave
New Castel Del
Phone 610 872 7382


Employee Signature: Norris R Payne Sr          Date: 4-22-4

# CLAIMANT'S TELEPHONE REPORT

Name of Claimant __John Shipley__

Address __609 Wildel Ave New Castle DE 19720__

Telephone Number __(610) 872-7338__ Date of Accident __4/22/04__ Time __9:43 Am__

Property Damage _____ (Ask who is the owner/make & model)

Personal Injury ____X____ Both _____

Location __Wilmington Station__

Route _____ Block _____ Direction _____ Vehicle No. _____ Acct. No. _____

Description of Operator _____ Did he take name? _____

Did you use a Transpass/Trailpass# _____ Weekly/Monthly/Zone# _____

How Accident Happened ~~Train fell + broke~~
~~train~~ Train Normally on track #1 — Switched
it to track #2 / Running for train / Jump
on train behind Conductor / Claims Conductor
Pushed him off train while train was in motion
He fell + rolled Injury: Legs / Back / Arms / Claims train backed up
Able to get up on his own

Name & Address of Witnesses: Police Report Made
'laims conductor told him NO threw him off the train
told him Get off / Pushed him off the train

Name of Attending Physician or Hospital __Wilmington Hosp —__

Name of person calling __Same As Above__

Address _____ Telephone No. _____

Received By __D. Keels__ Date __5/10/04__ Time __2:49 pm__

```
user id: DLK    s e p t a  c l a i m s / r i s k  s y s t e m        s65c200
                     claimant/incident information                    o65c200
                          personal details

today 05/12/2004 report 05 10 2004 claim 00 00 0000 written notice 00 00 0000
year 2004          number 004410              sequence 999           person C

catalog yr ____     catalog num _____     catalog seq ___     catalog per _
division  Y         sub-division  R         source  STAT         damage  BI
employee number  0000000000  job code        social security  999 - 99 - 9999
occ                                    title
last name  SHIPLEY               first  JOHN                     mi
add 1   609 WILDEL AVENUE        add 2
city  NEW CASTLE                 state  DE          zip  19720   0000
home phone  610 - 872 - 7338    other phone  000 - 000 - 0000   ext  0000
age  000 birth  00 / 00 / 0000 sex  M  marital stat     vendor no
plaintiff: atty name                              atty code  _____
           atty firm
incoming caller  MR. SHIPLEY 5/10/04             telephone  000 - 000 - 0000
address  C/A SENT:5/12/2004
messages:  *** RECORD HAS BEEN SUCCESSFULLY UPDATED ***
clear-exit  enter-add     pf1-update    pf2-inquiry   pf3-browse   pf5-delete
pf6-menu    pf7-back scr  pf8-next scr  pf10-atty code            pf11-letters
```

Wed May 12 10:34:38

```
user-id:  DLK                septa claims risk system              s65c300
                                accident details                    o65c300
today  05/10/2004   date reported  05 / 10 / 2004   claim date  00 / 00 / 0000
written notification 00 / 00 / 0000      diary date  00 / 00 / 0000   nc
year  2004     number  004410        sequence  999             person  C
division  Y        subdivision  R        fpb             status
last name  SHIPLEY          first  JOHN             middle initial
umta  86221R            cat yr 0000 cat num 000000 cat seq 000 cat per
acc date 04 / 22 / 2004      acc time  08 : 41  A       acc class  0081
route      dir    block       veh no       veh class      depot  RAIL
weather         visibility            highway          passengers    0
operator no  0000000000    police inv      police type  WTH    badge  00000000
supervisor           adjuster        atty code          oc
location WILMINGTON
explanation    PASSENGER TIRED TO BAORD TRAIN AND FELL
INJURY RIGHT ARM AND LEFT LEG
WIMINGTON HOSP FOR TREATMENT
extraordinary           fatal            pol name
tot res $           0.00    tot pay $          0.00  out res $         0.00
messages:  ACCIDENT DETAILS HAVE BEEN UPDATED
enter-add  1-upd  2-inq  3-dt-bws  4-ntd  5-del  6-menu  7-per-dtl  8-lit-dtl
10-stat-hst 11-letters 12-add-clms 13-fpb-bws 14-inv-hdr 15-res-hst 16-spv-hst
```

Called
5/10/04
@ 2:49pm from
Please Pull WTH

Mon May 10 15:58:53

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY
LEGAL DEPARTMENT

SUBPOENA AND ACCEPTANCE FORM

COPY

*Morris Payne Jr.* # 041168     *Pac*
WITNESS NAME & ACCOUNT     LOCATION

*1/26/06 @ 10:30 AM*
DATE AND TIME     1234 Market Street, 5th Floor
PLACE

*Shipley*
PLAINTIFF     *04-1149-1*
SEPTA FILE NUMBER

vs.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY     *E Katz*
DEFENDANT     ATTORNEY

_____
EMPLOYEE SIGNATURE          DATE

CHECK WITH THE DISTRICT DISPATCHER AT 7:00 P.M. ON THE DAY PRIOR TO THE TRIAL DATE TO LEARN THE STATUS OF THE CASE.

PLEASE REMEMBER TO WEAR YOUR UNIFORM FOR THIS COURT APPEARANCE.

_____
DISPATCHER SIGNATURE          DATE

SEND SIGNED COPY TO THE WITNESS UNIT. 1234 MARKET STREET, 5TH FLOOR

REMARKS: DISPATCHER: PLEASE HAVE THE EMPLOYEE SIGN THIS SUBPOENA AND FAX SUBPOENA TO THE SEPTA WITNESS UNIT ON FAX 7073. PLEASE NOTIFY EMPLOYEE AS SOON AS POSSIBLE. ANY QUESTIONS, PLEASE CALL THE ATTORNEY LISTED ABOVE AT EXTENSION _____

PLEASE RETAIN A COPY FOR THE OPERATOR AND THE DISTRICT FILE.

```
user: AMLD                   Workers' Compensation System                    s261100
                              Current Personnel Profile

           emp# 041168      ssn 229 - 46 - 1094              location 01???????

last PAYNE SR          first NORRIS          mi R            pr lvl      62
job# 2533   title CONDUCTOR                                  company     3100
                                                             mgmt ctr    18734
address 1                                                    cost ctr    9900
address 2  5707 SPRUCE ST                                    pay type    T
city/state PHILADELPHIA              PA   zip 19139

work 215 580 - 5737          home 000 000 - 0000      last incr 12 / 10 / 2005
date hired 01 / 01 / 1983    sex M                    age 069
date terminated    /    /    employee status          birth date 07 / 04 / 1936
length of service: yymm 2300                          pay frequency 1

union cd UTU B               supervisor cd    000922  marital status S
health code P1               health type 1            health num 000073219
                             health type 1            employment code
;
messages:
clear-exit   pf2-inq   pf3-emp brw   pf4-return   pf6-menu   pf9-refresh   pf10-wage
```