IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY | : | |
| | : | No.:  06-261 JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY OF 12 DEMANDED |
| | : | |
| COREY SHAW, SEPTA and | : | |
| TRAVELERS' INSURANCE CO. | : | |
| | : | |
| Defendants. | : | |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW THE APPEARANCE** of Kevin J. Connors, Esquire, as counsel on behalf of defendants, Corey Shaw and SEPTA.

**PLEASE ENTER THE APPEARANCE** of Elizabeth A. Saurman, Esquire, as counsel on behalf of defendants, Corey Shaw and SEPTA.

                                           **MARSHALL, DENNEHEY, WARNER,**
                                              **COLEMAN & GOGGIN**

                              By:    /s/ Elizabeth A. Saurman
                                      Elizabeth A. Saurman, Esquire
                                        (DE I.D.#3217)
                                        1220 N. Market St., 5th Flr.
                                        P.O. Box 8888
                                        Wilmington, DE  19899-8888
                                        302-552-4324
                                        Attorney for Defendants
                                        Corey Shaw and SEPTA

DATED:     December 27, 2006

\15_A\LIAB\EASAURMAN\LLPG\367135\BAJOHNSON\19179\00443

CERTIFICATE OF SERVICE

I, ELIZABETH A. SAURMAN, hereby certify that on December 27, 2006, I caused two copies of the foregoing Substitution of Counsel to be served by first class U.S. Mail, postage pre-paid, on the party at the following address:

John S. Shipley
609 Wildel Ave
New Castle, DE 19720

          MARSHALL, DENNEHEY, WARNER,
            COLEMAN & GOGGIN


        By: /s/ Elizabeth A. Saurman
          ELIZABETH A. SAURMAN (DE 3217)
          1220 North Market Street, 5th Flr.
          P.O. Box 8888
          Wilmington, DE 19899
          (302) 552-4324
          Attorney for
           Corey Shaw and SEPTA

\15_A\LIAB\EASAURMAN\LLPG\367141\BAJOHNSON\19179\00443