IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-261-JJF |
| | : | |
| COREY F. SHAW, SEPTA, and | : | |
| TRAVELERS' INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

At Wilmington, this 16 day of February 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Travelers' Insurance Company's Motion To Dismiss (D.I. 7) is **GRANTED**.

*/s/ Joseph J. Farnan, Jr.*
UNITED STATES DISTRICT JUDGE