IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY : | |
| : | NO. 06-261-JJF |
| **Plaintiff,** : | |
| : | |
| : | JURY OF 12 DEMANDED |
| COREY F. SHAW, SEPTA, AND : | |
| TRAVELERS' INSURANCE COMPANY. : | |
| : | |
| **Defendant.** : | |

### DEFENDANT TRAVELERS' INSURANCE COMPANY'S
### BRIEF ANSWER TO PLAINTIFF'S
### MOTION FOR RECONSIDERATION

NOW COMES, Defendant Travelers' Insurance Company by and through its undersigned counsel in opposition to Plaintiff's Motion for Reconsideration of the February 17, 2007 Order dismissing Plaintiff's direct claims against it.  Pursuant to Local District Court Civil Rule 7.1.5, Defendant briefly answers the grounds asserted for reconsideration as follows:

1.   The allegations in Plaintiff's Motion for Reconsideration are similar in nature and detail to those contained in Plaintiff's Complaint and Motion in Opposition to Defendants Motion to Dismiss.  In the Motion for Reconsideration, Plaintiff repeats that he has made a claim for personal injury as a result of an alleged act of negligence by a SEPTA employee on April 22, 2004, that he has sought a settlement of that claim against SEPTA through its insurance and that he has not been able to get the settlement he sought.  He repeats that he believes Travelers' acted in bad faith.

2.   The Court heard and understood Plaintiff's allegations, but rejected them in the February 16, 2007 Memorandum Opinion.  The Memorandum Opinion recounts Plaintiff's arguments against Traveler's dismissal specifically as "Plaintiff objects to the Motion on the

basis that Travelers acted in bad faith when it attempted to settle the matter" and "Plaintiff argues that he has received no compensation, he gave Travelers' attorney authorization to obtain information regarding the April 21, 2006 [sic] incident, and Travelers made a bad faith attempt to settle the matter."  Docket # 30 at 3-4.  The Memorandum Opinion ruled that "Plaintiff's attempt to claim bad faith on the part of Travelers does not aid in his attempt to defeat the Motion to Dismiss."  Docket #30 at 4.

      2.    Under Local District Court Rule 7.1.5, reargument is not appropriate where it "merely allow[s] for rehashing of arguments already briefed, considered and decided."  *Oglesby v. Penn Mutual*, 877 F.Supp. 872, 892 (D.Del. 1995).  Moreover, it is not to be a tool to allow for "a never ending polemic between the litigants and the Court."  *Id.*

      3.    Plaintiff cites no authority that Federal law governs the issues or would allow a direct claim against a liability insurer prior to a determination of the insured's liability.

WHEREFORE, Travelers Insurance Company respectfully asks that this Honorable Court deny Plaintiff's Motion for Reconsideration.

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN


By:    /s/ Elizabeth A. Saurman
         ELIZABETH A. SAURMAN DE #3217
         1220 North Market Street, Suite 500
         P.O. Box 8888
         Wilmington, DE 19899-8888
         (302) 552-4324
         Attorney for Defendants

Dated: March 8, 2007

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY : | |
| : | NO. 06-261-JJF |
| Plaintiff, : | |
| : | |
| : | JURY OF 12 DEMANDED |
| COREY F. SHAW, SEPTA, AND : | |
| TRAVELERS' INSURANCE COMPANY. : | |
| : | |
| Defendant. : | |

## ORDER

AND NOW, having considered Plaintiff's Motion for Reconsideration of the February 16, 2007 order dismissing the claims against Travelers' Insurance Company and Travelers' Insurance Company's arguments in opposition to reconsideration,

Plaintiff's Motion for Reconsideration is DENIED. The claims against Travelers' Insurance Company remain dismissed.

_____
J.

CERTIFICATE OF SERVICE

I, ELIZABETH A. SAURMAN, hereby certify that on March 8, 2007, I caused two copies of the foregoing Defendant Travelers' Insurance Company's Brief Answer to Plaintiff's Motion for Reconsideration to be served by first class U.S. Mail, postage pre-paid, on the party at the following address:

John S. Shipley
609 Wildel Ave
New Castle, DE 19720

                                          MARSHALL, DENNEHEY, WARNER,
                                              COLEMAN & GOGGIN

By:   /s/ Elizabeth A. Saurman
       ELIZABETH A. SAURMAN (DE 3217)
       1220 North Market Street, 5th Flr.
       P.O. Box 8888
       Wilmington, DE 19899
       (302) 552-4324
       Attorney for Defendants

\15_A\LIAB\EASAURMAN\LLPG\413690\EASAURMAN\19179\00443