N THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY | : |
| | : NO. 06-261-JJF |
| Plaintiff, | : |
| | : |
| | : JURY OF 12 DEMANDED |
| COREY F. SHAW, SEPTA, AND | : |
| TRAVELERS' INSURANCE COMPANY. | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

COME NOW, the parties to this litigation, by and though the undersigned, who agree and stipulate that the above-captioned matter is hereby dismissed, with prejudice, with ordinary Court costs to be born by each side.

PRO SE                                                              MARSHALL, DENNEHEY, WARNER,
                                                                    COLEMAN & GOGGIN

BY: _____                    BY: _____
JOHN SHIPLEY                                                        ELIZABETH A. SAURMAN #3902
609 Wildel Avenue                                                   1220 North Market Street, Suite 500
New Castle, DE 19720                                                P.O. Box 8888
                                                                    Wilmington, DE 19899
                                                                    (302)552-4324
                                                                    Attorney for Defendants

Dated: 7-2-07                                                       Dated: 7/2/07